DURIE TANGRI LLP
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
CATHERINE Y. KIM (SBN 308442)
ckim@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendant
Google, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MAKCHAROENWOODHI, COLTON WINFIELD and EDWARD BEHELER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HUAWEI DEVICE U.S.A. INC., and GOOGLE INC.,<br><br>　　　　　　　Defendants. | Case No. 5:17-cv-02185-BLF<br><br>**DEFENDANT GOOGLE INC.'S FED R. CIV. P. 7.1 AND LOCAL RULE 3-15 DISCLOSURE STATEMENT**<br><br>Ctrm: 2, 5th Floor<br>Judge: Honorable Beth Labson Freeman |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google Inc. discloses that Google Inc. is a wholly owned subsidiary of Alphabet Inc.; accordingly, Alphabet Inc. has more than 10% ownership of Google Inc.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Alphabet Inc., Holding Company of Defendant, and
2. Google Inc., Defendant.

Dated: May 9, 2017

DURIE TANGRI LLP

By: _____*/s/ Joshua H. Lerner*_____
RAGESH K. TANGRI
JOSHUA H. LERNER
EUGENE NOVIKOV
CATHERINE Y. KIM

Attorneys for Defendant
Google, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Joshua H. Lerner*
JOSHUA H. LERNER
