DURIE TANGRI LLP
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
CATHERINE Y. KIM (SBN 308442)
ckim@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendant
Google, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MAKCHAROENWOODHI, COLTON WINFIELD and EDWARD BEHELER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HUAWEI DEVICE U.S.A. INC., and GOOGLE INC.,<br><br>　　　　　　　　Defendants. | Case No. 5:17-cv-02185-BLF<br><br>**NOTICE OF APPEARANCE FOR EUGENE NOVIKOV**<br><br>Ctrm:    2, 5th Floor<br>Judge:   Honorable Beth Labson Freeman |

1  TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that the undersigned of the law office of Durie Tangri LLP enters this

3  Notice of Appearance for Eugene Novikov in the above-referenced action as counsel for Defendant

4  Google, Inc. and hereby requests that all briefs, motions, orders, correspondence and other papers be

5  served as follows:

DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com

Dated:  May 9, 2017                              DURIE TANGRI LLP

By:  _____*/s/ Eugene Novikov*_____
                EUGENE NOVIKOV

Attorney for Defendant
Google, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Eugene Novikov*
EUGENE NOVIKOV