Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Tel: (415) 981-4800
*dcg@girardgibbs.com*
*je@girardgibbs.com*
*sg@girardgibbs.com*

*Attorneys for Plaintiff Brian Christensen*

Cory S. Fein (State Bar No. 250758)
**Cory Fein Law Firm**
712 Main St., #800
Houston, TX 77002
Tel: (415) 981-4800
Fax: (530) 748-0601
*cory@coryfeinlaw.com*

*Attorney for Plaintiffs Jonathan Makcharoenwoodhi,
Colton Winfield, and Edward Beheler*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JONATHAN MAKCHAROENWOODHI, COLTON WINFIELD and EDWARD BEHELER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>HUAWEI DEVICE USA. INC. and GOOGLE INC.,<br><br>　　　　　　　Defendants. | No. 5:17-cv-02185-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED ACTIONS** |

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>BRIAN CHRISTENSEN, on behalf of himself and all others similarly situated,<br><br>                  Plaintiff,<br>    v.<br><br>HUAWEI DEVICE U.S.A. INC. and GOOGLE INC.,<br><br>                  Defendants. | No. 5:17-cv-02336-NC |

Pursuant to Federal Rule of Civil Procedure 42(a), Plaintiffs Jonathan Makcharoenwoodhi, Colton Winfield, Edward Beheler, and Brian Christensen ("Plaintiffs") and Defendants Huawei Device U.S.A. Inc. and Google Inc. (together, "Defendants") jointly request that the above-captioned actions (the "Related Actions") be consolidated for all pretrial and trial proceedings. The parties accordingly stipulate as follows:

## I. THE RELATED CASES INVOLVE COMMON QUESTIONS AND SHOULD BE CONSOLIDATED IN THE INTERESTS OF JUSTICE AND EFFICIENCY.

1. *Makcharoenwoodhi v. Huawei Device USA, Inc., et al.*, No. 5:17-cv-02185 (N.D. Cal.) ("*Makcharoenwoodhi*"), was filed April 19, 2017 by Chimicles & Tikellis LLP and its co-counsel. Subsequently and separately, *Christensen v. Huawei Device U.S.A. Inc., et al.*, No. 5:17-cv-02336-NC (N.D. Cal.) ("*Christensen*"), was filed April 25, 2017 by Girard Gibbs LLP.

2. *Makcharoenwoodhi* and *Christensen* arise out of substantially similar allegations. Both cases allege defects in the Nexus 6P smartphones related to battery drain and "boot loop." Both complaints assert claims for, *inter alia,* breach of express warranty and breach of the implied warranty of merchantability, as well as for unjust enrichment and violations of the Song-Beverly Consumer Warranty Act, Cal. Civ. Code § 1792, the Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et seq*., and the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301, *et seq.*

3. Given the foregoing, the actions are related because they concern substantially the same parties and operative facts and it appears likely that conducting the actions before different Judges would produce conflicting results or an unduly burdensome duplication of labor and expense. *See* Civ. L.R. 3-12.

4. Having conferred, all parties agree that consolidation of the Related Actions, which involve common issues of fact and law, will advance the just and efficient progress of this litigation. *See* FED. R. CIV. P. 42(a). If the Court acts to consolidate the Related Actions, Plaintiffs have agreed to file a consolidated complaint on or before May 23, 2017, and Defendants have agreed to respond to the consolidated complaint on or before June 23, 2017. The filing of the consolidated complaint will obviate Defendants' need to respond to the initial complaints in these actions.

5. Plaintiff in *Christensen* notified this Court of the pendency of another related action: *Gorbatchev v. Huawei Technologies USA, Inc., et al.*, No. 4:17-cv-360 (E.D. Tex. filed Apr. 14,

1
JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED ACTIONS
CASE NO. 5:17-cv-02185-BLF

2017).  *See Christensen*, No. 5:17-cv-02336-NC, ECF No. 5 (N.D. Cal.).  Plaintiff in *Gorbatchev* is represented by the same counsel who represent plaintiffs in *Makcharoenwoodhi*.  On May 8, 2017, plaintiff in *Gorbatchev* voluntarily dismissed his claims without prejudice.  *See Gorbatchev*, No. 4:17-cv-360, ECF No. 12 (E.D. Tex.).

