SIMON J. FRANKEL (SBN 171552)
Email: sfrankel@cov.com
LINDSEY BARNHART (SBN 294995)
Email: lbarnhart@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091

Attorneys for Defendant
HUAWEI DEVICE USA, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN MAKCHAROENWOODHI, COLTON WINFIELD and EDWARD BEHELER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>HUAWEI DEVICE USA, INC. and GOOGLE INC.,<br><br>        Defendants. | Civil Case No.: 5:17-cv-02185-BLF<br><br>**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT HUAWEI DEVICE USA, INC.**<br><br>[This Document Relates to All Consolidated Cases] |

FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT HUAWEI DEVICE USA, INC.

Civil Case No. 5:17-cv-02185-BLF

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3-15 of the Northern District of California, Defendant Huawei Device USA, Inc. ("Huawei") hereby files its Corporate Disclosure Statement and Certification of Interested Entities or Persons.

Huawei states that it is a wholly-owned subsidiary of Huawei Technologies Co., Ltd., which is a privately held company. Accordingly, no publicly held entity owns more than 10% of Huawei's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

As stated above, Huawei is a wholly-owned subsidiary of Huawei Technologies Co., Ltd. Huawei is unaware of any other person or entity with a financial or other interest that could be substantially affected by the outcome of the proceeding.

DATED:  May 12, 2017                    COVINGTON & BURLING LLP


                                        By:   */s/ Simon J. Frankel*
                                              Simon J. Frankel

                                              *Attorneys for Defendant*
                                              HUAWEI DEVICE USA, INC.

FEDERAL RULE OF CIVIL PROCEDURE 7.1
DISCLOSURE STATEMENT AND LOCAL RULE 3-15
CERTIFICATION OF INTERESTED ENTITIES OR
PERSONS OF DEFENDANT HUAWEI DEVICE USA,
INC.

Civil Case No. 5:17-cv-02185-BLF