DURIE TANGRI LLP
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
CATHERINE Y. KIM (SBN 308442)
ckim@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendant
GOOGLE INC.

*Additional Counsel Listed on Signature Pages*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | Case No. 5:17-cv-02185-BLF<br><br>**JOINT ADMINISTRATIVE MOTION FOR ADDITIONAL PAGES FOR MOTION TO DISMISS BRIEFING PURSUANT TO CIVIL L.R. 7-11**<br><br>Ctrm:   3, 5th Floor<br>Judge:  Honorable Beth Labson Freeman |

Pursuant to Civ. L.R. 7-11 and 7-12, Plaintiffs Roy Berry, Jonathan Makcharoenwoodhi, Alex Gorbatchev, Brian Christensen, Anthony Martorello, Khanh Tran, Edward Beheler, Yuriy Davydov, Rebecca Harrison, Zachary Himes, Taylor Jones, Paul Servodio, Justin Leone, James Poore, Jr., and Kenneth Johnston ("Plaintiffs") and Defendants Google Inc. ("Google") and Huawei Device USA, Inc. ("Huawei," and together with Google, "Defendants"), by and through their counsel of record, have met and conferred and stipulated to the following joint request for additional pages to the briefing for Defendants' Motions to Dismiss:

1. Each Defendant shall receive an additional five pages for their respective Motions to Dismiss.

2. The additional pages are necessary because, as compared with the original Complaints—in *Makcharoenwoodhi et al. v. Huawei Device USA, Inc. et al.*, Case No. 5:17-cv-02185-BLF (N.D. Cal.), *Christensen v. Huawei Device U.S.A., Inc. et al.*, Case No. 5:17-cv-02336-BLF (N.D. Cal.), and *Gorbatchev v. Huawei Technologies USA, Inc. et al.*, Case No. 4:17-cv-00260 (E.D. Tex.)—the Consolidated Complaint includes 11 additional plaintiffs from nine additional states, nine additional proposed state subclasses, and additional causes of action under the laws of Illinois, Michigan, New York, North Carolina, North Dakota, Ohio, Pennsylvania, Texas, and Washington.

3. Plaintiffs collectively shall either file two Oppositions (one to Google's Motion to Dismiss and one to Huawei's Motion to Dismiss), or a single, combined Opposition to both Google and Huawei's Motions to Dismiss.

4. If Plaintiffs file two Oppositions, Plaintiffs shall receive an additional five pages for each Opposition, for a total of two Oppositions of 30 pages each.

5. If Plaintiffs file a single, combined Opposition to Defendants' Motions to Dismiss, Plaintiffs shall receive a total of 55 pages for their single, combined Opposition.

6. Each Defendant shall receive an additional three pages for their respective Replies.

| | | |
|---|---|---|
| Dated: June 6, 2017 | | DURIE TANGRI LLP |
| | By: | /s/ Joshua H. Lerner |
| | | Ragesh K. Tangri (SBN 159477) |
| | | rtangri@durietangri.com |
| | | Joshua H. Lerner (SBN 220755) |
| | | jlerner@durietangri.com |
| | | Eugene Novikov (SBN 257849) |
| | | enovikov@durietangri.com |
| | | Catherine Y. Kim (SBN 308442) |
| | | ckim@durietangri.com |
| | | 217 Leidesdorff Street |
| | | San Francisco, CA  94111 |
| | | |
| | | Attorneys for Defendant |
| | | *Google Inc.* |
| Dated: June 6, 2017 | | GIRARD GIBBS LLP |
| | By: | /s/ Benjamin F. Johns |
| | | Daniel C. Girard (State Bar No. 114826) |
| | | Jordan Elias (State Bar No. 228731) |
| | | Simon S. Grille (State Bar No. 294914) |
| | | 601 California Street, 14th Floor |
| | | San Francisco, California 94108 |
| | | dcg@girardgibbs.com |
| | | je@girardgibbs.com |
| | | sg@girardgibbs.com |
| | | |
| | | CHIMICLES & TIKELLIS LLP |
| | | Benjamin F. Johns (*Pro Hac Vice*) |
| | | Andrew W. Ferich (*Pro Hac Vice*) |
| | | Jessica L. Titler (*Pro Hac Vice*) |
| | | One Haverford Centre |
| | | 361 West Lancaster Avenue |
| | | Haverford, PA 19041 |
| | | bfj@chimicles.com |
| | | awf@chimicles.com |
| | | jlt@chimicles.com |
| | | |
| | | CORY FEIN LAW FIRM |
| | | Cory S. Fein |
| | | 712 Main St., Suite 800 |
| | | Houston, TX 77002 |
| | | cory@coryfeinlaw.com |
| | | |
| | | Attorneys for Plaintiffs and the Proposed Class |

1 | Dated: June 6, 2017
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COVINGTON & BURLING LLP

By: _/s/ Simon J. Frankel_
SIMON J. FRANKEL
One Front Street
San Francisco, CA 94111
sfrankel@cov.com

Attorney for Defendant
*Huawei Device USA, Inc.*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Joshua H. Lerner, attest that concurrence in the filing of this document has been obtained.

Dated: June 6, 2017

*/s/ Joshua H. Lerner*
Joshua H. Lerner

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2017, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Joshua H. Lerner*
JOSHUA H. LERNER