UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re NEXUS 6P PRODUCTS LIABILITY LITIGATION.

Case No. 17-cv-02185-BLF

**ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR ADDITIONAL PAGES FOR MOTION TO DISMISS AS MODIFIED**

[Re: ECF 32]

Pursuant to the parties' joint administrative motion, it is HEREBY ORDERED:

1. Each Defendant shall receive an additional five pages for their respective Motions to Dismiss.

2. Plaintiffs collectively shall either file two Oppositions (one to Google's Motion to Dismiss and one to Huawei's Motion to Dismiss), or a single, combined Opposition to both Google and Huawei's Motions to Dismiss.  If Plaintiffs file two Oppositions, Plaintiffs shall receive an additional five pages for each Opposition, for a total of two Oppositions of 30 pages each.  If Plaintiffs file a single, combined Opposition to Defendants' Motions to Dismiss, Plaintiffs shall receive a total of 55 pages for their single, combined Opposition.

3. Each Defendant shall receive an additional three pages for their respective Replies.

4. All briefs shall be in 12-point font and double-spaced, including footnotes.  The Court will disregard any single-spaced footnotes.

**IT IS SO ORDERED.**

Dated: June 7, 2017

_____
BETH LABSON FREEMAN
United States District Judge