# EXHIBIT A

We use cookies to improve our site and your experience. By continuing to browse our site you accept our cookie policy. **Find out more**

 **HUAWEI**

PHONES
MORE PRODUCTS
EMUI
SUPPORT

**News & Events**

29 September, 2015

# Huawei and Google Unveil the Ultimate Premium Smartphone Meet the Nexus 6P

**SHARE**

SAN FRANCISCO — Sept. 29, 2015 —Today in San Francisco, Huawei and Google introduced the Nexus 6P, an innovative smartphone featuring Android 6.0 Marshmallow, Google's newest operating system for mobile devices



"Huawei is very excited to collaborate with Google and deliver a premium Nexus experience for the global market," said Richard Yu, CEO of Huawei Consumer Business Group. "We value the way consumers embrace mobile technology in all parts of their lives and have created a smartphone with great design, performance and seamless integration of Android 6.0 Marshmallow, the latest Android release."

"We're excited to partner with Huawei to introduce customers to Nexus 6P, our most premium phone yet and Android 6.0, Marshmallow, our most polished and highest-performing OS ever." Said Hiroshi Lockheimer, VP Android, Chromecast and Chrome OS at Google.

**Elegantly Designed**

The Nexus 6P is beautifully designed with an elegant all-metal unibody. Crafted from aeronautical-grade anodized aluminum with diamond chamfers encircling its edges, the sculpted back of the phone accents the low-light-loving, fast-movement-capturing camera.

**Pure Android**

With the Nexus 6P, Huawei and Google have introduced a truly premium device that is 100 percent Android, integrating the newest OS, Android 6.0 Marshmallow.

**INNOVATIVE TECHNOLOGY - Built on a foundation of power**

Nexus 6P features a 5.7" WQHD 518ppi AMOLED display perfect for playing games, watching movies and getting work done in stunning clarity, and front-facing stereo speakers for crisp, clear sound. With the latest version of the octa-core Qualcomm® Snapdragon™ 810 v2.1 processor under the hood, Nexus 6P delivers great performance, and the 3450mAh battery keeps you talking and texting from day to night.* With the reversible USB Type-C port, there's no more guessing which way is up.* The included Type-C fast charger gives up to seven hours of battery life from a 10-minute charge.

* All battery life claims are approximate and based on an average mixed use profile that includes both usage and standby time. Actual battery performance will vary and depends on many factors including signal strength, network configuration, age of battery, operating temperature, features selected, device settings, and voice, data, and other application usage patterns.

**CAMERA - A powerful camera that captures more light**

Nexus 6P has the best all-around camera. The Nexus camera is great for outdoor photography, but where it really shines is in conditions with less-than-ideal lighting. The larger 1.55um pixels capture more light even in the dimmest conditions to produce stunning details and sharp images. Nexus 6P

is also capable of recording 4K and high-frame-rate slow-motion videos. With a faster Google Camera app, you never miss a moment, and with the smart Google Photos app, your memories are easy to relive and always at your fingertips. Nexus 6P also features an 8MP front facing camera with Google's innovative HDR+ technology, making it one of the best selfie cameras in the market.

**FINGERPRINT SENSOR - Simplified security: One fingertip**

Your Nexus is quicker and more secure with Nexus Imprint. Placed on the back of your device to complement the way you naturally hold it, one touch will turn on your phone and unlock your apps for smooth, easy access. For users in the US, Nexus Imprint will also work with Android Pay for quick and easy purchases at thousands of locations nationwide.

(Instead of a password, only your unique fingerprint can access your email and photos, or make purchases on Android Pay. [US-only])

**PURE ANDROID EXPERIENCE - Always new. Now running Marshmallow.**

Built from the inside out to make the most of the world's most popular OS, Nexus is the ultimate Android experience. You're always among the first to receive software updates.* And you'll have the freshest, fastest version, Android 6.0 Marshmallow, working for you right out of the box.

*https://support.google.com/nexus/answer/4457705?hl=en

**Availability**

The Nexus 6P will be available in more than 30 countries including the U.S., Canada, Germany, the UK, Japan, Australia and India. The Nexus 6P will be available for pre-order in the U.S., Canada, the UK, Ireland and Japan through the Google Store beginning on Sept 29.

Equipped with 32/64/128GB of storage, the phone comes in Aluminum (Silver), Graphite (Black), and Frost (White) and is priced as follows:

| Region/country | 32GB | 64GB | 128GB | Currency(VAT included if applicable) |
|---|---|---|---|---|
| US | 499 | 549 | 649 | USD |
| UK | 449 | 499 | 579 | GBP |
| CA | 699 | 749 | 849 | CAD |
| JP | 74,800 | 80,800 | 92,800 | JPY |
| AU | 899 | 999 | 1,099 | AUD |
| KR | 670,000 | 730,000 | 850, 000 | KRW |
| FR | 649 | 699 | 799 | EUR |
| DE | 649 | 699 | 799 | EUR |
| HK | 4,688 | 4,988 | 5,688 | HKD |

**PREVIOUS**

**NEXT**

Sign up to our email   SUBSCRIBE UNSUBSCRIBE

Your email format is incorrect.

