# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re Nexus 6P Products Liability Litigation | Case No. 17-cv-02185-BLF<br><br>**ORDER REGARDING CASE DEADLINES** |

The Parties have filed a Joint Statement Concerning Case Deadlines. *See* ECF 101. The Parties dispute whether Plaintiffs should be entitled to file a rebuttal expert report with their reply brief in support of their motion for class certification. The Court will allow Plaintiffs to file a rebuttal expert report that is narrowly tailored as described by Plaintiffs in their Statement submitted to the Court. *See* ECF 101 at 1:13-2:3. Defendants' request to file a sur-reply brief is DENIED.

The Court adopts the rest of the Parties' proposed schedule in full. The Case Deadlines are as follows:

| Name of Filing or Event | Date |
|---|---|
| Plaintiffs' Motion for Class Certification and any Supporting Expert Report(s) | June 22, 2018 |
| Defendants' Response to Motion for Class Certification and any Supporting Expert Report(s) | September 20, 2018 |
| Plaintiffs' Reply in Support of Motion for Class Certification and Narrowly Tailored Rebuttal Expert Report as Described in Plaintiffs' Statement | October 15, 2018 |
| Last day to Hear Motion for Class Certification | **November 8, 2018 at 9:00 A.M.** |
| Close of Fact Discovery | July 26, 2019 |

| Expert Reports | September 6, 2019 |
| --- | --- |
| Rebuttal Expert Reports | October 18, 2019 |
| Close of Expert Discovery | December 5, 2019 |
| Motions for Summary Judgment and *Daubert* Motions | January 24, 2020 |
| Responses to Motions for Summary Judgment and *Daubert* Motions | March 4, 2020 |
| Replies in Support of Motions for Summary Judgment and *Daubert* Motions | April 1, 2020 |
| Last day to Hear *Daubert* Motions | **April 16, 2020 at 9:00 A.M.** |
| Last day to Hear Dispositive Motions | **April 30, 2020 at 9:00 A.M.** |
| Last Day to Meet and Confer Pursuant to Local Rule 16-10(b)(5) | July 23, 2020 |
| Joint Final Pretrial Conference Statement and Proposed Order | August 6, 2020 |
| Final Pretrial Conference | **August 20, 2020 at 1:30 P.M.** |
| Trial | **October 5, 2020 at 9:00 A.M.** |

**IT IS SO ORDERED.**

Dated: December 18, 2017

_____
BETH LABSON FREEMAN
United States District Judge