Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Jessica L. Titler (*pro hac vice*)
**CHIMICLES & TIKELLIS LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Tel: (610) 642-8500
*bfj@chimicles.com*
*awf@chimicles.com*
*jt@chimicles.com*

Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Simon S. Grille (State Bar No. 294914)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Tel: (415) 981-4800
*dcg@girardgibbs.com*
*aep@girardgibbs.com*
*je@girardgibbs.com*
*sg@girardgibbs.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| In re Nexus 6P Products Liability Litigation | Case No. 5:17-cv-02185-BLF<br><br>**STATEMENT OF RECENT DECISIONS**<br><br>Date:   January 18, 2018<br>Time:   9:00 a.m.<br>Ctrm:   3, 5th Floor<br>Judge:  Honorable Beth Labson Freeman |

Pursuant to Local Rule 7-3(d)(2), Plaintiffs respectfully submit this Statement of Recent Decisions to provide notice of three recent decisions addressing issues raised in Defendants' motions to dismiss.  First, the Ninth Circuit's decision in *Davidson v. Kimberly-Clark Corp.*, 873 F.3d 1103, 1112-16 (9th Cir. 2017) (**Exhibit A**), pertains to the injunctive relief arguments raised by Defendant Google Inc.  *See* Google's Motion to Dismiss, ECF 39 at 21 ("GMTD").  Second, the decision in *In re: Chinese-Manufactured Drywall Products Liability Litigation*, No. MDL 09-2047, 2017 WL 5971622, at *8-21 (E.D. La. Nov. 30, 2017) (**Exhibit B**), pertains to the personal jurisdiction arguments raised by Defendant Huawei Device USA, Inc.  *See* Huawei's Motion to Dismiss, ECF 38 at 6-8 ("HMTD").  Third, the decision in *Morcom v. LG Elecs. USA, Inc.*, No. 16-cv-4833, 2017 U.S. Dist. LEXIS 198935, at *10-22 (D.N.J. Nov. 30, 2017) (**Exhibit C**), pertains to Huawei's arguments concerning the scope of its express warranty's coverage (HMTD at 13); Google's argument that it disclaimed the implied warranty of merchantability (GMTD at 10); the privity arguments of both Defendants (HMTD at 14-15; GMTD at 12-13); and their arguments that the Nexus 6P smartphone is merchantable (HMTD at 16; GMTD at 14).

Dated: January 3, 2018

Respectfully submitted,

By: /s/ *Jordan Elias*

Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Simon S. Grille (State Bar No. 294914)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Tel: (415) 981-4800
dcg@girardgibbs.com
je@girardgibbs.com
aep@girardgibbs.com
sg@girardgibbs.com

Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Jessica L. Titler (*pro hac vice*)
**CHIMICLES & TIKELLIS LLP**
361 West Lancaster Avenue

Haverford, Pennsylvania 19041
Tel: (610) 642-8500
bfj@chimicles.com
awf@chimicles.com
jt@chimicles.com

*Interim Class Counsel*

Cory S. Fein (State Bar No. 250758)
**CORY FEIN LAW FIRM**
712 Main St., #800
Houston, TX 77002
Tel: (415) 981-4800
Fax: (530) 748-0601
cory@coryfeinlaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Jordan Elias, hereby certify that on January 3, 2018, I caused the foregoing Statement of Recent Decisions to be filed using the Court's CM/ECF system, thereby causing it to be served upon all registered ECF users in this consolidated action.

/s/ *Jordan Elias*