UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re NEXUS 6P PRODUCTS LIABILITY LITIGATION. | Case No. 17-cv-02185-BLF<br><br>**ORDER CONTINUING STAY OF DISCOVERY** |

As stated on the record at the hearing on Defendants' motions to dismiss the Consolidated Amended Complaint held on January 18, 2018, the stay of discovery in this case is hereby CONTINUED until further notice from this Court in its Order on Defendants' motions to dismiss.

**IT IS SO ORDERED.**

Dated: January 18, 2018

_____
BETH LABSON FREEMAN
United States District Judge