Daniel C. Girard (State Bar No. 114826)
Adam E. Polk (State Bar No. 273000)
Jordan Elias (State Bar No. 228731)
Trevor T. Tan (State Bar No. 281045)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Tel: (415) 981-4800
*dcg@girardgibbs.com*
*aep@girardgibbs.com*
*je@girardgibbs.com*
*ttt@girardgibbs.com*

Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Jessica L. Titler-Lingle (*pro hac vice*)
**CHIMICLES & TIKELLIS LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Tel: (610) 642-8500
*bfj@chimicles.com*
*awf@chimicles.com*
*jt@chimicles.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| In re Nexus 6P Products Liability Litigation | Case No. 5:17-cv-02185-BLF<br><br>**DECLARATION OF PLAINTIFF JAMES POORE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO HUAWEI DEVICE USA, INC'S PARTIAL MOTION TO DISMISS** |

DECLARATION OF PLAINTIFF JAMES POORE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO HUAWEI DEVICE USA, INC.'S PARTIAL MOTION TO DISMISS
CASE NO. 5:17-CV-02185-BLF

I, James Poore, declare as follows:

1. I am a Plaintiff in the above-captioned action.

2. I make this declaration based upon my personal knowledge and could competently testify to the facts herein if called to do so.

3. In February 2016, I purchased a Nexus 6P from Amazon while in the State of Texas.

4. On approximately October 15, 2016, my phone began experiencing accelerated battery drain and repeatedly shut down randomly, even when the phone showed it was charged.

5. In December 2016, while the phone was still under warranty, I called Huawei support to request either an effective repair of the defective phone or replacement with a non-defective phone to resolve the accelerated battery drain and random shut downs my phone was experiencing. Huawei refused warranty service, informing me the issue was still under investigation at the time and that they were not authorizing repairs or replacements for accelerated battery drain and random shut downs. They recommended I contact Google about the problem.

6. Shortly after my call to Huawei, I called Google Play Store customer service to inquire about a fix for my phone. I was told that they could neither offer a repair nor a replace my phone because I did not purchase the phone directly from their Google Play Store. They recommended that I reach out to Huawei again. I was unable to receive concrete support from either company for the accelerated battery drain and random shut downs I experienced.

I declare under penalty of perjury under the laws of California and the United States that the foregoing declaration is true and correct to the best of my knowledge, and was executed by me in the city of Houston, Texas on July 13, 2018.

By _____
JAMES POORE

DECLARATION OF PLAINTIFF JAMES POORE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO HUAWEI DEVICE USA, INC.'S MOTION TO DISMISS
CASE NO. 5:17-CV-02185-BLF