COVINGTON & BURLING LLP
SIMON J. FRANKEL (SBN 171552)
sfrankel@cov.com
LINDSEY BARNHART (SBN 294995)
lbarnhart@cov.com
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091

Attorneys for Defendant
HUAWEI DEVICE USA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | Case No.:  5:17-cv-02185-BLF<br><br>**DECLARATION OF LINDSEY BARNHART IN SUPPORT OF JOINT STIPULATION TO ENLARGE TIME FOR HUAWEI DEVICE USA, INC. AND PLAINTIFFS TO COMPLY WITH STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION** |

I, Lindsey Barnhart, hereby declare as follows:

1. I am an attorney in the law firm of Covington & Burling LLP, counsel for defendant Huawei Device USA, Inc. ("Huawei") in this action. I am licensed to practice law in the State of California and admitted to the bar of the U.S. District Court for the Northern District of California. The matters set forth herein are true and correct of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. On June 19, 2018, the Court entered an order requiring the parties to "meet and confer and agree within 30 days of the lifting of the discovery stay" about certain ESI-related topics ("ESI Topics"). ECF 141 ("ESI Order"). Also on June 19, 2018, the Court lifted the discovery stay. *See* ECF 144. The parties' deadline to meet and confer and agree about the ESI Topics was therefore July 19, 2018.

3. On July 18, 2018, Plaintiffs and Huawei met and conferred telephonically about various discovery issues, including the ESI Topics. Plaintiffs and Huawei were unable to reach final agreement about the ESI Topics on that call, and the parties agreed to further meet and confer about the ESI Topics on August 1, 2018.

4. The requested extension would not otherwise affect the case schedule, and is necessary to ensure compliance with the ESI Order and the expeditious progress of discovery in this case.

5. The parties have previously requested, and the Court has granted, the following time modifications in this case: (1) Order Extending Time on Motion to Dismiss Briefing Schedule (ECF 35); (2) Order to Continue Initial Case Management Conference One Week (ECF 45); (3) Order Granting Defendants' Administrative Motion to Shorten Time For Hearing of Defendants' Motion to Stay Discovery (ECF 50); (4) Order to Continue Motion to Dismiss Hearing (ECF 95); and (5) Order to Modify Case Schedule (ECF 147).

1

**DECLARATION OF LINDSEY BARNHART IN SUPPORT OF JOINT STIPULATION TO ENLARGE TIME FOR HUAWEI DEVICE USA, INC. AND PLAINTIFFS TO COMPLY WITH STIPULATED ORDER RE: DISCOVERY OF ESI**

5:17-cv-02185-BLF

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 23rd day of July, in Redwood Shores, California.

Dated: July 23, 2017                    By:   */s/ Lindsey Barnhart*
                                              Lindsey Barnhart

2
DECLARATION OF LINDSEY BARNHART IN SUPPORT
OF JOINT STIPULATION TO ENLARGE TIME FOR
HUAWEI DEVICE USA, INC. AND PLAINTIFFS TO
COMPLY WITH STIPULATED ORDER RE: DISCOVERY
OF ESI

5:17-cv-02185-BLF