1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | Civil Case No.: 5:17-cv-02185-BLF<br><br>**JOINT STIPULATION TO ENLARGE TIME FOR HUAWEI DEVICE USA, INC. AND PLAINTIFFS TO COMPLY WITH STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION** |
|---|---|

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOINT STIPULATION TO ENLARGE TIME FOR HUAWEI DEVICE USA, INC. AND PLAINTIFFS TO COMPLY WITH STIPULATED ORDER RE: DISCOVERY OF ESI**
Case No. 5:17-cv-02185-BLF

Pursuant to Civil L.R. 6-2, Plaintiffs and Huawei Device USA, Inc. ("Huawei") respectfully submit this joint stipulation to extend the deadline from July 19, 2018 to August 2, 2018 to meet and confer and agree on the topics identified in the Court's Stipulated Order re: Discovery of Electronically Stored Information (ECF 141) (the "ESI Order"). In support of this request, Plaintiffs and Huawei state:

1. On June 19, 2018, the Court entered the ESI Order, requiring the parties to "meet and confer and agree within 30 days of the lifting of the discovery stay" regarding three topics (the "ESI Topics"): (1) "the types of ESI [the parties] believe should be preserved, and the custodians, or general job titles or descriptions of custodians, for whom they believe ESI should be preserved, e.g., 'HR head,' 'scientist,' and 'marketing manager'"; (2) "the number of custodians per party for whom ESI will be preserved"; and (3) "the preservation and production of information regarding contacts with customers, including call database records, chat records, and audio recordings." ESI Order at 2-3.

2. Also on June 19, 2018, the Court lifted the discovery stay (ECF 144), thus requiring the parties to meet and confer and agree on the ESI Topics by July 19, 2018.

3. The parties met and conferred telephonically about various discovery issues, including the ESI Topics, on July 18, 2018. Declaration of Lindsey Barnhart in Support of Joint Stipulation to Enlarge Time for Huawei Device USA, Inc. and Plaintiffs to Comply with Stipulated Order re: Discovery of Electronically Stored Information ¶ 3. The parties were unable to reach final agreement about the ESI Topics on that call, and the parties agreed to further meet and confer about the ESI Topics on August 1, 2018. *Id.*

4. The parties therefore respectfully request a two-week extension of the deadline to meet and confer and agree regarding the ESI Topics, to August 2, 2018.

**IT IS SO STIPULATED.**

1

**JOINT STIPULATION TO ENLARGE TIME FOR HUAWEI DEVICE USA, INC. AND PLAINTIFFS TO COMPLY WITH STIPULATED ORDER RE: DISCOVERY OF ESI**
Case No. 5:17-cv-02185-BLF

DATED: July 23, 2018                     COVINGTON & BURLING LLP

By:   */s/ Lindsey Barnhart*
      Simon J. Frankel
      Lindsey Barnhart
      One Front Street, 35th Floor
      San Francisco, CA 94111
      Telephone: 415-591-6000
      Facsimile: 415-591-6091
      sfrankel@cov.com; lbarnhart@cov.com

      *Attorneys for Defendant*
      HUAWEI DEVICE USA, INC.

DATED: July 23, 2018                     GIRARD GIBBS LLP

By:   */s/ Adam E. Polk*
      Daniel C. Girard (State Bar No. 114826)
      Jordan Elias (State Bar No. 228731)
      Adam E. Polk (State Bar No. 273000)
      Trevor T. Tan (State Bar No. 281045)
      601 California Street, 14th Floor
      San Francisco, California 94108
      *dcg@girardgibbs.com*
      *je@girardgibbs.com*
      *aep@girardgibbs.com*
      *ttt@girardgibbs.com*

      Benjamin F. Johns (Pro Hac Vice)
      Andrew W. Ferich (Pro Hac Vice)
      Jessica L. Titler-Lingle (Pro Hac Vice)
      One Haverford Centre
      361 West Lancaster Avenue
      Haverford, PA 19041
      *bfj@chimicles.com*
      *awf@chimicles.com*
      *jt@chimicles.com*
      *Interim Class Counsel*

## CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3), the undersigned hereby attests that Adam E. Polk has concurred in the filing of this document.

DATED: July 23, 2018					COVINGTON & BURLING LLP

							By:	*/s/ Lindsey Barnhart*
								Lindsey Barnhart

								*Attorneys for Defendant* HUAWEI DEVICE USA, INC.

### ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, and good cause having been shown, **IT IS SO ORDERED**.

Dated: July 24, 2018			*[signature: Virginia K. DeMarchi]*
							HON. VIRGINIA K. DEMARCHI
							UNITED STATES MAGISTRATE JUDGE