1  DURIE TANGRI LLP
   JOSHUA H. LERNER (SBN 220755)
2  jlerner@durietangri.com
   RAGESH K. TANGRI (SBN 159477)
3  rtangri@durietangri.com
   EUGENE NOVIKOV (SBN 257849)
4  enovikov@durietangri.com
   CATHERINE Y. KIM (SBN 308442)
5  ckim@durietangri.com
   217 Leidesdorff Street
6  San Francisco, CA  94111
   Telephone:    415-362-6666
7  Facsimile:    415-236-6300

8  Attorneys for Defendant
   GOOGLE LLC

9

10            IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13 | IN RE NEXUS 6P PRODUCTS LIABILITY | Case No. 5:17-cv-02185-BLF
   | LITIGATION                       |
14 |                                  | **DECLARATION OF JOSHUA H. LERNER IN**
   |                                  | **SUPPORT OF DEFENDANT GOOGLE LLC'S**
15 |                                  | **REPLY IN SUPPORT OF ITS MOTION TO**
   |                                  | **DISMISS SECOND CONSOLIDATED**
16 |                                  | **AMENDED CLASS ACTION COMPLAINT**
17 |                                  | Date:    October 17, 2018
   |                                  | Time:    9:00 a.m.
18 |                                  | Ctrm:    3, 5th Floor
   |                                  | Judge:   Honorable Beth Labson Freeman
19

20

21

22

23

24

25

26

27

28

I, Joshua H. Lerner, declare as follows:

1.      I am an attorney at law licensed to practice in the state of California.  I am an attorney with the law firm of Durie Tangri LLP, counsel of record for Defendant Google LLC ("Google").  I submit this declaration based on my personal knowledge.  If called upon as a witness, I could competently testify to the truth of each statement herein.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of "Almost no one knows about the best Android phones on the planet," Business Insider, dated October 25, 2015, *available at* https://www.businessinsider.com/why-google-makes-nexus-phones-2015-10 (last visited Aug. 2, 2018).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge.  Executed on August 2, 2018 in San Francisco, California.

*/s/ Joshua H. Lerner*
JOSHUA H. LERNER

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 2, 2018 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Joshua H. Lerner*
JOSHUA H. LERNER

LERNER DECLARATION ISO DEFENDANT GOOGLE LLC'S REPLY ISO ITS MOTION TO DISMISS
SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT / CASE NO. 5:17-CV-02185-BLF