Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Zachary P. Beatty (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES & TIKELLIS LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633
*bfj@chimicles.com*
*awf@chimicles.com*
*zpb@chimicles.com*
*bmm@chimicles.com*

Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Trevor T. Tan (State Bar No. 281045)
**GIRARD SHARP LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Tel: (415) 981-4800
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*ttan@girardsharp.com*

*Interim Class Counsel*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re Nexus 6P Products Liability Litigation | Case No. 5:17-cv-02185-BLF-HRL<br><br>**REQUEST FOR TELEPHONIC APPEARANCE FOR STATUS CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:   January 16, 2019<br>Time:  11:00 a.m.<br>Courtroom:   3, 5th Floor<br>Judge: Hon. Beth Labson Freeman |

1    Please take notice that Benjamin F. Johns of Chimicles & Tikellis LLP respectfully requests to
2  appear telephonically at the Status Conference currently scheduled for January 16, 2019, at 11:00 a.m.
3  before the Honorable Beth Labson Freeman.
4    Mr. Johns wishes to participate telephonically in the upcoming Status Conference due to his
5  current obligations in other matters.  His in-person attendance would require airline travel to California
6  from out of state, and the likelihood of overnight accommodations.  His telephonic participation in this
7  conference will reduce costs and expenses. One or more of Plaintiffs' lead counsel will attend the
8  conference in person.

 Dated: January 3, 2019                    Respectfully submitted,

                        By:    /s/  *Benjamin F. Johns*
                               Benjamin F. Johns (*pro hac vice*)
                               Andrew W. Ferich (*pro hac vice*)
                               Zachary P. Beatty (*pro hac vice*)
                               Beena M. McDonald (*pro hac vice*)
                               **CHIMICLES & TIKELLIS LLP**
                               One Haverford Centre
                               361 West Lancaster Avenue
                               Haverford, PA 19041
                               Telephone: (610) 642-8500
                               Fax: (610) 649-3633
                               *bfj@chimicles.com*
                               *awf@chimicles.com*
                               *zpb@chimicles.com*
                               *bmm@chimicles.com*

                               Daniel C. Girard (State Bar No. 114826)
                               Jordan Elias (State Bar No. 228731)
                               Adam E. Polk (State Bar No. 273000)
                               Trevor T. Tan (State Bar No. 281045)
                               **GIRARD SHARP LLP**
                               601 California Street, 14th Floor
                               San Francisco, California 94108
                               Tel: (415) 981-4800
                               *dgirard@girardsharp.com*
                               *jelias@girardsharp.com*
                               *apolk@girardsharp.com*
                               *ttan@girardsharp.com*

1
REQUEST FOR TELEPHONIC APPEARANCE
Case No. 5:17-cv-02185-BLF-HRL

*Interim Class Counsel*

Cory S. Fein (State Bar No. 250758)
**Cory Fein Law Firm**
712 Main St., #800
Houston, TX 77002
Tel: (415) 981-4800
Fax: (530) 748-0601
*cory@coryfeinlaw.com*

*Counsel for Plaintiffs*

## **ORDER**

IT IS SO ORDERED that Benjamin F. Johns is permitted to appear by telephone at the January 16, 2019 Status Conference.

_____
Hon. Beth Labson Freeman
United States District Judge