DURIE TANGRI LLP
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
CATHERINE Y. KIM (SBN 308442)
ckim@durietangri.com
STEPHEN ELKIND (SBN 320624)
selkind@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:     415-236-6300

Attorneys for Defendant
GOOGLE LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | Case No. 5:17-cv-02185-BLF<br><br>**JOINT STATUS REPORT AND PROPOSED SCHEDULE**<br><br>Date:    January 16, 2019<br>Time:   11:00 a.m.<br>Ctrm:   3, 5th Floor<br>Judge:  Honorable Beth Labson Freeman |

**JOINT STATUS REPORT**

Pursuant to the Court's November 29 and December 21, 2018 Orders (ECF Nos. 177, 178) and Local Rule 16-10(d), Plaintiffs Jonathan Makcharoenwoodhi, Alex Gorbatchev, Brian Christensen, Anthony Martorello, Edward Beheler, Yuriy Davydov, Rebecca Harrison, Zachary Himes, Taylor Jones, Paul Servodio, Justin Leone, James Poore, Jr., and Kenneth Johnston and Defendants Huawei Device USA, Inc. and Google LLC submit this joint status report and proposed schedule for briefing settlement approval under Federal Rule of Civil Procedure 23(e).

### 1. Case Developments Following Second Case Management Statement

Since the parties filed their Second Case Management Statement on May 31, 2018 (ECF 125), the parties: (1) briefed and argued Defendants' motions to dismiss Plaintiffs' Second Consolidated Amended Complaint; and (2) proceeded with discovery following the Court's June 19, 2018 Order lifting the discovery stay. ECF Nos. 134-135, 144, 148-149, 154-155.

On November 27, 2018, the parties reached an agreement in principle to resolve the action. In light of the parties' agreement in principle, on November 29, 2018, the Court entered an Order suspending case deadlines to allow the parties to finalize settlement terms and details. ECF 177. Since then, the parties have further discussed settlement terms, plan of allocation, and notice plan, and anticipate being able to reach a final settlement agreement. Plaintiffs have initiated a bidding process for a claims administrator and are discussing with Defendants and third parties how best to obtain class member information for notice purposes.

### 2. Proposed Schedule

The parties propose the following schedule for briefing preliminary approval of the proposed settlement. Plaintiffs will include with their preliminary approval motion a proposed notice plan and final approval briefing schedule.

| Name of Filing or Event | Proposed Deadline |
|---|---|
| Motion for Preliminary Approval | February 28, 2019 |
| Hearing on Plaintiffs' Motion for Preliminary Approval | April 4, 2019 |

**3. ADR Update**

The parties do not believe additional ADR is necessary.

DATED: January 9, 2019

**GIRARD SHARP LLP**
By: */s/ Daniel C. Girard*
Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Trevor T. Tan (State Bar No. 281045)
601 California Street, 14th Floor
San Francisco, California 94108
Tel: (415) 981-4800
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*ttan@girardsharp.com*

**CHIMICLES & TIKELLIS LLP**
Benjamin F. Johns (*Pro Hac Vice*)
Andrew W. Ferich (*Pro Hac Vice*)
Zachary P. Beatty (*Pro Hac Vice*)
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
bfj@chimicles.com
awf@chimicles.com
zpb@chimicles.com

*Co-Lead Counsel for Plaintiffs*

**COVINGTON & BURLING LLP**

By: */s/ Simon Frankel*
SIMON J. FRANKEL (SBN 171552)
Email: sfrankel@cov.com
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091

LINDSEY BARNHART (SBN 294995)
Email: lbarnhart@cov.com
3000 El Camino Real
5 Palo Alto Square, Suite 1000
Palo Alto, CA 94306
Telephone: (650) 632-4700

Facsimile: (650) 632-4800

*Attorneys for Defendant*
HUAWEI DEVICE USA, INC.

**DURIE TANGRI LLP**

By: */s/ Joshua H. Lerner*
Ragesh K. Tangri (SBN 159477)
rtangri@durietangri.com
Joshua H. Lerner (SBN 220755)
jlerner@durietangri.com
Eugene Novikov (SBN 257849)
enovikov@durietangri.com
Catherine Y. Kim (SBN 308442)
ckim@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111

*Attorneys for Defendant*
GOOGLE LLC

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Joshua H. Lerner, attest that concurrence in the filing of this document has been obtained.

Dated: January 9, 2019                                    */s/ Joshua H. Lerner*
                                                                        JOSHUA H. LERNER

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2019 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Joshua H. Lerner*
JOSHUA H. LERNER