# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Case Number :         2017-02185
Case Title :          In re Nexus 6P Products Liability Litigation

## THIS DOCUMENT CONTAINS AN AUDIO FILE ATTACHMENT

The attached digital recording is a copy of a court proceeding and is provided as a convenience to the public. It is not an official record; only transcripts prepared by court-arranged transcriptionists will be considered the official record of this proceeding. 28 U.S.C. § 753(b).

For information about ordering a transcript, see    **https://cand.uscourts.gov/transcripts**

Case Type :           cv
Audio Date\Time:      1/16/2019 11:17:37 AM
Audio File Name :     5cv2017-02185_20190116-111737.mp3
Audio File Size :     4512 KB
Audio Run Time :      [00:09:24] (hh:mm:ss)

**How to access the audio file**
The audio file is embedded as an attachment in this PDF document.

*Listening to the file with Adobe Reader:* Click the Attachments tab or the Paper Clip icon. Select the audio file and click Open. If you do not see the Attachments tab, press **F4** on your keyboard, then click the Paper Clip icon, OR click on **View > Show/Hide > Navigation Panes > Attachments.**



**For technical support, guidance and more info**:    **https://cand.uscourts.gov/audio**