```
                                        PAGES 1 - 10

            UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

       BEFORE THE HONORABLE BETH LABSON FREEMAN

IN RE NEXUS 6P PRODUCTS          )
LIABILITY LITIGATION             )
                                 )  SAN JOSE, CALIFORNIA
                                 )  WEDNESDAY
                                 )  JANUARY 16, 2019
_____)
```

**TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND**

**RECORDING  11:17 A.M. - 11:27 A.M.**

**APPEARANCES**:

| | |
|---|---|
| **FOR PLAINTIFFS** | GIRARD SHARP, LLP |
| | 601 CALIFORNIA STREET |
| | SUITE 1400 |
| | SAN FRANCISCO, CALIFORNIA 94108 |
| | **BY: ADAM E. POLK, ESQUIRE** |
| | |
| **FOR DEFENDANT** | DURIE TANGRI, LLP |
| **GOOGLE** | 217 LEIDESDORFF STREET |
| | SAN FRANCISCO, CALIFORNIA 94111 |
| | **BY: JOSHUA LERNER, ESQUIRE** |
| | **CATHERINE Y. KIM, ESQUIRE** |
| | |
| **FOR DEFENDANT** | COVINGTON & BURLING, LLP |
| **HUAWEI** | ONE FRONT STREET |
| | SAN FRANCISCO, CALIFORNIA 94111 |
| | **BY: SIMON J. FRANKEL, ESQUIRE** |

*TRANSCRIBED BY: JOAN MARIE COLUMBINI, CSR #5435, RPR*
*RETIRED OFFICIAL COURT REPORTER, USDC*

```
 1   WEDNESDAY, JANUARY 13, 2019                           11:17 A.M.
 2   (TRANSCRIBER'S NOTE: DUE AT TIMES TO COUNSELS' FAILURE TO
 3   IDENTIFY THEMSELVES WHEN SPEAKING, CERTAIN SPEAKER
 4   ATTRIBUTIONS ARE BASED ON EDUCATED GUESS.)
 5                              ---O0O---
 6                             PROCEEDINGS
 7        THE CLERK:  CALLING CASE 17-2185, IN RE: NEXUS.
 8        COUNSEL, PLEASE COME FORWARD AND STATE YOUR
 9   APPEARANCES.
10        MR. POLK:  ADAM POLK FROM GIRARD SHARP FOR PLAINTIFFS
11   IN THE PROPOSED CLASS.
12        THE COURT:  MR. POLK, WELCOME.
13        MR. LERNER:  GOOD MORNING, YOUR HONOR.  JOSHUA LERNER
14   OF DURIE TANGRI ON BEHALF OF GOOGLE.  AND WITH ME TODAY IS
15   CATHERINE KIM.
16        THE COURT:  MS. KIM.
17        MR. FRANKEL:  GOOD MORNING, YOUR HONOR.  SIMON
18   FRANKEL OF COVINGTON & BURLING FOR DEFENDANT HUAWEI.
19        THE COURT:  GOOD MORNING.  THANK YOU ALL FOR DOING
20   THE DRIVE DOWN.  I HOPE IT WASN'T TOO DIFFICULT.
21        MR. LERNER:  IT WAS MYSTERIOUSLY EASY THIS MORNING.
22   IN FACT, THE WHOLE WAY DOWN CATHERINE AND I WERE ASKING EACH
23   OTHER WHAT WAS GOING ON, BECAUSE IT WAS A VERY SMOOTH DAY.
24        THE COURT:  WELL, I CAN ONLY HOPE THE SAME ON YOUR
25   DRIVE BACK UP.
```

