Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Trevor T. Tan (State Bar No. 281045)
**GIRARD SHARP LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Tel: (415) 981-4800
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*ttan@girardsharp.com*

Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Zachary P. Beatty (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633
*bfj@chimicles.com*
*awf@chimicles.com*
*zpb@chimicles.com*

*Interim Co-Lead Counsel*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | Case No. 5:17-cv-02185-BLF<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**N.D. Cal. Local Rules 7-11 and 79-5**<br><br>Judge: Hon. Beth Labson Freeman<br><br>No Hearing Date Set Pursuant to L.R. 7-11(c) |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs will and hereby do move this Court, pursuant to Civil Local Rule 79-5 for an administrative order to file under seal:

- Portions of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval;

- Portions of the Joint Declaration of Daniel C. Girard and Benjamin F. Johns in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement; and

- Portions of Exhibit B to the Joint Declaration of Daniel C. Girard and Benjamin F. Johns in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (the "Supplemental Settlement Agreement").

Plaintiffs file this motion to comply with the Stipulated Protective Order (ECF No. 140) and Civil Local Rule 79-5. Pursuant to Civil Local Rules 79-5(e) and 7-11(c), no hearing date has been set.

**Material to Be Filed Under Seal**

Paragraph 12.3 of the Stipulated Protective Order prohibits a party from filing in the public record any Protected Material without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons. Protected Material includes portions of motions or briefs that copy, extract, summarize, or compile Protected Material. ECF No. 140 at ¶ 12.3.

**Materials Designated by Defendants and Non-Parties.** Defendants Google and Huawei, and non-party Assurant have designated materials referred to in portions of Plaintiffs' Motion for Preliminary Approval and Joint Declaration as Highly Confidential-Attorneys' Eyes Only under the Stipulated Protective Order. These portions contain nonpublic information concerning Nexus 6P smartphone sales, customer contacts, warranty claims, and Plaintiffs' estimated damages from which such information could be derived. As the Designating Parties, Defendants and Assurant must file declarations pursuant to Local Rules 79-5(e)(1) and (2) establishing that the designated material is sealable. Plaintiffs take no position on whether these portions of the motion and declaration should remain under seal.

**Materials Designated by All Parties.** Additionally, the parties jointly designate that portion of the Supplemental Settlement Agreement specifying the number of requests for exclusion sufficient to

trigger withdrawal rights under the Settlement Agreement confidential. As set forth in the accompanying Declaration of Adam E. Polk, the parties have designated this confidential opt-out figure Confidential to avoid any potential manipulation of the settlement. Polk Decl., ¶ 6. The parties have narrowly tailored their request, and seek to seal only the number of requests for exclusion that would trigger withdrawal rights, with the balance of the Supplemental Settlement Agreement being filed publicly. *Id*. at ¶ 5; Civil L.R. 79-5(b).

Because this sealing motion relates to materials filed in connection with Plaintiffs' Motion for Preliminary Approval, which is related to the merits of the case, the instant motion is resolved under the compelling reasons standard. *See* Order Granting Plaintiffs' Administrative Motion to Seal, *Free Range Content, Inc., et al. v. Google, LLC*, No. 5:14-cv-02329-BLF (N.D. Cal. Mar. 7, 2018), ECF No. 248 at 2 (citing *Philliben v. Uber Techs., Inc.*, No. 14-CV-05615-JST, 2016 WL 9185000, at *2 (N.D. Cal. Apr. 15, 2016)).

The need to "prevent third parties from utilizing [information] for the improper purpose of obstructing the settlement and obtaining higher payouts" constitutes a compelling reason to seal the confidential opt out figure. *Thomas v. Magnachip Semiconductor Corp.*, No. 14-CV-01160-JST, 2016 WL 3879193, at *7 (N.D. Cal. July 18, 2016) (citing *In re Online DVD-Rental Antitrust Litig.*, 779 F.3d 934, 948 (9th Cir. 2015)); *Free Range Content*, ECF No. 248 at 3 ("This Court . . . agrees with the reasoning in *Thomas* that compelling reasons exist to seal this information. The Court also finds that Plaintiffs' proposed redactions are narrowly tailored.").

Plaintiffs accordingly request that the Court approve the filing of that portion of the Supplemental Settlement Agreement referencing the confidential opt out figure under seal.

As required by Civil Local Rule 79-5(d)(1), the following attachments accompany this motion:

1. Declaration of Adam E. Polk in Support of Plaintiffs' Administrative Motion to Seal;
2. A proposed order that lists in table format each document sought to be sealed;
3. A redacted version of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval;
4. An unredacted version of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval;

5. A redacted version of the Joint Declaration of Daniel C. Girard and Benjamin F. Johns in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement;

6. An unredacted version of the Joint Declaration of Daniel C. Girard and Benjamin F. Johns in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement; and

7. A redacted version of Exhibit B to the Joint Declaration of Daniel C. Girard and Benjamin F. Johns in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement;

8. An unredacted version of Exhibit B to the Joint Declaration of Daniel C. Girard and Benjamin F. Johns in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

Dated: April 10, 2019

Respectfully submitted,

**GIRARD SHARP LLP**

By:   */s/ Daniel C. Girard*

Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Trevor T. Tan (State Bar No. 281045)
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*ttan@girardsharp.com*

**CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP**
Benjamin F. Johns (*Pro Hac Vice*)
Andrew W. Ferich (*Pro Hac Vice*)
Zachary P. Beatty (*Pro Hac Vice*)
Beena M. McDonald (*Pro Hac Vice*)
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
bfj@chimicles.com
awf@chimicles.com
zpb@chimicles.com
bmm@chimicles.com

**CORY FEIN LAW FIRM**
Cory S. Fein
712 Main St., Suite 800
Houston, TX 77002
cory@coryfeinlaw.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I, Daniel C. Girard, certify that on April 10, 2019, I caused the foregoing to be filed using the Court's CM/ECF system, thereby causing it to be served upon all registered ECF users in this case. I also caused a copy of the under seal documents to be served *via electronic mail* on counsel of record for defendants. Additionally, I caused the forgoing seal documents to be served on:

Irma Reboso Solares
Miami Tower
100 S.E. Second Street, Suite 4200
Miami, Florida 33131-2113

*Counsel for Assurant, Inc.*

/s/ Daniel C. Girard
Daniel C. Girard