Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Trevor T. Tan (State Bar No. 281045)
**GIRARD SHARP LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Tel: (415) 981-4800
dgirard@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
ttan@girardsharp.com

Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Zachary P. Beatty (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633
bfj@chimicles.com
awf@chimicles.com
zpb@chimicles.com

*Interim Co-Lead Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | Case No. 5:17-cv-02185-BLF<br><br>**DECLARATION OF ADAM E. POLK IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Adam E. Polk, hereby declare as follows:

1. I am a partner at the law firm Girard Sharp LLP, interim class counsel for Plaintiffs in the above-captioned action. I submit this declaration in accordance with Civil Local Rule 79-5(d)(1)(A) and in support of Plaintiffs' Administrative Motion to File Under Seal:

- Portions of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval;
- Portions of the Joint Declaration of Daniel C. Girard and Benjamin F. Johns in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement; and
- Portions of Exhibit B to the Joint Declaration of Daniel C. Girard and Benjamin F. Johns in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

2. On June 19, 2018, the Court entered the Parties' Stipulated Protective Order, under which a party may designate information or items that it produces in disclosures or in response to discovery as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY." ECF No. 140 ¶ 12.3. Paragraph 12.3 of the Stipulated Protective Order prohibits a party from filing in the public record any Protected Material without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons.

3. The following portions of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval copy, excerpt, summarize or compile documents or information designated as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" by Defendants and non-party Assurant pursuant to the Stipulated Protective Order:

| Page | Line(s) |
|---|---|
| 5 | 21, 24, 28 |
| 6 | 2-4, 15-17 |
| 16 | 2-3 |
| 18 | 5 |
| 19 | 2-3 |

| Page | Line(s) |
|------|---------|
| 22   | 21-22   |

4. The following portions of the Joint Declaration of Daniel C. Girard and Benjamin F. Johns in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement have also been designated as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" by Defendants and non-party Assurant pursuant to the Stipulated Protective Order:

| Page | Line(s) |
|------|---------|
| 7    | 6, 8, 12, 14-16, 27-28 |
| 8    | 1       |

5. The parties also desire to file under seal the following portion of Exhibit B to the Joint Declaration of Daniel C. Girard and Benjamin F. Johns in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement :

| Page | Designation |
|------|-------------|
| 2    | Highly Confidential |

The parties request that the Court seal that portion of the Supplemental Settlement Agreement specifying the number of requests for exclusion sufficient to trigger withdrawal rights under the Settlement Agreement, because it constitutes confidential settlement information. *See Phillips v. GMC*, 307 F.3d 1206, 1212 (9th Cir. 2002) ("courts have granted protective orders to protect confidential settlement information").

6. Section 5.25 of the Settlement Agreement provides:

> Termination Clause. If the number of Settlement Class Members requesting exclusion exceeds a number agreed-to by the Parties in the Supplemental Settlement Agreement, then either Defendant may notify Class Counsel in writing that they have elected to terminate this Settlement Agreement.  Such notification of intent to terminate the Settlement Agreement must be provided a minimum of 7 days before the filing deadline

for the motion seeking Final Approval. If this Settlement Agreement is terminated, it will be deemed null and void *ab initio* and § 7.5 below will apply. This confidential opt-out figure shall be communicated to the Court by the Parties via a sealed writing, in order to help discourage manipulation of the Settlement.

In accordance with Section 5.25 of the Settlement Agreement, Plaintiffs seek to file the confidential opt-out figure under seal to avoid manipulation of the settlement. Sealing this document will prevent non-parties from using the information therein to thwart or otherwise manipulate the settlement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of April, 2019 at San Francisco, California.

*/s/ Adam E. Polk*
Adam E. Polk

**ATTESTATION STATEMENT**

I, Daniel C. Girard, am the ECF User whose identification and password are being used to file this document pursuant to Civil L.R. 5-1(i)(3). I attest under penalty of perjury that counsel has concurred in this filing.

DATED:  April 10, 2019                     */s/ Daniel C. Girard*

3
DECLARATION OF ADAM E. POLK IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
5:17-cv-02185-BLF

# CERTIFICATE OF SERVICE

I, Daniel C. Girard, certify that on April 10, 2019, I caused the foregoing to be filed using the Court's CM/ECF system, thereby causing it to be served upon all registered ECF users in this case. I also caused a copy of the under seal documents to be served *via electronic mail* on counsel of record for defendants. Additionally, I caused the forgoing seal documents to be served on:

Irma Reboso Solares
Miami Tower
100 S.E. Second Street, Suite 4200
Miami, Florida 33131-2113

*Counsel for Assurant, Inc.*

*/s/ Daniel C. Girard*
Daniel C. Girard