1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

13
14
15
16
17

| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | Case No. 5:17-cv-02185-BLF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**[Pursuant to Civil L.R. 7-11 and 79-5]** |
|---|---|

18
19
20
21
22
23
24
25
26
27
28

For good cause shown, the Court hereby GRANTS Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval, Joint Declaration of Daniel C. Girard and Benjamin Johns, and portions of Exhibit B to the Joint Declaration of Daniel C. Girard and Benjamin F. Johns:

| Document | Portions to be Sealed |
|---|---|
| Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval | - Page 5, Lines 21, 24, 28<br>- Page 6, Lines 2-4, 15-17<br>- Page 16, Lines 2-3<br>- Page 18, Line 5<br>- Page 19, Lines 2-3<br>- Page 22, Lines 21-22 |
| Joint Declaration of Daniel C. Girard and Benjamin F. Johns | - Page 7, Lines 6, 8, 12, 14-16, 27-28<br>- Page 8, Line 1 |
| Exhibit B to Joint Declaration of Daniel C. Girard and Benjamin F. Johns | - Page 2 |

**IT IS SO ORDERED.**

DATED: _____      _____
THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

    I, Daniel C. Girard, certify that on April 10, 2019, I caused the foregoing to be filed using the Court's CM/ECF system, thereby causing it to be served upon all registered ECF users in this case. I also caused a copy of the under seal documents to be served *via electronic mail* on counsel of record for defendants. Additionally, I caused the forgoing seal documents to be served on:

Irma Reboso Solares
Miami Tower
100 S.E. Second Street, Suite 4200
Miami, Florida 33131-2113

*Counsel for Assurant, Inc.*

                                               */s/ Daniel C. Girard*
                                             Daniel C. Girard