# EXHIBIT C

Nexus 6P Products Liability Litigation
c/o Claims Administrator
P.O. Box ######
Louisville, KY #####-####

# TBD

‹‹Barcode››

Postal Service: Please do not mark barcode

Claim #: TBD - ‹‹ClaimID››- ‹‹MailRec››
‹‹First1›› ‹‹Last1››
‹‹Address››
‹‹City››, ‹‹State›› ‹‹Zip››

**Your claim must be postmarked no later than _____, 2019**

# CLAIM FORM

**IMPORTANT: PLEASE READ THE NOTICE BEFORE COMPLETING THIS CLAIM FORM**

**If you have any questions about the Claim Form, the payment options, or the documentation requirements, please read the full Notice available at www.[insert website URL].com.**

SECTION A:  NAME, CONTACT, AND PAYMENT INFORMATION

Provide your name and contact information below. If your name or contact information changes after you submit this Claim Form, please notify the Claims Administrator of the new information.

|  |  |
|---|---|
| **FIRST NAME** | **LAST NAME** |

**STREET ADDRESS**

| | | |
|---|---|---|
| **CITY** | **STATE** | **ZIP CODE** |

**EMAIL ADDRESS**

**CONTINUE TO NEXT PAGE**

**Payment Election**: Should your claim be considered valid and eligible for payment, please indicate your preferred method of payment and provide any required information.

| ☐ PayPal | [_____] | PayPal account Email Address |
| ☐ Zelle  | [_____] | Zelle account Email Address |
|          | [_____] | Zelle account Phone Number |
| ☐ Check  |                   |                              |
| ☐ ACH    | [_____] | Routing Number/ABA (9 digits) |
|          | [_____] | Account Number |
|          | [_____] | Account Name |
|          | [_____] | Account Type (Checking or Savings) |

## SECTION B: PAYMENT OPTION

There are three possible payment options. You need not have experienced bootloop or battery drain in order to make a claim and be eligible for payment. Please read the Notice for more information about these options.

**OPTION 1 – No bootloop or battery drain, or undocumented bootloop or battery drain**: (check all that apply)

☐ I am in the United States and purchased a Nexus 6P, not for resale.

☐ My Nexus 6P experienced battery drain.

☐ My Nexus 6P experienced bootloop.

☐ I received a Pixel XL as a replacement for my original Nexus 6P or for a replacement Nexus 6P.

**OPTION 2 – Documented battery drain and/or bootloop**: (check all that apply)

☐ I am submitting proof my Nexus 6P experienced battery drain.

☐ I am submitting proof my Nexus 6P experienced bootloop.

**OPTION 3 – Documented repeated bootloop or battery drain**: (check all that apply)

☐ My original Nexus 6P experienced battery drain or bootloop, and I received a replacement Nexus 6P. I am submitting proof that my original Nexus 6P experienced battery drain or bootloop.

☐ My original Nexus 6P experienced battery drain or bootloop, and I received a replacement Nexus 6P. I am submitting proof that my replacement Nexus 6P experienced battery drain or bootloop.

**CONTINUE TO NEXT PAGE**

## SECTION C: VERIFICATION

By signing below and submitting this Claim Form, I hereby affirm under oath that (1) I am the person identified above and the information provided in this Claim Form is, to the best of my knowledge, true and correct, and (2) I am in the United States and purchased a Nexus 6P smartphone in the United States, other than for resale, between September 29, 2015 and _____ .

| | |
|---|---|
| **SIGNATURE** | **DATE** |

**PRINTED NAME**

THIS CLAIM FORM MUST BE UPLOADED ON THE SETTLEMENT WEBSITE NO LATER THAN _____, **2019,** OR MAILED TO THE CLAIMS ADMINISTRATOR BY PREPAID, FIRST-CLASS MAIL POSTMARKED NO LATER THAN _____ **, 2019** to:

*In re Nexus 6P Products Liability Litigation*
c/o Claims Administrator
P.O. Box ######, Louisville, KY #####-####