EXHIBIT D

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT of CALIFORNIA
### SAN JOSE DIVISION

|  |  |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | ) Case No. 5:17-cv-02185-BLF<br>)<br>) **DECLARATION OF RICHARD**<br>) **DUBOIS IN SUPPORT OF**<br>) **PLAINTIFFS' MOTION FOR**<br>) **PRELIMINARY APPROVAL OF**<br>) **CLASS ACTION SETTLEMENT**<br>)<br>)<br>)<br>) |

I, Richard Dubois, declare as follows:

1.    I have personal knowledge of the facts in this Declaration and, if called as a witness, I could and would competently testify to these facts.

2.    I am Executive Director of the National Consumer Law Center ("NCLC"). As Executive Director of NCLC, I am responsible for priority setting, project assignments, and quality of work at the organization, and direct all research, policy, and advocacy projects, as well as Center policy-making, hiring, fundraising, and budgetary planning. I have been with NCLC since 1997, having previously served as Deputy Director, as Director of Development and Project Planning, and as an attorney focusing on foreclosure prevention and sustainable homeownership issues. I have also been a co-author or contributing author of a number of NCLC publications, including NCLC's treatise *Consumer Warranty Law*.

DECLARATION OF RICHARD DUBOIS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT (Case No. 5:17-cv-02185-BLF)

- 1 -

3.     NCLC is a 501(c)(3) nonprofit organization dedicated to consumer protection and the promotion of fairness and justice in the marketplace.  NCLC was founded in 1969 with funding from the federal Office of Economic Opportunity as a national support center for legal services organizations.  Today, NCLC is a fully independent organization governed by a volunteer national board of directors, including attorneys and clients from low-income communities, which continues to prioritize providing training, support and case assistance to legal aid and pro bono attorneys representing low-income clients.

4.     I can attest to the fact that NCLC has no prior relationship with any of the parties in this matter.

5.     For more than five decades, NCLC has been a leading source of legal and public policy expertise on consumer issues for lawyers, federal and state policymakers, consumer advocates, journalists, and front-line providers of community services.  With a goal of protecting consumers from, and redressing injuries caused by inaccurate, false and misleading statements or omissions by businesses, NCLC has trained and advised tens of thousands of advocates on consumer legal issues, appeared in cases throughout the nation, worked with state and federal commissions and legislatures, written investigative reports, and published leading legal practice manuals and consumer guides.  Specific examples of the ways in which NCLC's consumer law expertise is used to support consumer attorneys and directly benefit consumers include the following:

6.     **Conferences and Trainings**: NCLC organizes the nation's largest annual consumer law conference, the Consumer Rights Litigation Conference. Each year we train thousands of attorneys and other advocates through workshops, conference presentations, and webinars.  These trainings benefit consumers by ensuring that practitioners and advocates understand the current state of consumer law and accurately apply existing legal frameworks.

7.    **Legal Treatises and Consumer Law Publications**: NCLC publishes a comprehensive 20-volume set of legal treatises, widely cited in judicial opinions by courts, including the United States Supreme Court. The American Bar Journal review of NCLC's treatises described the series as "a monumental undertaking comparable to but more practical than the Restatement of Laws." NCLC also produces books and other educational materials intended for consumers themselves, and for our large network of lay advocates and service providers.  Written in clear and direct language, these materials give practical advice on consumer rights. Specifically, the treatise on Consumer Warranty Law addresses the rights of consumers when personal property they have purchased or leased does not meet their expectations. The treatise primarily considers the consumer's right to rectify the product's defects—such as by canceling the sale, by requiring the seller to repair or replace the product, or by recovering damages for the cost of repair or diminished value of the product.

8.    **Legal and Policy Analysis**: NCLC's legal and policy experts analyze regulatory proposals; provide expert witness services; and research and write extensive Reports, Policy Briefs, and formal regulatory comments on a wide range of consumer law matters, including on (but not limited to) issues associated with the Truth in Lending Act (TILA), the Fair Credit Reporting Act (FCRA), the Equal Credit Opportunity Act (ECOA), the Fair Debt Collection Practices Act (FDCPA), the Telephone Consumer Protection Act (TCPA), the Fair and Accurate Credit Transactions Act (FACTA), the Military Lending Act (MLA), and many more.

9.    **Public Education**: NCLC also responds to requests from journalists for information and disseminates our research on important consumer issues. We are consulted for background information and quoted regularly by *The New York Times*, *The Wall Street Journal*, *USA Today*, *The Los Angeles Times*, *The Washington Post*, National Public Radio, and other major news organizations. We work with the media to alert consumers to potentially misleading business

DECLARATION OF RICHARD DUBOIS IN SUPPORT
OF PLAINTIFFS' MOTION FOR PRELIMINARY
APPROVAL OF CLASS SETTLEMENT
(Case No. 5:17-cv-02185-BLF)

- 3 -

practices, and to provide tips on practical steps that the public can take to obtain relief from (or not be harmed by) improper business conduct.

10.   If we receive a *cy pres* award in this matter, NCLC will use the funding to benefit low-income consumers who have suffered unfairly in the consumer marketplace. We will use our expertise in consumer law to train and educate attorneys and inform public policymakers and the public, among other activities.

11.   NCLC approves of the approach adopted by the American Law Institute in § 3.07 of its Principles of the Law of Aggregate Litigation regarding the criteria a court should apply to determining whether a proposed *cy pres* distribution is appropriate. NCLC also adheres to, and supports, Guideline 7, *Cy Pres* Awards, of the National Association of Consumer Advocates Standards and Guidelines for Litigating and Settling Consumer Class Actions (3rd Ed. 2014). The procedures set forth in these rules have been endorsed by federal courts as the best way to insure that (1) there is a maximum distribution to class members; (2) the designation of the remaining funds will be allocated for uses that are most likely to further the interests of absent class members; and (3) the selection process is not tainted by self-interest.

12.   NCLC has long been considered by courts to be a worthy recipient of *cy pres* awards. Since 1997, NCLC has been approved by courts to receive over 500 *cy pres* and class action settlement awards, all of which have been used to promote consumer protections and equal access to justice for consumers in need of effective legal representation. In support of this belief, in a final court order filed 2/22/16 (case 1:14-cv-965, Brandewie v. Wal-Mart), it was noted that the court "carefully scrutinized the proposed list of recipients and rejected all proposed recipients but one" – NCLC. The judge wrote in a court order filed 12/16/15 (doc #82 in same case) awarding NCLC residual funds from the case "will further the interest of absent Class Settlement Members".

DECLARATION OF RICHARD DUBOIS IN SUPPORT
OF PLAINTIFFS' MOTION FOR PRELIMINARY
APPROVAL OF CLASS SETTLEMENT
(Case No. 5:17-cv-02185-BLF)

- 4 -

13.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of April 2019, at 7 Winthrop Square, Boston, MA 02110 .

Richard Dubois

DECLARATION OF RICHARD DUBOIS IN SUPPORT
OF PLAINTIFFS' MOTION FOR PRELIMINARY
APPROVAL OF CLASS SETTLEMENT
(Case No. 5:17-cv-02185-BLF)

- 5 -