EXHIBIT I

**EXHIBIT 1**

**INFORMATION CONCERNING ANALOGOUS SETTLEMENTS AND PAST WORK WITH SETTLEMENT ADMINISTRATOR**

**I.     INFORMATION CONCERNING ANALOGOUS SETTLEMENTS**

|  | *In re Lenovo Adware Litigation*, No. 4:15-md-02624 | *Lynch v. Motorola Mobility LLC et al*, No. 1:16-cv-04524 | *In re American Express Financial Advisors Securities Litigation*, No. 04 Cv. 1773 (DAB) | *Lockabey et al. v. Am. Honda Motor Co., et al.*, No. 37-2010-00087755-CBU-BT-CTL (Cal. Super.) |
|---|---|---|---|---|
| **Total Settlement Fund** | $8.3 Million | N.A. (Claims-Made Settlement) | $100 Million | N.A. (Claims-Made Settlement) |
| **Number of Class Members** | 797,000 Computers | 21,775 | Approximately 2.8 Million | Approximately 450,000 |
| **Potential Class Members to Whom Notice Was Sent** | 500,000 | 22,926 | Approximately 2.8 Million | 500,000 |
| **Method(s) of Notice** | Email, Mail, Online | Email, Mail, Online | Mail, Publication | Email, Mail, Online |
| **Number and Percentage of Claim Forms Submitted** | 101,600 / 12% | 750 / 3.4% | 1 Million / 35% | 70,832 / 15.7% |
| **Average Recovery Per Class Member** | $45 Minimum Per Computer | $266 Per Claim | $8, $20, $65, or $75 Per Claim Depending on Claim Group | $100 to $200 Per Claim |

1

**EXHIBIT I**

| **Amounts Distributed to Cy Pres Recipients, If Any** | N.A. | N.A. | N.A. | N.A. |
|---|---|---|---|---|
| **Administrative Costs** | Estimated $300,000 | Estimated $48,000 | Approximately $15 Million (Paid by Defendant) | Paid by Defendant |
| **Attorneys' Fees and Costs** | **Fees:** $2.49 Million Requested<br><br>**Costs:** $340,800 Requested<br><br>Final Approval Hearing Set for April 19, 2019 | **Fees:** $400,000<br><br>**Costs:** $21,000 | **Fees:** $27 Million<br><br>**Costs:** $597,000 | **Fees:** $8.1 Million<br><br>**Costs:** $333,000 |
| **Injunctive and Non-Monetary Relief, If Any** | **Injunctive:** N.A.<br><br>**Non-Monetary:** N.A. | **Injunctive:** Improvements to Business Practices and Handling of Warranty Claims<br><br>**Non-Monetary:** N.A. | **Injunctive:** Improvements to Financial Advice Trainings, Policies, and Protocols<br><br>**Non-Monetary:** N.A. | **Injunctive:** Warranty Extension<br><br>**Non-Monetary:** $500 to $1500 Rebate Vouchers for Purchase of a New Honda; 35,929 Claimed Rebates; 2,762 Checks Issued for Aggregate Value of $1.38 Million to $4.14 Million |

**EXHIBIT I**

## II. WORK WITH KURTZMAN CARSON CONSULTANTS OVER LAST TWO YEARS

| Chimicles Schwartz Kriner & Donaldson-Smith LLP | Girard Sharp LLP |
|---|---|
| *In re Sears, Roebuck and Co. Front-Loading Washer Products Liability Litigation (CCU Claims)*, Case No. 1:06-cv-07023 (N.D. Ill.) | *In re: Lidoderm Antitrust Litigation*, No. 14-md-02521-WHO (N.D. Cal.) |
| *Chambers v. Whirlpool Corp., et al.*, Case No. 8:11-cv-01773-FMO-AN (C.D. Cal.) | *Lynch v. Motorola Mobility LLC et al*, No. 1:16-cv-04524 (N.D. Ill.) |
| *Ardon v. City of Los Angeles*, No. BC363959 (Superior Ct. of California, Los Angeles) | |

3