COVINGTON & BURLING LLP
SIMON J. FRANKEL (SBN 171552)
sfrankel@cov.com
LINDSEY BARNHART (SBN 294995)
lbarnhart@cov.com
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091

Attorneys for Defendant
HUAWEI DEVICE USA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | Case No.: 5:17-cv-02185-BLF<br><br>**DECLARATION OF SIMON J. FRANKEL IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Hon. Beth Labson Freeman |

I, Simon J. Frankel, hereby declare as follows:

1. I am an attorney in the law firm of Covington & Burling LLP, counsel for defendant Huawei Device USA, Inc. ("Huawei") in this action. I am licensed to practice law in the State of California and admitted to the bar of the U.S. District Court for the Northern District of California. The matters set forth herein are true and correct of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. Certain portions of the documents filed in connection with Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Dkt. 194, contain highly confidential Huawei information, including confidential sales information. Specifically, this information appears in:

- Lines 6, 27, and 28 of page 7; and line 1 of page 8 of the Joint Declaration of Daniel C. Girard and Benjamin F. Johns in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement
- Line 21 of page 5; lines 15-17 of page 6; lines 2-3 of page 16; lines 2-3 of page 19; and lines 21-22 of page 22 of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement

3. I understand that sales information regarding specific devices in specific regions, such as the information at issue here, is kept confidential by Huawei and would harm Huawei's competitive position if made public. Compelling reasons exist to seal this information. *See Johnson v. Quantum Learning Network, Inc.*, 2016 WL 4472993, at *2 (N.D. Cal. Aug. 22, 2016) (finding compelling reasons to seal "sensitive financial information of Defendant that, if made public, could harm Defendant's business interests" filed in connection with motion for preliminary approval of class action settlement); *Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1226, 1228 (Fed. Cir. 2013) (under Ninth Circuit law, product-specific financial information is appropriately sealable under the "compelling reasons" standard where that information could be used to the company's competitive disadvantage).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 15th day of April, in San Francisco, California.

Simon J. Frankel

**DECLARATION OF SIMON J. FRANKEL IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

5:17-cv-02185-BLF