1  SIMON J. FRANKEL (SBN 171552)
   COVINGTON & BURLING LLP
2  Salesforce Tower
   415 Mission Street, Suite 5400
3  San Francisco, CA 94105
   Telephone: 415-591-6000
4  Facsimile: 415-591-6091
   Email: sfrankel@cov.com
5
   *Attorneys for Defendant*
6  HUAWEI DEVICE USA, INC.

7

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN JOSE DIVISION**

11

| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | Civil Case No.: 5:17-cv-02185-BLF<br><br>**NOTICE OF CHANGE OF ADDRESS** |
|---|---|

The undersigned counsel for Defendant HUAWEI DEVICE USA, INC. in the above-captioned matter, having previously entered an appearance in this action, hereby gives notice to the Court and to all parties of record of the change in counsel's office address, as indicated below:

> Simon J. Frankel (sfrankel@cov.com)
> COVINGTON & BURLING LLP
> Salesforce Tower
> 415 Mission Street, Suite 5400
> San Francisco, CA 94105
> Telephone: 415-591-6000
> Facsimile: 415-591-6091

The undersigned respectfully requests that the Clerk of the Court and counsel of record make note of this change on their service lists.

DATED: April 19, 2019                    COVINGTON & BURLING LLP

By: */s/ Simon J. Frankel*

Simon J. Frankel

*Attorneys for Defendant*
HUAWEI DEVICE USA, INC.