SIMON J. FRANKEL (SBN 171552)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: 415-591-6000
Facsimile: 415-591-6091
Email: sfrankel@cov.com

LINDSEY C. BARNHART (SBN 294995)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA  94306-2112
Telephone: 650-632-4700
Facsimile: 650-632-4806
Email: lbarnhart@cov.com

*Attorneys for Defendant*
HUAWEI DEVICE USA, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | Civil Case No.: 5:17-cv-02185-BLF<br><br>**REQUEST OF SIMON J. FRANKEL FOR TELEPHONIC APPEARANCE FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT ACTION AND [PROPOSED] ORDER**<br><br>Date:        May 2, 2019<br>Time:        1:30 p.m.<br>Courtroom:   3, 5th Floor<br>Judge:       Hon. Beth Labson Freeman |

Please take notice that Simon J. Frankel of Covington & Burling LLP respectfully requests to appear telephonically on behalf of Defendant Huawei Device USA, Inc. ("Huawei") at the hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement currently scheduled for May 2, 2019, at 1:30 p.m. before the Honorable Beth Labson Freeman.

Mr. Frankel wishes to participate telephonically in the upcoming motion hearing due to unavoidable travel obligations in other matters. Lindsey Barnhart of Covington & Burling will attend the May 2, 2019 hearing in person on behalf of Huawei.

DATED: April 29, 2019                              COVINGTON & BURLING LLP

By: */s/ Simon J. Frankel*

Simon J. Frankel

*Attorneys for Defendant*
HUAWEI DEVICE USA, INC.

## ORDER

IT IS SO ORDERED that Simon J. Frankel is permitted to appear by telephone at the May 2, 2019 Status Conference.

_____
Hon. Beth Labson Freeman
United States District Judge

REQUEST FOR TELEPHONIC APPEARANCE FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT ACTION AND [PROPOSED] ORDER
Civil Case No.: 5:17-cv-02185-BLF

1