Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Trevor T. Tan (State Bar No. 281045)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*ttan@girardsharp.com*

Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Zachary P. Beatty (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER**
 **& DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Fax: (610) 649-3633
*bfj@chimicles.com*
*awf@chimicles.com*
*zpb@chimicles.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | Case No. 5:17-cv-02185-BLF<br><br>**SUPPLEMENTAL DECLARATION OF ADAM E. POLK IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Courtroom: 3, 5th Floor<br>Judge: Hon. Beth Labson Freeman |

I, Adam E. Polk, hereby declare under penalty of perjury:

1. I am a partner at the law firm Girard Sharp LLP, and one of the attorneys of record for Plaintiffs. I submit this Supplemental Declaration in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement with Defendants. I make this supplemental declaration based on my own personal knowledge, and if called to do so, could and would testify to the matters contained herein.

2. The parties attended the hearing on Plaintiffs' Motion for Preliminary Approval on May 2, 2019.

3. During the hearing, the Court directed the parties to implement two changes to the settlement documentation: (1) revise Section 5.1.3 of the Class Action Settlement Agreement (ECF No. 194-2 at 31) to reflect that objections must be received by the Court on or before the objection deadline; and (2) revise the long-form notice (ECF No. 194-6) to provide instructions for class members to support their claims with documentation.

4. Following the hearing, the parties conferred and have agreed that the following revised language will replace the existing language at 5.1.3(a)-(c) of the settlement agreement:

> 5.1.3 Deadline for Objections. Objections must be received by the Court by the Objection and Exclusion Deadline, which is 60 days after the Notice Date. Settlement Class Members who fail to submit timely written Objections shall be deemed to have waived any objections and shall be forever barred from making any objection to the Agreement and the proposed Settlement by appearing at the Final Fairness Hearing, appeal, collateral attack, or otherwise.

5. The parties have updated the long-form notice (ECF 194-6), the postcard notice (ECF 194-7), the e-mail notice (ECF 194-8), and the Proposed Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Providing for Notice to reflect the amended deadline for objections.

6. The parties have amended the long-form notice to provide explicit guidance to class members about how to support their claims with documentation.

7. Attached hereto as Exhibit A is the amended long-form notice.

8. Attached hereto As Exhibit B is the amended postcard notice.

9. Attached hereto as Exhibit C is the amended email notice.

2

SUPPLEMENTAL DECLARATION OF ADAM E. POLK IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
CASE NO. 5:17-cv-02185-BLF

10. Attached hereto as Exhibit D is the amended Proposed Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Providing for Notice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of May 2019 at San Francisco, California.

By:    */s/Adam E. Polk*
        Adam E. Polk

**CERTIFICATE OF SERVICE**

I, Adam E. Polk, certify that on May 3, 2019, I caused the foregoing to be filed using the Court's CM/ECF system, thereby causing it to be served upon all registered ECF users in this case.

/s/ *Adam E. Polk*
Adam E. Polk

4

SUPPLEMENTAL DECLARATION OF ADAM E. POLK IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
CASE NO. 5:17-cv-02185-BLF