EXHIBIT B

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

*In re Nexus 6P Products Liability Litigation*, No. 5:17-cv-02185-BLF (N.D. Cal.)
United States District Court for the Northern District of California

*A court authorized this notice. This is not a solicitation from a lawyer.*

An $9.75 million settlement has been reached with Huawei and Google in a class action lawsuit involving Nexus 6P smartphones. Plaintiffs allege the Nexus 6P is defective resulting in two different issues: "bootloop" and "battery drain." "Bootloop" is when a Nexus 6P allegedly begins randomly rebooting, and in some instances fails permanently in an endless bootloop cycle, where the phone constantly reboots without ever advancing to the home screen, and in some instances, may stop booting altogether. "Battery drain" is when a Nexus 6P allegedly has a noticeable decrease in battery life, or shuts off suddenly even when its battery life icon shows that it is charged.  Defendants deny these claims.

## WHO IS INCLUDED?

You are a member of the class and eligible for payment if you are in the United States and bought a Nexus 6P smartphone, other than for resale, between September 29, 2015 and [date of entry of preliminary approval order].

## WHAT CAN I GET?

If you are a member of the class, you can receive money from the settlement by making a claim.

The defendants will pay $9,750,000 into a Settlement Fund. After deduction of the costs of notice and settlement administration, any award of attorneys' fees (up to 30% of the Settlement Fund), litigation costs, and any service awards for the class representatives, the Settlement Fund will be distributed to class members who submit valid claims.

## DO I HAVE TO SUBMIT A CLAIM?

In order to receive money from this settlement, you must submit a completed Claim Form postmarked by [date].  If you are a member of the class, you can submit a claim form at [website URL]. You may also contact the Claims Administrator to request a paper claim form by telephone at 1-XXX-XXX-XXXX, by email at [email address] or U.S. mail at [insert address].  You may submit your claim form online, by email or by mail.

## YOUR OTHER OPTIONS

If you wish to be excluded from the Settlement class, you must submit your exclusion request online or mail your written exclusion request postmarked by [date].  If you submit a Claim Form or do nothing, you will be bound by the Settlement terms and the orders issued by the Court concerning the Settlement.  If you do not exclude yourself from the Settlement class, you may object to the Settlement. Your written objection must be received by the Court by [date].  For specific information on how to submit a written exclusion request or objection, and the requirements for each, please visit [website URL].

## THE COURT'S FAIRNESS HEARING

The Court will hold a hearing on [hearing date] to consider whether to approve the settlement, and to consider requests by Class Counsel for attorneys' fees and costs and for service awards for the representative class plaintiffs.  The date and/or time of the hearing may change. Please check [website URL] for updates.

## FOR ADDITIONAL INFORMATION ABOUT THE SETTLEMENT

**THIS IS ONLY A SUMMARY**. For more information regarding your rights and options, visit the Settlement website: [website URL].  You may also call toll-free 1-XXX-XXX-XXXX, or write to: [insert address].

**For a copy of the Settlement Agreement or Claim Form, visit [website URL] or
Call Toll-Free 1-XXX-XXX-XXXX.**