EXHIBIT C

Subject: Nexus 6P Smartphone Settlement

You are receiving this email because records show that you may have purchased a Nexus 6p between September 29, 2015 and [DATE OF ENTRY OF PRELIMINARY APPROVAL ORDER]. If so, you may be eligible to receive money from a class action settlement. You can file a claim to collect your recovery in just a few minutes.

To file a claim click here: [HYPERLINK].

A federal court approved this notice to inform you that a proposed settlement has been reached in *In re Nexus 6P Products Liability Litigation*, Case No. 5:17-cv-02185-BLF, a class action lawsuit brought against Huawei Device USA, Inc. and Google LLC. The case concerns Nexus 6P smartphones. Plaintiffs say the Nexus 6P is defective, resulting in two alleged issues: "bootloop" or "battery drain." "Bootloop" is when a Nexus 6P allegedly begins randomly rebooting, and in some instances fails permanently in an endless bootloop cycle, where the phone constantly reboots without ever advancing to the home screen, and in some instances, may stop booting altogether. "Battery drain" is when a Nexus 6P allegedly has a noticeable decrease in battery life, or shuts off suddenly, even when its battery life icon shows that it is charged.

Defendants deny these claims.

Visit the settlement website [URL] or call [NUMBER] for information about determining whether you are a member of the class, to learn more about your rights and to learn more about this lawsuit. If you are a member of the class and you wish to get money from this settlement, you must file a valid claim by [DATE].

To contact Class Counsel, please call or email Adam Polk or Ben Johns using the following contact information:

- **Adam Polk.** Telephone: (415) 981-4800; Email: apolk@girardsharp.com

- **Ben Johns.** Telephone: (610) 642-8500; Email: benjohns@chimicles.com

You may contact the Settlement Administrator at [phone number] or [mailing address].

The Court will hold a Final Approval Hearing on _____, 2019 at _____m., in Courtroom 3 of the San Jose federal courthouse, located at 280 South 1st Street, San Jose, CA 95113. The Court can only approve or deny the settlement, and cannot change the terms of the settlement.

The Court may reschedule the Final Approval Hearing or change any of the deadlines described in this notice. The date of the Final Approval Hearing may change without further notice to the class members. Be sure to check the website, www._____, for news of any such changes. You can also access the case docket via the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov.

The deadline to opt out of the settlement or object to the settlement is _____.  You may opt out online by _____ at www._____ or by mailing the opt-out form available at www._____ to the Claims Administrator at [address].  Mailed opt-out requests must be postmarked no later than _____. If you opt out of the Settlement, you will not have any rights as a member of the Settlement Class under the Settlement; you will not receive any payment as part of the Settlement; you will not be bound by any further orders or judgments in this case; and you will keep the right, if any, to sue on the claims alleged in the case at your own expense.

If you wish to object to the settlement, you must send a written objection to the Court, following the instructions available at section 20 of the long-form notice posted on the website. Your objection must be received by the Court no later than _____.

You may access the docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California at any of the Court's locations between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays:

1. Robert F. Peckham Federal Building and United States Courthouse
   280 South 1st Street, San Jose, CA 95113

2. Phillip Burton Federal Building & United States Courthouse
   450 Golden Gate Avenue, San Francisco, CA 94102

3. Ronald V. Dellums Federal Building & United States Courthouse
   1301 Clay Street, Oakland, CA 94612

4. United States Courthouse
   3140 Boeing Avenue, McKinleyville, CA 95519


**For a copy of the Settlement Agreement or Claim Form, visit [website URL] or Call Toll-Free 1-XXX-XXX-XXXX.**