Counsel listed on Signature Page

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | Case No. 5:17-cv-02185-BLF <br><br> **NOTICE RE: NOTICE PLAN** <br><br> Ctrm: 3, 5th Floor <br> Judge: Honorable Beth Labson Freeman |

Subsequent to the Court's Order Granting as Modified Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Providing for Notice (ECF 204), Plaintiffs Jonathan Makcharoenwoodhi, Alex Gorbatchev, Brian Christensen, Anthony Martorello, Edward Beheler, Yuriy Davydov, Rebecca Harrison, Zachary Himes, Taylor Jones, Paul Servodio, Justin Leone, James Poore, Jr., and Kenneth Johnston ("Plaintiffs"), Defendant Huawei Device USA, Inc. ("Huawei"), and Defendant Google LLC ("Google") (collectively, the "Parties"), by and through their counsel of record, have updated the claim form (ECF 194-4), the long-form notice (ECF 203-1), and the postcard notice (ECF 203-2), to conform the description of the Settlement Class with the definition of that term in the Class Action Settlement Agreement. *See* ECF 194-2 at § 1.46.  The parties have further updated the introduction to the long-form notice (ECF 203-1) to conform the descriptions of the alleged defects with the descriptions provided in the body of the long-form notice. The revised claim form, long-form notice, and postcard notice, are attached hereto as Exhibits A–C. Redlined versions of the claim form, long-form notice, and postcard notice that show the revisions to the previously submitted documents are attached hereto as Exhibits D–F.

Dated:  May 14, 2019                                  GIRARD SHARP LLP

By:  */s/ Adam E. Polk*
Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
Trevor T. Tan (SBN 281045)
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dgirard@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
ttan@girardsharp.com

CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP
Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Zachary P. Beatty (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500

```
                                        Fax: (610) 649-3633
                                        bfj@chimicles.com
                                        awf@chimicles.com
                                        zpb@chimicles.com

                                        Attorneys for Plaintiffs and the Proposed Class

Dated: May 14, 2019                     COVINGTON & BURLING LLP

                                   By:  /s/ Lindsey C. Barnhart
                                        Simon J. Frankel (SBN 171552)
                                        Salesforce Tower
                                        415 Mission Street, Suite 5400
                                        San Francisco, CA 94105
                                        Telephone: 415-591-6000
                                        Facsimile: 415-591-6091
                                        sfrankel@cov.com

                                        Lindsey C. Barnhart (SBN 294995)
                                        3000 El Camino Real
                                        5 Palo Alto Square, Suite 1000
                                        Palo Alto, CA 94306
                                        lbarnhart@cov.com

                                        Attorneys for Defendant
                                        Huawei Device USA, Inc.

Dated: May 14, 2019                     DURIE TANGRI LLP

                                   By:  /s/ Catherine Y. Kim
                                        Joshua H. Lerner (SBN 220755)
                                        jlerner@durietangri.com
                                        Ragesh K. Tangri (SBN 159477)
                                        rtangri@durietangri.com
                                        Eugene Novikov (SBN 257849)
                                        enovikov@durietangri.com
                                        Catherine Y. Kim (SBN 308442)
                                        ckim@durietangri.com
                                        217 Leidesdorff Street
                                        San Francisco, CA  94111
                                        Telephone:    415-362-6666
                                        Facsimile:    415-236-6300

                                        Attorneys for Defendant
                                        GOOGLE LLC
```

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Adam E. Polk, attest that concurrence in the filing of this document has been obtained.

Dated: May 14, 2019

*/s/ Adam E. Polk*
ADAM E. POLK

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2019 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Adam E. Polk*
ADAM E. POLK