# EXHIBIT A

Nexus 6P Products Liability Litigation
c/o Claims Administrator
P.O. Box ######
Louisville, KY #####-####

**TBD**

<<Barcode>>
Postal Service: Please do not mark barcode

Claim #: TBD - <<ClaimID>>- <<MailRec>>
<<First1>> <<Last1>>
<<Address>>
<<City>>, <<State>> <<Zip>>

**Your claim must be postmarked no later than __________, 2019**

# CLAIM FORM

**IMPORTANT: PLEASE READ THE NOTICE BEFORE COMPLETING THIS CLAIM FORM**

**If you have any questions about the Claim Form, the payment options, or the documentation requirements, please read the full Notice available at www.[insert website URL].com.**

---

**SECTION A: NAME, CONTACT, AND PAYMENT INFORMATION**

---

Provide your name and contact information below. If your name or contact information changes after you submit this Claim Form, please notify the Claims Administrator of the new information.

**FIRST NAME** **LAST NAME**

**STREET ADDRESS**

**CITY** **STATE** **ZIP CODE**

**EMAIL ADDRESS**

**CONTINUE TO NEXT PAGE**

**Payment Election**: Should your claim be considered valid and eligible for payment, please indicate your preferred method of payment and provide any required information.

| | | |
|---|---|---|
| ☐ PayPal | | PayPal account Email Address |
| ☐ Zelle | | Zelle account Email Address |
| | | Zelle account Phone Number |
| ☐ Check | | |
| ☐ ACH | | Routing Number/ABA (9 digits) |
| | | Account Number |
| | | Account Name |
| | | Account Type (Checking or Savings) |

**SECTION B: PAYMENT OPTION**

There are three possible payment options. You need not have experienced bootloop or battery drain in order to make a claim and be eligible for payment. Please read the Notice for more information about these options.

**OPTION 1 – No bootloop or battery drain, or undocumented bootloop or battery drain**: (check all that apply)

☐ I am in the United States and purchased a Nexus 6P, not for resale.

☐ My Nexus 6P experienced battery drain.

☐ My Nexus 6P experienced bootloop.

☐ I received a Pixel XL as a replacement for my original Nexus 6P or for a replacement Nexus 6P.

**OPTION 2 – Documented battery drain and/or bootloop**: (check all that apply)

☐ I am submitting proof my Nexus 6P experienced battery drain.

☐ I am submitting proof my Nexus 6P experienced bootloop.

**OPTION 3 – Documented repeated bootloop or battery drain**: (check all that apply)

☐ My original Nexus 6P experienced battery drain or bootloop, and I received a replacement Nexus 6P. I am submitting proof that my original Nexus 6P experienced battery drain or bootloop.

☐ My original Nexus 6P experienced battery drain or bootloop, and I received a replacement Nexus 6P. I am submitting proof that my replacement Nexus 6P experienced battery drain or bootloop.

**CONTINUE TO NEXT PAGE**

**SECTION C: VERIFICATION**

By signing below and submitting this Claim Form, I hereby affirm under oath that (1) I am the person identified above and the information provided in this Claim Form is, to the best of my knowledge, true and correct, (2) I am in the United States and purchased a Nexus 6P smartphone in the United States, other than for resale, between September 29, 2015 and ___________, and (3) I am not an officer, director, employee, subsidiary, or affiliate of Huawei or Google; a judge assigned to the case or a member of their immediate family; or counsel for any of the parties.

**SIGNATURE**

**DATE**

**PRINTED NAME**

THIS CLAIM FORM MUST BE UPLOADED ON THE SETTLEMENT WEBSITE NO LATER THAN **______________, 2019,** OR MAILED TO THE CLAIMS ADMINISTRATOR BY PREPAID, FIRST-CLASS MAIL POSTMARKED NO LATER THAN **______________, 2019** to:

*In re Nexus 6P Products Liability Litigation*
c/o Claims Administrator
P.O. Box ######, Louisville, KY #####-####