EXHIBIT D

Nexus 6P Products Liability Litigation
c/o Claims Administrator
P.O. Box ######
Louisville, KY #####-####

# TBD

<<Barcode>>

Postal Service: Please do not mark barcode

Claim #: TBD - <<ClaimID>>- <<MailRec>>
<<First1>> <<Last1>>
<<Address>>

<<City>>, <<State>> <<Zip>>

**Your claim must be postmarked no later than _____, 2019**

# CLAIM FORM

**IMPORTANT: PLEASE READ THE NOTICE BEFORE COMPLETING THIS CLAIM FORM**

**If you have any questions about the Claim Form, the payment options, or the documentation requirements, please read the full Notice available at www.[insert website URL].com.**

**SECTION A:  NAME, CONTACT, AND PAYMENT INFORMATION**

Provide your name and contact information below. If your name or contact information changes after you submit this Claim Form, please notify the Claims Administrator of the new information.

|  |  |
|---|---|
| **FIRST NAME** | **LAST NAME** |

|  |
|---|
| **STREET ADDRESS** |

|  |  |  |
|---|---|---|
| **CITY** | **STATE** | **ZIP CODE** |

|  |
|---|
| **EMAIL ADDRESS** |

**CONTINUE TO NEXT PAGE**

**Payment Election**: Should your claim be considered valid and eligible for payment, please indicate your preferred method of payment and provide any required information.

| | | |
|---|---|---|
| ☐ PayPal | [_____] | PayPal account Email Address |
| ☐ Zelle | [_____] | Zelle account Email Address |
| | [_____] | Zelle account Phone Number |
| ☐ Check | | |
| ☐ ACH | [_____] | Routing Number/ABA (9 digits) |
| | [_____] | Account Number |
| | [_____] | Account Name |
| | [_____] | Account Type (Checking or Savings) |

---

**SECTION B:  PAYMENT OPTION**

---

There are three possible payment options.  You need not have experienced bootloop or battery drain in order to make a claim and be eligible for payment.  Please read the Notice for more information about these options.

**OPTION 1 – <u>No bootloop or battery drain, or undocumented bootloop or battery drain</u>**: (check all that apply)

☐ I am in the United States and purchased a Nexus 6P, not for resale.

☐ My Nexus 6P experienced battery drain.

☐ My Nexus 6P experienced bootloop.

☐ I received a Pixel XL as a replacement for my original Nexus 6P or for a replacement Nexus 6P.

**OPTION 2 – <u>Documented battery drain and/or  bootloop</u>**: (check all that apply)

☐ I am submitting proof my Nexus 6P experienced battery drain.

☐ I am submitting proof my Nexus 6P experienced bootloop.

**OPTION 3 – <u>Documented repeated bootloop or battery drain</u>**: (check all that apply)

☐ My original Nexus 6P experienced battery drain or bootloop, and I received a replacement Nexus 6P.  I am submitting proof that my original Nexus 6P experienced battery drain or bootloop.

☐ My original Nexus 6P experienced battery drain or bootloop, and I received a replacement Nexus 6P.  I am submitting proof that my replacement Nexus 6P experienced battery drain or bootloop.

Page 2

**CONTINUE TO NEXT PAGE**

**SECTION C:  VERIFICATION**

By signing below and submitting this Claim Form, I hereby affirm under oath that (1) I am the person identified above and the information provided in this Claim Form is, to the best of my knowledge, true and correct, ~~and~~ (2) I am in the United States and purchased a Nexus 6P smartphone in the United States, other than for resale, between September 29, 2015 and _____, and (3) I am not an officer, director, employee, subsidiary, or affiliate of Huawei or Google; a judge assigned to the case or a member of their immediate family; or counsel for any of the parties.

|  |  |
|---|---|
| **SIGNATURE** | **DATE** |

|  |
|---|
| **PRINTED NAME** |

THIS CLAIM FORM MUST BE UPLOADED ON THE SETTLEMENT WEBSITE NO LATER THAN _____, **2019,** OR MAILED TO THE CLAIMS ADMINISTRATOR BY PREPAID, FIRST-CLASS MAIL POSTMARKED NO LATER THAN _____**, 2019** to:

*In re Nexus 6P Products Liability Litigation*
c/o Claims Administrator
P.O. Box ######, Louisville, KY #####-####