Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Trevor T. Tan (State Bar No. 281045)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*ttan@girardsharp.com*

Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Zachary P. Beatty (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
*bfj@chimicles.com*
*awf@chimicles.com*
*zpb@chimicles.com*
*bmm@chimicles.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | Case No. 5:17-cv-02185-BLF<br><br>**UNOPPOSED ADMINISTRATIVE MOTION AND [PROPOSED] ORDER RE: CLASS NOTICE TO AMAZON CUSTOMERS** |

Pursuant to Civil Local Rules 7-11 and 7-12, Plaintiffs respectfully request that the Court permit modified notice to Settlement Class Members[1] to allow nonparty Amazon.com, Inc. to send direct email notice of the settlement to its customers. Defendants stipulate to and join in Plaintiffs' requested relief. In support of this administrative motion, Plaintiffs state as follows:

1. On May 3, 2019, the Court entered an Order granting preliminary approval of the class action settlement agreement ("Settlement Agreement") and directing notice to the Settlement Class ("Preliminary Approval Order") (ECF No. 204).

2. Under the terms of the Settlement Agreement, notice is to be completed on the following schedule:

| Event | Deadline |
|---|---|
| Plaintiffs and Defendants to provide Settlement Administrator with Settlement Class Member information for notice purposes | May 17, 2019 (ECF 194-2 at § 4.1.3) |
| Website Notice deadline | May 13, 2019 (ECF No. 194-2 at § 4.4) |
| Direct Email Notice deadline | June 7, 2019 (ECF No. 194-2 at § 4.2) |
| Supplemental Postcard Notice deadline | June 21, 2019 (ECF No. 194-2 at § 4.3) |
| Supplemental Digital Notice deadline | June 28, 2019 (ECF No. 194-2 at § 4.6) |
| Deadline to complete notice | July 2, 2019 (ECF No. 194-2 at § 1.29; ECF 204 at ¶ 13) |

3. In preliminarily approving the settlement, the Court approved long-form, postcard, and email notice documents substantially in the forms presented by Plaintiffs. ECF No. 204 at ¶ 7; ECF No. 209.

4. In accordance with the Settlement Agreement, except for those class members who purchased their Nexus 6Ps from Amazon, the Parties have provided the Settlement Administrator with

---

[1] Unless otherwise noted, capitalized terms have the meaning ascribed to them in the Settlement Agreement (ECF No. 194-2).

1
UNOPPOSED ADMINISTRATIVE MOTION AND [PROPOSED ORDER]
RE: CLASS NOTICE TO AMAZON CUSTOMERS
Case No. 5:17-cv-02185-BLF

1 Settlement Class Member information, including email addresses and physical addresses for purposes of
2 sending email notice by June 7, 2019.

3     5.     Citing the need to protect its customers' privacy, and reduce customer confusion,
4 Amazon proposes to send notice as follows:

5     (a)     on or around June 7, 2019—the deadline for email notice in the Settlement
6 Agreement—Amazon will email notice to those of its customers that are Settlement Class Members.
7 The email notice will be substantially in the form attached to the accompanying Stipulation in Support
8 of Unopposed Administrative Motion Re: Class Notice to Amazon Customers as **Exhibit A**;

9     (b)     within 14 days after the completion of the email notice, depending on the volume
10 of bounce back emails it receives, Amazon will either send Supplemental Postcard Notice itself or
11 provide the Settlement Administrator with Settlement Class Members' physical addresses so the
12 Settlement Administrator can send Supplemental Postcard Notice. In either case, Supplemental Postcard
13 Notice will be substantially in the form approved by the Court (ECF No. 208-3); and

14     (c)     Amazon will provide the results of its notice efforts to the Settlement
15 Administrator so that the Settlement Administrator may determine the need for Supplemental Digital
16 Notice in accordance with Section 4.6 of the Settlement Agreement.

17     6.     Several courts have approved of Amazon sending direct email notice to its customers,
18 including in the following cases:

19     (a)     Order Approving Class Notice to Amazon.com Customers, *In re ARRIS Cable*
20 *Modem Litigation*, No. 5:17-cv-01834-LHK (N.D. Cal. Feb. 13, 2019), ECF No. 168;

21     (b)     Order Granting Stipulation to Modify Order Directing Notice to the Class, *Park*
22 *et. al., v. ZUFFA LLC*, No. 2:17-cv-02282-APG-VCF (D. Nev. April 4, 2018), ECF No. 76;

23     (c)     Declaration of Steven Weisbrot, Esq. of Angeion Group, LLC Re:
24 Implementation of Notice Program, *In re Lenovo Adware Litigation*, No. 5:15-md-02624-HSG (N.D.
25 Cal. Feb. 14, 2019), ECF 248-1 at Ex. D; and

26     (d)     Declaration of Tammy Malley-Naslund, *Wolf v. Hewlett-Packard*, No. 5:15-cv-
27 01221-TJH (C.D. Cal. Sept. 4, 2018), ECF 136-8.

28

1    7.    Amazon has reported that—because of its ongoing business relationship with its
2 customers—its past direct notice efforts have been successful, resulting in a high percentage of emails
3 being opened, and a low percentage of emails being bounced back.
4    8.    Amazon's request to email notice to its customers directly—if approved—will not
5 require an adjustment the October 10, 2019 Final Fairness Hearing date.
6    9.    Accordingly, Plaintiffs respectfully request that the Court permit Amazon to send email
7 notice to its customers directly.

Dated: June 4, 2019                                         Respectfully submitted,

                                            By:      /s/ Adam E. Polk
                                                  Daniel C. Girard (State Bar No. 114826)
                                                  Jordan Elias (State Bar No. 228731)
                                                  Adam E. Polk (State Bar No. 273000)
                                                  Trevor T. Tan (State Bar No. 281045
                                                  **GIRARD SHARP LLP**
                                                  601 California Street, Suite 1400
                                                  San Francisco, California 94108
                                                  Tel: (415) 981-4800
                                                  *dgirard@girardsharp.com*
                                                  *jelias@girardsharp.com*
                                                  *apolk@girardsharp.com*
                                                  *sgrille@girardsharp.com*

                                                  Benjamin F. Johns (*pro hac vice*)
                                                  Andrew W. Ferich (*pro hac vice*)
                                                  Zachary P. Beatty (*pro hac vice*)
                                                  Beena M. McDonald(*pro hac vice*)
                                                  **CHIMICLES SCHWARTZ KRINER &
                                                      DONALDSON-SMITH LLP**
                                                  One Haverford Centre
                                                  361 West Lancaster Avenue
                                                  Haverford, PA 19041
                                                  Tel: (610) 642-8500
                                                  *bfj@chimicles.com*
                                                  *awf@chimicles.com*
                                                  *zpb@chimicles.com*
                                                  *bmm@chimicles.com*

                                                  *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Adam E. Polk, hereby certify that on June 4, 2019 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                              */s/ Adam E. Polk*
                                                 Adam E. Polk