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and through the undersigned attorneys for the parties, subject to the Court's approval, that:

1. Pursuant to Rule 42 of the Federal Rules of Civil Procedure, the above-captioned cases are consolidated for all pretrial and trial proceedings.

2. Plaintiffs will file a consolidated complaint on or before May 23, 2017, and Defendants will respond to the consolidated complaint on or before June 23, 2017.

3. Each document filed by a party to this litigation shall bear the following caption and the *Makcharoenwoodhi* case number, and all filings shall be made only in this consolidated action:

    *In re Nexus 6P Products Liability Litigation*  |  No. 5:17-cv-02185-BLF

4. In any cases that are filed in, removed to, or transferred to this Court involving the same or substantially similar issues of law and fact, the party responsible for the filing, removal, and/or transfer shall file a notice of related case under L.R. 3-12(b) within 14 days after case inception so that any party may raise an objection to consolidation under this Order.

5. The Clerk of Court is directed to administratively terminate Case No. 5:17-cv-02336-NC.

**IT IS SO STIPULATED.**

Dated: May 9, 2017                                         By:      /s/ *Daniel C. Girard*

Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Simon S. Grille (State Bar No. 294914)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Tel: (415) 981-4800
*dcg@girardgibbs.com*
*je@girardgibbs.com*
*sg@girardgibbs.com*

*Attorneys for Plaintiff Brian Christensen*

Dated: May 9, 2017

By:    /s/ *Cory S. Fein*

Cory S. Fein (State Bar No. 250758)
**Cory Fein Law Firm**
712 Main St., #800
Houston, TX 77002
Tel: (415) 981-4800
Fax: (530) 748-0601
*cory@coryfeinlaw.com*

Benjamin F. Johns (*pro hac vice* forthcoming)
Andrew W. Ferich (*pro hac vice* forthcoming)
Jessica L. Titler (*pro hac vice* forthcoming)
**Chimicles & Tikellis LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Tel: (415) 981-4800
Fax: (610) 649-3633
*bfj@chimicles.com*
*awf@chimicles.com*
*jlt@chimicles.com*

*Attorneys for Plaintiffs Jonathan Makcharoenwoodhi, Colton Winfield, and Edward Beheler*

Dated: May 9, 2017

**DURIE TANGRI LLP**

By:   */s/ Joshua H. Lerner*
  RAGESH K. TANGRI (SBN 159477)
  rtangri@durietangri.com
  JOSHUA H. LERNER (SBN 220755)
  jlerner@durietangri.com
  EUGENE NOVIKOV (SBN 257849)
  enovikov@durietangri.com
  217 Leidesdorff Street
  San Francisco, CA  94111
  Telephone:    415-362-6666
  Facsimile:    415-236-6300

*Attorneys for Defendant Google, Inc.*

Dated: May 9, 2017 By:    /s/ *Simon J. Frankel*

Simon J. Frankel (State Bar No. 171552)
Lindsey Barnhart (State Bar No. 294995)
Covington & Burling LLP
1 Front Street
San Francisco, CA 94111
Tel: (415) 591-6000
Fax: (415) 955-6552
*sfrankel@cov.com*
*lbarnhart@cov.com*

*Attorneys for Defendant* Huawei Device USA, Inc.

## ATTESTATION

I, Daniel C. Girard, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I certify that concurrence in this filing has been obtained from all of the other signatories.

Dated: May 9, 2017 By: /s/ *Daniel C. Girard*
                                                     Daniel C. Girard

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May ___, 2017 By: _____
                                                   The Honorable Beth L. Freeman
                                                   United States District Judge