PRODUCTS

Phones

PC & Tablets

Wearables

Accessories

Mobile Broadband

Smart Home

SUPPORT

Find Service Center

Recycling

Product Environmental Information

Call Us

Phone Backup and Restore

NEWSROOM

# EXHIBIT B

*REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

Michael J. Bettinger (SBN 122196)
mbettinger@sidley.com
Irene Yang (SBN 245464)
irene.yang@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Ste. 2000
San Francisco, California 94104
Telephone: +1 415 772-1200
Facsimile: +1 415 772-7400

David T. Pritikin (*pro hac vice pending*)
dpritikin@sidley.com
David C. Giardina (*pro hac vice pending*)
dgiardina@sidley.com
Douglas I. Lewis (*pro hac vice pending*)
dlewis@sidley.com
John W. McBride (*pro hac vice pending*)
jwmcbride@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: +1 312 853 7000
Facsimile: +1 312 853 7036

Attorneys for Plaintiffs
HUAWEI TECHNOLOGIES CO., LTD.
HUAWEI DEVICE USA, INC., and
HUAWEI TECHNOLOGIES USA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., HUAWEI DEVICE USA, INC., and HUAWEI TECHNOLOGIES USA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG RESEARCH AMERICA, <br><br> Defendants. | Case No. <br><br> **PLAINTIFF'S COMPLAINT FOR** ▮▮▮▮▮ **AND PATENT INFRINGEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

**LODGED UNDER SEAL**

***REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED***

1      Huawei Technologies Co., Ltd. ("Huawei"), Huawei Device USA, Inc. ("Huawei Device"),

2  and Huawei Technologies USA, Inc. ("Huawei Tech. USA") (collectively, "Plaintiffs") allege as

3  follows against Samsung Electronics Co., Ltd. ("Samsung"), Samsung Electronics America, Inc.

4  ("SEA"), and Samsung Research America ("SRA") (collectively, "Defendants"):

5  **NATURE OF THE ACTION**

6      1.    ██████████████████████████████

7  ████████████████████████████████████

8  ████████████████████████████████████

9  ████████████████████████████████████

10  ████████████████████████████████████

11  ████████████████████████████████████

12  ████████████████████████████████████

13  ████████████████████████████████████

14  ████████████████████████████████████

15  ████████████████████████████████████

16  ████████████████████████████████████

17  ████████████████████████████████████

18  ████████████████████████████████████

19  ████████████████████████████████████

20  ████████████████████████████████████

21  ████████████████████████████████████

22  ████████████████████████████████████

23  ████████████████████████████████████

24  ████████████████████████████████████

25  ████████████████████████████

26      2.    In addition, because Defendants have persisted in importing, selling, and offering for

27  sale a substantial volume of standard-compliant products that use Huawei's SEP technology

28  without a license, Huawei also brings claims for patent infringement under 35 U.S.C. § 271, *et seq.*

*REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

**THE PARTIES**

3.      Plaintiff Huawei is a Chinese company with its principal place of business in Bantian, Longgang District, Shenzhen, People's Republic of China.  Huawei is involved in the design, manufacture, and sale of mobile devices, including smartphones that operate on cellular networks.  Huawei's subsidiaries in the United States include Huawei Device and Huawei Tech. USA.

4.      Plaintiff Huawei Device is a Texas corporation with its principal place of business in Plano, Texas.  Huawei Device distributes, markets, and sells mobile devices, including smartphones that operate on cellular networks in the United States.  Huawei Device operates in the United States through various facilities, including offices at 10180 Telesis Ct., San Diego, California, and 2330 Central Expressway, Santa Clara, California (depicted below) where Huawei Device employees conduct research and development ("R&D") activities.  The R&D teams focus on antenna/radio frequency, power conservation, product testing, compatibility testing, and Android interoperability.



5.      Plaintiff Huawei Tech. USA is a Texas corporation with its principal place of business in Plano, Texas.  Huawei Tech. USA distributes, markets, and sells mobile telecommunications infrastructure equipment to carriers in the United States.

6.      Defendant Samsung is a Korean company with its principal place of business in Suwon, South Korea.  Samsung is comprised of three business divisions, including (1) Consumer

*REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

1 ███████████████████████████████████████████

2 ████████████████████████████████████████████████

3 ███████████████████████████████ while selling billions of dollars worth of infringing

4 products, falls well below the standards of conduct expected of a reasonable company in the

5 industry and renders this case exceptional under 35 U.S.C. § 285.

6      178. By their actions, Defendants have injured Huawei and are liable to Huawei for

7 infringement of the '613 patent pursuant to 35 U.S.C. § 271.

8                                  **PRAYER FOR RELIEF**

9      WHEREFORE, Plaintiffs pray that this Court enter judgment against Defendants as

10 follows:

11 ██ ████████████████████████████████

12 ██ █████████████████████████████████████

13 █████████████████████████████████████████████████

14 ███████████████████████████

15 ██ ██████████████████████████████████████████

16 ████████████████████████████████

17 ██ ██████████████████████████████████████

18 ████████████████

19 ██ ████████████████████████████████████

20 ████████████████████████████████████████

21 ████████

22 ██ ████████████████████████████████████

23 ███████████████████████████████████████

24      G. Adjudge and decree that Defendants have infringed each of the Asserted Patents;

25      H. Adjudge and decree that Defendants' infringement has been willful;

26      I. Award damages adequate to compensate Huawei for the patent infringement that

27 has occurred, together with interest and costs;

28      J. Award an ongoing royalty for Defendants' post-verdict infringement, payable on

*REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

each product or service offered by Defendants that is found to infringe one or more of the patents asserted herein, and on all future products and services that are not colorably different from those found to infringe;

      K.      Award of all other damages permitted by 35 U.S.C. § 284, including increased damages up to three times the amount of compensatory damages found;

      L.      Find that this is an exceptional case and award to Plaintiffs their costs and reasonable attorneys' fees incurred in this action as provided by 35 U.S.C. § 285; and

      M.      Such other relief, including other monetary and equitable relief, as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

      Plaintiffs demand a jury trial on all claims and issues so triable.