1  ALL RIGHT. SO I UNDERSTAND YOU HAVE GOOD NEWS FOR
2  ME.
3  **MR. POLK:** THAT'S RIGHT, YOUR HONOR.
4  JUST TO PROVIDE UPDATE OF WHERE WE ARE AND WHERE
5  WE'RE GOING, AS YOU KNOW, THE PARTIES REACHED AN AGREEMENT --
6  **THE COURT:** YES.
7  **MR. POLK:** -- IN PRINCIPLE ON NOVEMBER 27TH --
8  **THE COURT:** YES.
9  **MR. POLK:** -- TO RESOLVE THE CASE. IT'S AN ALL CASH
10 DEAL IN A CLASS ACTION SETTLEMENT.
11 SINCE THEN THE PARTIES HAVE BEEN WORKING TO DOCUMENT
12 THE SETTLEMENT.
13 **THE COURT:** RIGHT.
14 **MR. POLK:** PLAINTIFFS HAVE PREPARED AND THE PARTIES
15 HAVE EXCHANGED VERSIONS OF A TERM SHEET AND PLAN OF ALLOCATION.
16 WE ARE NOW BEGINNING WITH THE PROCESS OF NEGOTIATING AND
17 FINALIZING A FORMAL SETTLEMENT AGREEMENT.
18 IN ADDITION, THE PLAINTIFFS HAVE INITIATED AN
19 IMPARTIAL BIDDING PROCESS TO A SERIES OF CLAIMS
20 ADMINISTRATORS --
21 **THE COURT:** OH, GOOD.
22 **MR. POLK:** -- CONSISTENT WITH THE NEW GUIDELINES, AND
23 WE EXPECT THEIR PROPOSALS TO COME IN JANUARY 25TH.
24 I'VE ALSO BEEN WORKING WITH THIRD-PARTY RETAILERS TO
25 OBTAIN THE CLASS MEMBER IDENTIFICATION --

1      **THE COURT:** OH, GOOD.

2      **MR. POLK:** -- INFORMATION AND DEVELOP A NOTICE PLAN.

3      BIG PICTURE, THE TIME CONSUMING STUFF THAT, YOU KNOW,
4  WE'RE STRUGGLING WITH AND TRYING TO WORK THROUGH ARE
5  APPROPRIATE DISTINCTION TO MAKE AMONG CLASS MEMBERS IN
6  CONNECTION WITH A PLAN OF ALLOCATION, AND, ALSO, BALANCING THE
7  NEED TO MAKE THE CLAIMS PROCESS ACCESSIBLE, BUT ALSO PROVIDING
8  SOME LEVEL OF SECURITY THAT ANY CLAIMS THAT ARE MADE ARE
9  LEGITIMATE.

10     **THE COURT:** RIGHT.

11     **MR. POLK:** SO THAT'S KIND OF THE MENTAL WORK THAT
12 WE'RE GOING THROUGH.

13     DAN GIRARD AND I HAVE HAD A SERIES OF CONVERSATIONS
14 WITH JOSH AND SIMON, AND WE'RE IN CONTINUING DISCUSSIONS.  WE
15 THINK THAT GIVEN EVERYTHING THAT'S GOING ON, ALL THE TASKS THAT
16 I JUST WENT THROUGH WITH YOU, FEBRUARY 28TH OR THAT TIME FRAME
17 IS REASONABLE --

18     **THE COURT:** OKAY.

19     **MR. POLK:** -- ESPECIALLY IN LIGHT OF THE APPROVALS
20 THAT ARE GOING TO BE NECESSARY ON THE DEFENDANTS' SIDE --

21     (SIMULTANEOUS COLLOQUY.)