Dated: May 24, 2016

SIDLEY AUSTIN LLP

By:   /s/  Michael J. Bettinger

    Michael J. Bettinger (SBN 122196)
    *mbettinger@sidley.com*
    Irene Yang (SBN 245464)
    *irene.yang@sidley.com*
    SIDLEY AUSTIN LLP
    555 California Street, Ste. 2000
    San Francisco, California 94104
    Telephone: +1 415 772-1200
    Facsimile: +1 415 772-7400

    David T. Pritikin (*pro hac vice pending*)
    *dpritikin@sidley.com*
    David C. Giardina (*pro hac vice pending*)
    *dgiardina@sidley.com*
    Douglas I. Lewis (*pro hac vice pending*)
    *dlewis@sidley.com*
    John W. McBride (*pro hac vice pending*)
    *jwmcbride@sidley.com*
    SIDLEY AUSTIN LLP
    One South Dearborn
    Chicago, Illinois 60603
    Telephone: +1 312 853 7000
    Facsimile: +1 312 853 7036

    ATTORNEYS FOR PLAINTIFFS

# EXHIBIT C

MENU



**FOR THE EXCLUSIVE USE OF** KLW@CHIMICLES.COM

From the Silicon Valley Business Journal:
https://www.bizjournals.com/sanjose/print-edition/2012/02/10/chinese-giant-grows-valley-rd-efforts.html

# Chinese giant Huawei Technologies grows valley R&D efforts

✎ **SUBSCRIBER CONTENT:**
Feb 10, 2012, 3:00am PST

Huawei Technologies Co. Ltd., a Chinese tech powerhouse with more than 100,000 employees around the world, knows that it will run out of space to grow in the industry where it built its business as a supplier of telecom equipment.

Faced with limited market opportunity, the Shenzhen, China-based giant is now trying to evolve into a company with a broader reach into all aspects of communication technology — a market worth trillions of dollars. And to do that, it's counting on innovation from a rapidly expanding North American base in Silicon Valley.



VICKI THOMPSON
John Roese heads Huawei's North American R&D business. The company has three buildings in Santa Clara and is moving into a fourth this month.

The company's offices in Santa Clara officially became Huawei's North American research and development headquarters last year, and have grown from less than 100 people three years ago to about 600 people today. As it grows and enters new markets, Huawei is also becoming an increasingly significant competitor to locally based companies like Cisco Systems Inc., Hewlett-Packard Co. and Juniper Networks Inc.

"In the previous 10 years (Huawei's) done a good job in establishing itself, especially in emerging markets — Latin America, Asia, even in Eastern Europe to some extent," said Rohit Mehra, an analyst with International Data Corp. in Framingham, Mass. "It realized that the next step in its evolution or in its growth has to come from getting a foothold in North America."

Huawei is best known as a "carrier company" that sells equipment to dozens of major telecom companies like London-based Vodafone and Bell Canada. It banked more than $30 billion in sales last year, but its goal is to be a $100 billion company, said John Roese, who leads Huawei's North American research and development business.

So Huawei is expanding beyond the carrier business to become an "information and communication technology" company, Roese said, bringing the consumer, enterprise and carrier industries together in what Roese says is a $2 trillion to $3 trillion industry.

"We don't have to run out of oxygen there," Roese said.

In total, Huawei's North American R&D business has eight locations across North America and about 1,000 people, with 60 percent of them at the Santa Clara headquarters. The company operates out of 150,000

square feet in three former Tellabs Inc. buildings on Central Expressway. This month it is moving into a fourth, a 70,000-square-foot building previously occupied by Nvidia Corp. next door.

Roese, a former chief technology officer at Canadian telecom equipment manufacturer Nortel Networks Corp., said Huawei is actively hiring, looking primarily for experienced people who can help Huawei catch up on institutional knowledge in markets that are new for the company. But while Huawei's hires have an average of 20 to 25 years seniority, Roese said he is particularly looking for people with a streak of "troublemaker" in them.

"We like to find people who had a brilliant idea that their current company or their current ecosystem would refuse to execute on, but yet needed the scale of a very large entity to make it reality," Roese said.

### Cisco threat?

The company is making a particularly strong push into the enterprise networking market, forecasted by IDC Research to be a $39 billion industry this year. Huawei is building an enterprise team in Santa Clara that includes not just research and design engineers, but professionals in analyst relations, marketing, and other areas that will help them gain customers and partners, Roese said.

In entering the U.S. enterprise market, Huawei is challenging companies like Cisco, which IDC reported had a 54.4 percent market share in 2011. While Huawei has yet to develop a significant presence in that market, if the company can successfully sign on channel partners to help it sell its enterprise products over the next couple of years "it will make things a lot more interesting from a competitive standpoint," Mehra said.

Cisco CEO John Chambers also acknowledges the Chinese company as a threat, saying Huawei will probably be "our toughest competitor four to five years out" in an analyst conference call in November. In that call, Chambers vowed to take on Huawei on its home turf in China.