22     **THE COURT:** WELL, I'M ACTUALLY NOT AVAILABLE OR MY
23 CALENDAR IS FULL ON THE DATE YOU ASKED FOR.  I NEED TO SET THIS
24 ON MAY 2ND.  SO THAT WILL ACTUALLY GIVE YOU SOME MORE TIME.  I
25 KNOW THESE ARE -- THESE ARE TIME-CONSUMING JOBS TO WORK OUT ALL

```
 1   OF -- THE SETTLEMENT AGREEMENT, I GUESS, IS WHAT TAKES THE
 2   TIME.  THE BRIEFING IS PRETTY WELL UNDERSTOOD.
 3          BUT IF YOU WANT TO PUSH YOUR FILING DATE NOW BECAUSE
 4   OF THE HEARING DATE, THAT MIGHT JUST GIVE YOU A LITTLE BIT MORE
 5   BREATHING ROOM.  BUT YOU DON'T HAVE TO.  IT'S UP TO YOU.
 6          MR. POLK:  YEAH, THAT'S FINE.  IF IT'S GOING TO BE
 7   MAY 2ND --
 8          THE COURT:  YEAH.
 9          MR. POLK:  I GUESS IT WOULD BE AROUND 35 DAYS BEFORE
10   THAT.
11          UNIDENTIFIED SPEAKER:  ONE SECOND.  PROBABLY
12   MARCH 28TH.
13          MR. POLK:  YEAH, MARCH 28TH.  THAT'S FINE.
14          THE COURT:  THAT WOULD BE ALL RIGHT FOR EVERYONE?
15   OKAY.  WELL -- AND MR. LERNER, MR. FRANKEL, ANYTHING ELSE TO
16   ADD TO THAT?
17          MR. LERNER:  NOTHING OTHER THAN WHAT -- I WAS
18   THINKING ABOUT THIS LAST NIGHT -- I THINK, AS LONG AS IT'S
19   AGREEABLE TO YOUR HONOR, THAT IT MAKES SENSE, GIVEN SOME OF THE
20   COMPLEXITIES THAT MR. POLK IDENTIFIED, AND CERTAINLY GIVEN THAT
21   YOU HAVE THAT EXTRA TIME NOW --
22          THE COURT:  YEAH.
23          MR. LERNER:  AND I THINK GIVEN, TO BE
24   STRAIGHTFORWARD, MR. POLK AND HIS FIRM HAVE BEEN EFFICIENT
25   ABOUT THIS (INDISCERNIBLE).
```

```
 1                    (SIMULTANEOUS COLLOQUY.)
 2            THE COURT:  THEY'VE BEEN AROUND THE BLOCK A FEW
 3    TIMES.
 4            MR. LERNER:  YEAH.  I WON'T BE SURPRISED IF, BY THE
 5    HEARING DATE YOU SET, GIVEN THAT IT'S A LITTLE BIT FARTHER
 6    OUT --
 7            THE COURT:  YEAH.
 8            MR. LERNER:  THAT WE CAN TALK ABOUT DATES THAT MIGHT
 9    ACTUALLY BE SHORTER FOR THE REST OF IT.
10            THE COURT:  OH, GOOD.
11                    (SIMULTANEOUS COLLOQUY.)
12            MR. LERNER:  WE'LL OBVIOUSLY TALK ABOUT IT AMONGST
13    OURSELVES.
14            THE COURT:  OH, OKAY.
15            MR. LERNER:  BUT IF WE'VE GOT THAT EXTRA TIME, WE'LL
16    TRY AND PUT IT TO USE --
17            THE COURT:  OKAY.
18            MR. LERNER:  -- UPDATE YOU, OBVIOUSLY
19    (INDISCERNIBLE).
20            THE COURT:  OKAY.  THE PRELIMINARY APPROVAL HEARING
21    GENERALLY TAKES A LITTLE MORE TIME FOR ME THAN THE FINAL
22    APPROVAL.  NOW, IF THERE ARE LOTS OF OBJECTORS, OF COURSE I
23    MAKE SURE I HAVE TIME AVAILABLE FOR ALL OF THEM, OR RESET IT SO
24    THAT WE HAVE AN ADEQUATE HEARING.  BUT I KIND OF GO THROUGH IT
25    WITH A FINE TOOTH COMB.
```

```
 1            SO IT'S A LOT OF DOCUMENTS TO WORK THROUGH, AND
 2   WE'LL -- YOU KNOW, I LIKE TO HAVE THE TIME.
 3            MR. LERNER:  AND IN THAT VEIN, ONE THING EVEN WITH
 4   CATHERINE'S ABLE INSIGHTS AND EVERYTHING ELSE THAT I DON'T KNOW
 5   AND WASN'T ABLE TO FIGURE OUT (INDISCERNIBLE) STRAIGHTFORWARD,
 6   AS A BALLPARK FIGURE, IF YOU GOT EVERYTHING YOU WANTED,
 7   GENERALLY SPEAKING, HOW LONG DO YOU LIKE BETWEEN THE DEADLINE
 8   FOR OBJECTIONS AND THE DEADLINE FOR EITHER THE MOTION FOR FINAL
 9   APPROVAL OR THAT HEARING?  I'M NOT SURE HOW YOU NORMALLY DO IT.
10   BUT WHAT DO YOU LIKE AFTER THE OBJECTIONS COME --
11            THE COURT:  SO THEN -- SO YOU'LL HAVE ALREADY FILED
12   YOUR ATTORNEYS' FEES MOTION, MR. POLK, YOU WILL HAVE, BEFORE