"Cisco wants to put Huawei more on the defensive," said Erik Suppiger, an analyst with JMP Group in San Francisco. "Presumably (Cisco's) going to try to impact them from a profitability perspective so they don't have the resources that they currently have."

### Government relations

To continue growing in North America, though, Huawei has to contend with the U.S. government, which has raised concerns about Huawei's relationship to the Chinese government and the possibility that its technology could be used for espionage. The U.S. government has blocked acquisitions and government contracts for Huawei in light of the concerns. Roese acknowledged that "it will take us a little more time to get the trust there," but said building the company's reputation in Silicon Valley and proving itself a good corporate citizen committed to staying and growing in the U.S. could help.

"I'm always there to remind people that not all of us in Silicon Valley in innovation started here," he said. "In fact, some of us moved here."

*Diana Samuels can be reached at 408.299.1835 or dsamuels@bizjournals.com.*

**Diana Samuels**
Technology Reporter
*Silicon Valley Business Journal*



# EXHIBIT D

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Tuesday, July 18, 2017. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

C3429213    HUAWEI DEVICE USA INC.

| | |
|---|---|
| Registration Date: | 12/12/2011 |
| Jurisdiction: | TEXAS |
| Entity Type: | FOREIGN STOCK |
| Status: | ACTIVE |
| Agent for Service of Process: | C T CORPORATION SYSTEM |
| | 818 W 7TH ST STE 930 |
| | LOS ANGELES CA 90017 |
| Entity Address: | 5700 TENNYSON PARKWAY, SUITE 600 |
| | PLANO TX 75024 |
| Entity Mailing Address: | 5700 TENNYSON PARKWAY, SUITE 600 |
| | PLANO TX 75024 |

A Statement of Information is due EVERY year beginning five months before and through the end of December.

| Document Type ↕ | File Date ↓↑ | PDF |
|---|---|---|
| SI-COMPLETE | 11/15/2016 | |
| SI-COMPLETE | 11/17/2015 | |
| REGISTRATION | 12/12/2011 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

[ Modify Search ]   [ New Search ]   [ Back to Search Results ]

# EXHIBIT E

**3429213**



FILED
in the office of the Secretary of State
of the State of California

DEC 1 2 2011

# Statement and Designation
# by Foreign Corporation

Huawei Device USA Inc.
_____
(Name of Corporation)

_____ , a corporation organized and existing under the

laws of _Texas_____ , makes the following statements and designation:
(State or Place of Incorporation)

1. The address of its principal executive office is _____

   5700 Tennyson Parkway, Suite 600, Plano, TX 75024 _____ .

2. The address of its principal office in the State of California is _____
                                                                    (If none, leave Item 2 blank.)
   _____ .

## Designation of Agent for Service of Process in the State of California
(Complete either Item 3 or Item 4.)

3. (Use this paragraph if the process agent is a natural person.)

   _____ , a natural person residing in the State of

   California, whose complete street address is _____

   _____ , is designated as agent upon whom process directed to
   this corporation may be served within the State of California, in the manner provided by law.

4. (Use this paragraph if the process agent is another corporation.)
   C T Corporation System
   _____ ,

   a corporation organized and existing under the laws of _Delaware_____ ,
   is designated as agent upon whom process directed to this corporation may be served within the State
   of California, in the manner provided by law.

5. It irrevocably consents to service of process directed to it upon the agent designated above, and to
   service of process on the Secretary of State of the State of California if the agent so designated or the
   agent's successor is no longer authorized to act or cannot be found at the address given.

_____          Yufeng Zhang, Secretary
(Signature of Corporate Officer)          _____
                                          (Typed Name and Title of Officer Signing)

_If an individual is designated as the agent for service of process, include the agent's business or residential **street** address in California (a P.O. Box address is not acceptable). If another corporation is designated as the agent for service of process, do not include the address of the designated corporation. **Note:** Corporate agents must have complied with California Corporations Code section 1505 prior to designation, and a corporation cannot act as its own agent._

Secretary of State **Form**
S&DC-STOCK/NONPROFIT (REV 04/2010)

\049 - 08/24/2010 C T System Online



# Office of the Secretary of State

## Certificate of Fact

The undersigned, as Secretary of State of Texas, does hereby certify that the document, Certificate of Formation for Huawei Device USA Inc. (file number 801328619), a Domestic For-Profit Corporation, was filed in this office on October 08, 2010.

It is further certified that the entity status in Texas is in existence.

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on December 09, 2011.



Hope Andrade
Secretary of State

Come visit us on the internet at http://www.sos.state.tx.us/

Phone: (512) 463-5555
Prepared by: SOS-WEB
Fax: (512) 463-5709
TID: 10264
Dial: 7-1-1 for Relay Services
Document: 400184970022

# EXHIBIT F

One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
E-mail: Mail@Chimicles.com

Writer's Direct E-mail:
BFJ@Chimicles.com

Nicholas E. Chimicles
Pamela S. Tikellis *
Robert J. Kriner, Jr. *
Steven A. Schwartz
Kimberly Donaldson Smith
Timothy N. Mathews
A. Zachary Naylor *
Benjamin F. Johns
Scott M. Tucker *
Catherine Pratsinakis
Christina Donato Saler
Alison G. Gushue
Tiffany J. Cramer *
Vera G. Belger *
Andrew W. Ferich
Stephanie E. Saunders
Jessica L. Titler