13   THE OBJECTIONS, AND THEN YOU'LL JUST BE DOING THE FINAL
14   BRIEFING.
15            YOU KNOW, I DON'T -- I DON'T NEED THE FINAL BRIEFING
16   UNTIL TWO WEEKS IN ADVANCE OF THE HEARING DATE.
17            MR. LERNER:  ALL RIGHT.
18            MR. POLK:  ALL RIGHT.
19            THE COURT:  SO THAT HELPS.  SO THE PERIOD OF TIME
20   FROM THE LAST DAY TO FILE OBJECTIONS TO THE HEARING DATE,
21   AGAIN, IT'S NOT USUALLY A PROBLEM FOR ME.
22            MR. LERNER:  OKAY.
23            THE COURT:  YOU'RE THE ONES WHO THEN HAVE TO HAVE
24   ENOUGH TIME TO RESPOND.  SO, I MEAN, YOUR FIRM HAS HANDLED MANY
25   CASES LIKE THIS, SO YOU KNOW -- I'M SURE YOU HAVE A PRETTY GOOD
```

```
 1  ESTIMATE OF WHAT THE LANDSCAPE WILL BE AND WHAT YOU NEED TO
 2  RESPOND.
 3          MR. POLK:  YEAH, WE WILL, AND WE INTEND TO SUBMIT
 4  WHAT WE BELIEVE WILL BE AN APPROPRIATE SCHEDULE WITH OUR
 5  PRELIMINARY APPROVAL.
 6          THE COURT:  ALL RIGHT.  AND WE CAN TALK ABOUT THAT
 7  FURTHER.  ALL RIGHT.  THAT MAKES SENSE.
 8          OKAY.  I GENERALLY SCHEDULE THESE HEARINGS IN THE
 9  AFTERNOON FOR THE PRELIMINARY APPROVAL, BECAUSE MY MORNING
10  CALENDAR GETS TO BE PRETTY FULL.  SO THAT MAY 2ND WILL BE AT
11  1:30 IN THE AFTERNOON.  AND THEN WE WON'T BE RUSHED ON THAT.
12          THERE IS A PENDING MOTION TO DISMISS.  MAY I
13  TERMINATE THAT NOW?
14          MR. LERNER:  YES, YOUR HONOR.
15          THE COURT:  I USUALLY TERMINATE IT WITHOUT PREJUDICE
16  JUST IN CASE SOMETHING FALLS APART.
17          MR. LERNER:  THANK YOU.
18          THE COURT:  SO YOU KNOW, BECAUSE THE CASE GOES ON.
19  AND I MEAN, TO THE EXTENT WE HAVE A TRIAL DATE -- I DON'T KNOW
20  WHEN THAT IS, BUT I DON'T USUALLY -- UNLESS YOU'RE ASKING ME TO
21  VACATE THOSE DATES, I DON'T REALLY CARE ONE WAY OR THE OTHER.
22          UNIDENTIFIED SPEAKER:  (INDISCERNIBLE.)
23          THE COURT:  OKAY. IT'S NOT PRESSING, SO I DON'T
24  THINK WE NEED TO WORRY ABOUT IT.  SO I WILL TERMINATE THE
25  PENDING MOTION.  THAT WILL CLEAR UP ALL OF THAT.  I DON'T THINK
```

```
 1  THERE'S ANYTHING ELSE PENDING.
 2           MR. POLK:  NO, I DON'T BELIEVE SO.
 3           THE COURT:  OKAY.  THAT'S GREAT.  I'LL LOOK FORWARD
 4  TO SEEING ALL OF THE PRELIMINARY APPROVAL DOCUMENTS, AND WE'LL
 5  HAVE A THOROUGH DISCUSSION OF IT ON THAT DATE.
 6           AS I SAY, ALL THE JUDGES HERE -- I DO GO THROUGH IT
 7  WITH A FINE TOOTH COMB.  A LOT OF IT YOU'LL BE EXPLAINING TO
 8  ME, AND FOR SOME OF IT, I MAY JUST WANT SOME CHANGES, SO WE'LL
 9  HAVE TO TALK THAT THROUGH.
10           MR. POLK:  UNDERSTOOD.
11           THE COURT:  ALL RIGHT.  WELL, I COMMEND YOU ON
12  RESOLVING THIS SO EARLY IN THE PROCEEDINGS.
13           (SIMULTANEOUS COLLOQUY.)
14           MR. LERNER:  ONE LAST THING.  I'M STEPPING OUT OF MY
15  ROLE AS AN ADVOCATE (INDISCERNIBLE).
16           THE COURT:  YES, IT IS.
17           MR. LERNER:  JUDGE ORRICK ACTUALLY DID RECENTLY ISSUE
18  AN OPINION THAT TRACKS KIND OF WHAT MR. CHATTERJEE WAS
19  (INDISCERNIBLE).  HE ACTUALLY ISSUED AN OPINION WHICH SAYS IN
20  THE TRADE SECRET CASE, AS YOU SAID WE DON'T HAVE,
21  (INDISCERNIBLE) IT'S A STATE ISSUE.  AND AS YOU KNOW
22  (INDISCERNIBLE) WAIVE WHETHER OR NOT IT SHOULD BE FOLLOWED OR
23  NOT.  BUT WHAT HE SAID IS -- WHAT KIND OF SEEMS MORE ANALOGOUS
24  AND USEFUL, PARTICULARLY IF YOU'RE ON THE END OF THE SPECTRUM
25  WHERE IT'S A MORE TECHNICAL CASE, IS PLEASE FILE THE EQUIVALENT
```