OF COUNSEL
Anthony Allen Geyelin
David M. Maser

*Attorneys admitted to
Jurisdiction other than PA

March 30, 2017

Huawei Technologies USA
ATTN: Legal Department
5700 Tennyson Parkway, Suite 500
Plano, TX 75024

Re:   NOTICE OF VIOLATIONS OF CALIFORNIA'S
      CONSUMERS LEGAL REMEDIES ACT AND
      DEMAND FOR RELIEF

To Whom It May Concern:

Our client, Alex Gorbatchev ("Claimant"), a California citizen, purchased a Nexus 6P smartphone on October 29, 2015, based on Huawei's representations concerning its superior functionality, performance, and capabilities. Huawei made these representations to Claimant through its website, its print and multimedia advertisements, and through other public statements. These painted a clear picture that the Nexus 6P was, at a minimum, functional. Based on these representations, Claimant paid $546 for his Nexus 6P smartphone, which he purchased from Google online. Just over a year later, however, Claimant's Nexus 6P smartphone experienced a bootloop, which rendered his Nexus 6P smartphone completely useless. Claimant contacted Google for warranty support in or around March 2017. Claimant was deceived by Huawei's failure to disclose that the Nexus 6P smartphones were equipped with and prone to the bootloop defect. Claimant has suffered damages resulting from Huawei's material omissions and misrepresentations because, *inter alia,* he paid an inflated purchase price for the Nexus 6P smartphone.

It has come to the attention of Claimant and similarly situated consumers who have purchased Nexus 6P smartphones that Huawei has engaged in deceptive and misleading consumer practices in connection with the marketing and sale of its smartphones in violation of the Consumers Legal Remedies Act ("CLRA"), CAL. CIV. CODE § 1750 *et seq.,*

the California False Advertising Law (CAL. BUS. & PROF. CODE § 17500, *et seq.*), and the California Unfair Competition Law (CAL. BUS. & PROF. CODE § 17200).

Claimants and other consumers specifically allege that LG violated, at minimum, the following sections of CAL. CIV. CODE § 1770:

(a) CAL. CIV. CODE § 1770(a)(2): Misrepresenting the approval or certification of goods;

(b) CAL. CIV. CODE § 1770(a)(5): Representing that goods have sponsorship, approval, characteristics, uses, benefits, or quantities which they do not have;

(c) CAL. CIV. CODE § 1770(a)(7): Representing that goods are of a particular standard, quality, or grade, if they are of another;

(d) CAL. CIV. CODE § 1770(a)(9): Advertising goods with intent not to sell them as advertised; and

(e) CAL. CIV. CODE § 1770(a)(16): Representing that goods have been supplied in accordance with a previous representation when they have not.

This notice is being served on behalf of Claimant and all other similarly situated consumers who purchased Nexus 6P smartphones that contained the bootloop defect. Claimant and other consumers have been damaged by these CLRA violations (as well as other violations mentioned above) because they paid for Nexus 6P smartphones with an undisclosed bootloop defect. Consumers, like Claimant, purchased Nexus 6P smartphones based upon these omissions, and if they were aware that the Nexus 6P smartphone was equipped with the bootloop defect, they either would not have purchased the Nexus 6P smartphone or would not have agreed to pay as much.

Claimant demands, on behalf of himself and all other similarly situated consumers, that *inter alia*:

(a)　Huawei reimburse the cost of purchase of his and consumers' Nexus 6P smartphones;

(b)　Award actual damages representing, with interest, the ascertainable loss of moneys and/or value suffered or to be suffered as a result of Huawei's omissions and/or misrepresentations related to the Nexus 6P smartphone;

(c)　Provide treble and punitive damages as provided for in statutes;

(d)　Award reasonable attorneys' fees; and

(e)　Award additional appropriate relief as deemed necessary or proper.

Please direct all communications or responses regarding this notice to me. If you intend to cure these violations, please notify me within 30 days of receipt of this notice. We, of course, hope that you will act immediately to rectify this situation and stand ready to discuss a reasonable resolution of this matter on the terms outlined above or on similar terms acceptable to Claimant and similarly situated persons.

If you have any questions, require any additional information or would like to discuss these matters further, please do not hesitate to contact me.

Sincerely,

Benjamin F. Johns

BFJ/klw

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Huawei Technologies USA
ATTN: Legal Department
5700 Tennyson Parkway, Suite 500
Plano, TX 75024

9590 9403 0186 5120 6941 59

2. Article Number (Transfer from service label)

7015 0640 0004 6944 0457

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Li Guo

C. Date of Delivery
4-3

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053

Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE
N TEXAS
DALLAS 750
03 APR '17
PM 13 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Benjamin F. Johns, Esquire
Chimicles & Tikellis LLP
361 W. Lancaster Avenue
Haverford, PA 19041

USPS TRACKING#

9590 9403 0186 5120 6941 59

# EXHIBIT G

One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
E-mail: Mail@Chimicles.com

Writer's Direct E-mail:
BFJ@Chimicles.com

Nicholas E. Chimicles
Pamela S. Tikellis *
Robert J. Kriner, Jr. *
Steven A. Schwartz
Kimberly Donaldson Smith
Timothy N. Mathews
A. Zachary Naylor *
Benjamin F. Johns
Scott M. Tucker *
Catherine Pratsinakis
Christina Donato Saler
Alison G. Gushue
Tiffany J. Cramer *
Vera G. Belger *
Andrew W. Ferich
Stephanie E. Saunders
Jessica L. Titler