1  OF INFRINGEMENT CONTENTIONS.
2          **THE COURT:**  OH, THAT'S GREAT.
3          **MR. LERNER:**  SO I WANT A CHART THAT DESCRIBES
4  (INDISCERNIBLE) DIFFERENT FROM WHAT'S (INDISCERNIBLE)
5  AVAILABLE.
6          **THE COURT:**  YEAH.
7          **MR. LERNER:**  -- DESCRIBES THE MEASURE, AND THEN IT
8  JUST LOOKS LIKE THE CONTENTIONS.  AND I THINK TO
9  MR. CHATTERJEE'S POINT IS KIND OF CONSISTENT WITH THE RULES
10 THAT THE NORTHERN DISTRICT HAS THOUGHT ABOUT IN THE PAST.
11         **THE COURT:**  YEAH.
12         **MR. LERNER:**  (INDISCERNIBLE.)
13         **THE COURT:**  IT'S WORTH A LOT, AND IT'S REALLY HELPFUL
14 BECAUSE I'VE SUFFERED THROUGH ENDLESS MOTIONS TO DISMISS.  AND
15 GIVEN HOW IMPACTED OUR CALENDARS ARE, IT TAKES TOO MUCH TIME.
16 SO THAT'S GREAT.  I REALLY APPRECIATE THAT, AND I WILL GET IN
17 TOUCH WITH JUDGE ORRICK.
18         **MR. LERNER:**  ALL RIGHT.
19         **THE COURT:**  THANK YOU ALL.
20         (PROCEEDINGS ADJOURNED AT 11:27 A.M.)

**CERTIFICATE OF TRANSCRIBER**

I CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY, OF THE ABOVE PAGES OF THE OFFICIAL ELECTRONIC SOUND RECORDING PROVIDED TO ME BY THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OF THE PROCEEDINGS TAKEN ON THE DATE AND TIME PREVIOUSLY STATED IN THE ABOVE MATTER.

I FURTHER CERTIFY THAT I AM NEITHER COUNSEL FOR, RELATED TO, NOR EMPLOYED BY ANY OF THE PARTIES TO THE ACTION IN WHICH THIS HEARING WAS TAKEN; AND, FURTHER, THAT I AM NOT FINANCIALLY NOR OTHERWISE INTERESTED IN THE OUTCOME OF THE ACTION.

*/s/ jmcolumbini*

JOAN MARIE COLUMBINI

FEBRUARY 6, 2019