OF COUNSEL
Anthony Allen Geyelin
David M. Maser

*Attorneys admitted to
Jurisdiction other than PA

March 30, 2017

Google Inc.
ATTN: Legal Department
1600 Amphitheatre Parkway
Mountain View, CA 94043

Re:   NOTICE OF VIOLATIONS OF CALIFORNIA'S
      CONSUMERS LEGAL REMEDIES ACT AND
      DEMAND FOR RELIEF

To Whom It May Concern:

Our client, Alex Gorbatchev ("Claimant"), California citizen, purchased a Nexus 6P smartphone on October 29, 2015, based on Google's representations concerning its superior functionality, performance, and capabilities. Google made these representations to Claimant through its website, its print and multimedia advertisements, and through other public statements. These painted a clear picture that the Nexus 6P was, at a minimum, functional. Based on these representations, Claimant paid $546 for his Nexus 6P smartphone, which he purchased directly from Google online. Just over a year later, however, Claimant's Nexus 6P smartphone experienced a bootloop, which rendered his Nexus 6P smartphone completely useless. Claimant contacted Google for warranty support in or around March 2017. Claimant was deceived by Google's failure to disclose that the Nexus 6P smartphones were equipped with and prone to the bootloop defect. Claimant has suffered damages resulting from Google's material omissions and misrepresentations because, *inter alia,* he paid an inflated purchase price for the Nexus 6P smartphone.

It has come to the attention of Claimant and similarly situated consumers who have purchased Nexus 6P smartphones that Google has engaged in deceptive and misleading consumer practices in connection with the marketing and sale of its smartphones in violation of the Consumers Legal Remedies Act ("CLRA"), CAL. CIV. CODE § 1750 *et seq.,*

WILMINGTON OFFICE
222 Delaware Ave, Suite 1100
Wilmington, Delaware 19801
Telephone: (302) 656-2500
Telecopier: (302) 656-9053

the California False Advertising Law (CAL. BUS. & PROF. CODE § 17500, *et seq.*), and the California Unfair Competition Law (CAL. BUS. & PROF. CODE § 17200).

Claimants and other consumers specifically allege that LG violated, at minimum, the following sections of CAL. CIV. CODE § 1770:

    (a)    CAL. CIV. CODE § 1770(a)(2): Misrepresenting the approval or certification of goods;

    (b)    CAL. CIV. CODE § 1770(a)(5): Representing that goods have sponsorship, approval, characteristics, uses, benefits, or quantities which they do not have;

    (c)    CAL. CIV. CODE § 1770(a)(7): Representing that goods are of a particular standard, quality, or grade, if they are of another;

    (d)    CAL. CIV. CODE § 1770(a)(9): Advertising goods with intent not to sell them as advertised; and

    (e)    CAL. CIV. CODE § 1770(a)(16): Representing that goods have been supplied in accordance with a previous representation when they have not.

This notice is being served on behalf of Claimant and all other similarly situated consumers who purchased Nexus 6P smartphones that contained the bootloop defect. Claimant and other consumers have been damaged by these CLRA violations (as well as other violations mentioned above) because they paid for Nexus 6P smartphones with an undisclosed bootloop defect. Consumers, like Claimant, purchased Nexus 6P smartphones based upon these omissions, and if they were aware that the Nexus 6P smartphone was equipped with the bootloop defect, they either would not have purchased the Nexus 6P smartphone or would not have agreed to pay as much.

Claimant demands, on behalf of himself and all other similarly situated consumers, that *inter alia*:

(a) Google reimburse the cost of purchase of his and consumers' Nexus 6P smartphones;

(b) Award actual damages representing, with interest, the ascertainable loss of moneys and/or value suffered or to be suffered as a result of Google's omissions and/or misrepresentations related to the Nexus 6P smartphone;

(c) Provide treble and punitive damages as provided for in statutes;

(d) Award reasonable attorneys' fees; and

(e) Award additional appropriate relief as deemed necessary or proper.

Please direct all communications or responses regarding this notice to me. If you intend to cure these violations, please notify me within 30 days of receipt of this notice. We, of course, hope that you will act immediately to rectify this situation and stand ready to discuss a reasonable resolution of this matter on the terms outlined above or on similar terms acceptable to Claimant and similarly situated persons.

If you have any questions, require any additional information or would like to discuss these matters further, please do not hesitate to contact me.

Sincerely,

Benjamin F. Johns

BFJ/klw

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

1. Article Addressed to:

Google Inc.
ATTN: Legal Department
1600 Amphitheatre Parkway
Mountain View, CA 94043

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

9590 9403 0186 5120 6941 66

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ...Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

7015 0640 0004 6944 0440

PS Form 3811, April 2015 PSN 7530-02-000-9053                Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Benjamin F. Johns, Esquire
Chimicles & Tikellis LLP
361 W. Lancaster Avenue
Haverford, PA  19041

USPS TRACKING#

9590 4403 0186 5120 6941 66

# EXHIBIT H

# Chimicles & Tikellis LLP

### ATTORNEYS AT LAW

One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
E-mail: Mail@Chimicles.com

**Writer's Direct E-mail:**
BFJ@Chimicles.com

Nicholas E. Chimicles
Pamela S. Tikellis *
Robert J. Kriner, Jr. *
Steven A. Schwartz
Kimberly Donaldson Smith
Timothy N. Mathews
A. Zachary Naylor *
Benjamin F. Johns
Scott M. Tucker *
Catherine Pratsinakis
Christina Donato Saler
Alison G. Gushue
Tiffany J. Cramer *
Vera G. Belger *
Andrew W. Ferich
Jessica L. Titler
Stephanie E. Saunders

OF COUNSEL
Anthony Allen Geyelin
David M. Maser

*Attorneys admitted to
Jurisdiction other than PA*

April 19, 2017
VIA CERTIFIED MAIL

Huawei Device USA, Inc.
ATTN: Legal Department
5700 Tennyson Parkway, Suite 600
Plano, TX 75024

Re:     Demand Letter Pursuant to Texas Business
        and Commerce Code § 17.505, et seq. on Behalf of James
        Poore

To Whom It May Concern:

I write on behalf of James Poore ("Plaintiff") and all similarly situated individuals residing in Texas to provide you with notice and a demand pursuant to Texas Business and Commerce Code § 17.505, et seq. This letter and its contents are provided to you on a confidential basis per Texas Evidence Code § 408.

### Nature of DTPA Claims for Plaintiff and the Proposed Class

Plaintiff and the members of the proposed class intend to bring claims against Huawei Device USA, Inc. ("Huawei") for violation of the Texas Deceptive Trade Practices Act, TEX. BUS. & COM. CODE §§ 17.41, et seq. The basis of Plaintiff's and class members' claims is that Huawei concealed or failed to disclose a defect in Nexus 6P smartphones ("Class Phones") that puts these phones into a death spiral known as a bootloop and a separate or related issue that causes Class Phone batteries to drain or die despite that the battery charge level is well above 0%. When the bootloop defect manifests, it causes Class Phones to become stuck in the boot-up process, typically at the initial boot screen. The bootloop defect prevents Class Phones from proceeding past this screen and renders Class Phones

inoperable. As for battery issues, when this issue manifests, it causes Class Phones to die despite that there is still high battery life remaining as per the Phones' display. Some consumers report that their Class Phones shut off with upwards of 60% or more charge remaining.

Despite Huawei's knowledge of these defects in Class Phones, it has sold and continues to sell Class Phones to consumers without disclosing the issues and paying the full costs of repair and/or replacement when the issues manifest. Consumers are routinely forced to pay out of pocket to obtain a replacement phone or repair for Class Phones that bootloop or are subject to early shut-off or battery drain, whether their phones are in or out of warranty. In addition, these issues have caused consumers to lose valuable intellectual property stored on their smartphones (*e.g.* photos, videos, etc.), and to suffer from loss of use of their Class Phones, in addition to other harm.

Plaintiff's Nexus 6P Class Phone experienced the battery drain defect in September 2016, approximately 8 months after he purchased his Nexus 6P phone. His Class Phone ceased functioning when his phone's battery still had 25-30% charge remaining, and in some instances, when the battery still had 40% charge remaining. When Plaintiff first presented the problem to Huawei while his Class Phone was still under warranty, he was denied warranty coverage because the problem was described as a software-related issue. He was referred then to Google's customer service, who said nothing could be done since the phone was not purchased from their online store. His warranty has since lapsed; therefore he has not been able to get his defective phone repaired.

### Demand for Plaintiff and Members of the Proposed Class

Plaintiff and class members have suffered ascertainable losses as a result of Huawei's omissions and/or misrepresentations concerning the above described defects, including, but not limited to, loss of use, loss of intellectual property, out-of-pocket losses, future repairs, and diminished value of their Class Phones. The damages to Plaintiff and members of the proposed class can be determined by determining exact out-of-pocket costs resulting from the Defect, including but not limited to payments for repairs, insurance deductibles, shipping and handling fees relating to repairs or replacement, purchasing and activating temporary phone lines, and other costs. Damages can also be quantified for loss of use. Because the

proposed class includes many thousands of individuals, and because Huawei possesses information that will be required to complete this analysis, a complete picture of the damages for the class can be obtained only through discovery.

Plaintiff and the members of the proposed class prefer to litigate their claims in court. Nonetheless, if Huawei wishes to resolve the case now, I am willing to discuss settlement so long as it includes classwide relief. On information and belief, the members of the class would be willing to give up their claims in exchange for a full refund of defective Class Phones; payment for any out-of-pocket costs incurred due to the defects; and a payment as compensation for loss of use and loss of personal intellectual property, along with reasonable attorney's fees and expenses. Any settlement also must include the injunctive relief.

Please call me if you want to discuss this demand further.

Sincerely,

Benjamin F. Johns

BFJ/AWF

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Huawei Device USA, Inc.
ATTN: Legal Department
5700 Tennyson Parkway, Suite 600
Plano, TX 75024

9590 9403 0186 5120 6941 04

2. Article Number (Transfer from service label)

7004 2510 0003 5146 3388

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
_____        4-24-17

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... Mail
☐ ... Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt

UNITED STATES POSTAL SERVICE

DALLAS TSO
24 APR '17
PM 8 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Benjamin F. Johns Esquire
CHIMICLES + TIKELLIS LLP
361 W. Lancaster Avenue
Haverford, PA 19041

USPS TRACKING#

9590 9403 0186 5120 6941 04

# EXHIBIT I

# Chimicles & Tikellis LLP

### ATTORNEYS AT LAW

One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
E-mail: Mail@Chimicles.com

**Writer's Direct E-mail:**
BFJ@Chimicles.com

Nicholas E. Chimicles
Pamela S. Tikellis *
Robert J. Kriner, Jr. *
Steven A. Schwartz
Kimberly Donaldson Smith
Timothy N. Mathews
A. Zachary Naylor *
Benjamin F. Johns
Scott M. Tucker *
Catherine Pratsinakis
Christina Donato Saler
Alison G. Gushue
Tiffany J. Cramer *
Vera G. Belger *
Andrew W. Ferich
Jessica L. Titler
Stephanie E. Saunders

OF COUNSEL
Anthony Allen Geyelin
David M. Maser

*Attorneys admitted to
Jurisdiction other than PA*

April 19, 2017
VIA CERTIFIED MAIL

Google Inc.
ATTN: Legal Department
1600 Amphitheatre Parkway
Mountain View, CA 94043

Re:  Demand Letter Pursuant to Texas Business
and Commerce Code § 17.505, *et seq.* on Behalf of James
Poore

To Whom It May Concern:

I write on behalf of James Poore ("Plaintiff") and all similarly situated individuals residing in Texas to provide you with notice and a demand pursuant to Texas Business and Commerce Code § 17.505, *et seq.* This letter and its contents are provided to you on a confidential basis per Texas Evidence Code § 408.

### Nature of DTPA Claims for Plaintiff and the Proposed Class

Plaintiff and the members of the proposed class intend to bring claims against Google Inc. ("Google") for violation of the Texas Deceptive Trade Practices Act, TEX. BUS. & COM. CODE §§ 17.41, *et seq.* The basis of Plaintiff's and class members' claims is that Google concealed or failed to disclose a defect in Nexus 6P smartphones ("Class Phones") that puts these phones into a death spiral known as a bootloop and a separate or related issue that causes Class Phone batteries to drain or die despite that the battery charge level is well above 0%. When the bootloop defect manifests, it causes Class Phones to become stuck in the boot-up process, typically at the initial boot screen. The bootloop defect prevents Class Phones from proceeding past this screen and renders Class Phones inoperable. As for

battery issues, when this issue manifests, it causes Class Phones to die despite that there is still high battery life remaining as per the Phones' display. Some consumers report that their Class Phones shut off with upwards of 60% or more charge remaining.

Despite Google's knowledge of these defects in Class Phones, it has sold and continues to sell Class Phones to consumers without disclosing the issues and paying the full costs of repair and/or replacement when the issues manifest. Consumers are routinely forced to pay out of pocket to obtain a replacement phone or repair for Class Phones that bootloop or are subject to early shut-off or battery drain, whether their phones are in or out of warranty. In addition, these issues have caused consumers to lose valuable intellectual property stored on their smartphones (*e.g.* photos, videos, etc.), and to suffer from loss of use of their Class Phones, in addition to other harm.

Plaintiff's Nexus 6P Class Phone experienced the battery drain defect in September 2016, approximately 8 months after he purchased his Nexus 6P phone. His Class Phone ceased functioning when his phone's battery still had 25-30% charge remaining, and in some instances, when the battery still had 40% charge remaining. When Plaintiff first presented the problem to Huawei while his Class Phone was still under warranty, he was denied warranty coverage because the problem was described as a software-related issue. He was referred then to Google's customer service, who said nothing could be done since the phone was not purchased from their online store. His warranty has since lapsed; therefore he has not been able to get his defective phone repaired.

### Demand for Plaintiff and Members of the Proposed Class

Plaintiff and class members have suffered ascertainable losses as a result of Google's omissions and/or misrepresentations concerning the above described defects, including, but not limited to, loss of use, loss of intellectual property, out-of-pocket losses, future repairs, and diminished value of their Class Phones. The damages to Plaintiff and members of the proposed class can be determined by determining exact out-of-pocket costs resulting from the Defect, including but not limited to payments for repairs, insurance deductibles, shipping and handling fees relating to repairs or replacement, purchasing and activating temporary phone lines, and other costs. Damages can also be quantified for loss of use. Because the

proposed class includes many thousands of individuals, and because Google possesses information that will be required to complete this analysis, a complete picture of the damages for the class can be obtained only through discovery.

Plaintiff and the members of the proposed class prefer to litigate their claims in court. Nonetheless, if Google wishes to resolve the case now, I am willing to discuss settlement so long as it includes classwide relief. On information and belief, the members of the class would be willing to give up their claims in exchange for a full refund of defective Class Phones; payment for any out-of-pocket costs incurred due to the defects; and a payment as compensation for loss of use and loss of personal intellectual property, along with reasonable attorney's fees and expenses. Any settlement also must include the injunctive relief.

Please call me if you want to discuss this demand further.

Sincerely,

Benjamin F. Johns

BFJ/AWF

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Google Inc.
ATTN: Legal Department
1600 Amphitheatre Parkway
Mountain View, CA 94043

9590 9403 0186 5120 6942 10

2. Article Number *(Transfer from service label)*

7015 0640 0004 6941 2409

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery
      *(over $500)*

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053                Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Benjamin F. Johns, Esquire
Chimicles & Tikellis LLP
361 W. Lancaster Avenue
Haverford, PA 19041

USPS TRACKING#

9590 9403 0186 5120 6942 10