1   Daniel C. Girard (State Bar No. 114826)
2   Jordan Elias (State Bar No. 228731)
    Adam E. Polk (State Bar No. 273000)
3   Trevor T. Tan (State Bar No. 281045)
4   **GIRARD SHARP LLP**
    601 California Street, Suite 1400
5   San Francisco, California 94108
    Tel: (415) 981-4800
6   *dgirard@girardsharp.com*
7   *jelias@girardsharp.com*
    *apolk@girardsharp.com*
8   *ttan@girardsharp.com*

9   Benjamin F. Johns (*pro hac vice*)
10  Andrew W. Ferich (*pro hac vice*)
    Zachary P. Beatty (*pro hac vice*)
11  Beena M. McDonald (*pro hac vice*)
12  **CHIMICLES SCHWARTZ KRINER
    & DONALDSON-SMITH LLP**
13  One Haverford Centre
    361 West Lancaster Avenue
14  Haverford, PA 19041
    Telephone: (610) 642-8500
15  *bfj@chimicles.com*
16  *awf@chimicles.com*
    *zpb@chimicles.com*
17  *bmm@chimicles.com*

18  *Interim Class Counsel*

19              **UNITED STATES DISTRICT COURT**
20            **NORTHERN DISTRICT OF CALIFORNIA**
                    **SAN JOSE DIVISION**
21

22  IN RE NEXUS 6P PRODUCTS LIABILITY       Case No.  5:17-cv-02185-BLF
    LITIGATION,
23                                          **STIPULATION IN SUPPORT OF
                                            UNOPPOSED ADMINISTRATIVE**
24                                          **MOTION RE: CLASS NOTICE TO
                                            AMAZON CUSTOMERS**
25

26

27

28

**STIPULATION**

Pursuant to Civil L.R. 7-12, Plaintiffs and Defendants,[1] by and through their undersigned counsel of record, jointly stipulate as follows:

WHEREAS, on May 3, 2019, the Court entered an Order granting preliminary approval of the class action settlement agreement ("Settlement Agreement") and directing notice to the Settlement Class ("Preliminary Approval Order") (ECF No. 204), to be completed by July 2, 2019;

WHEREAS, the Settlement Agreement provides that the Settlement Administrator will disseminate notice by email on or before June 7, 2019 and—for those emails that result in bounce-backs—by supplemental postcard notice within 14 days after email notice (ECF No. 194-2, §§ 4.2-4.3);

WHEREAS, in preliminarily approving the settlement, the Court approved long-form, postcard, and email notice documents substantially in the forms presented by Plaintiffs;

WHEREAS, in accordance with the Settlement Agreement, except for those class members who purchased their Nexus 6Ps from Amazon, the Parties have provided the Settlement Administrator with Settlement Class Member information, including email addresses and physical addresses for purposes of sending email notice by June 7, 2019;

WHEREAS, citing the need to protect its customers' privacy, and reduce customer confusion, Amazon proposes to send notice as follows:

(a)      on or around June 7, 2019—the deadline for email notice in the Settlement Agreement—Amazon will email notice to those of its customers that are Settlement Class Members. The email notice will be substantially in the form attached hereto as **Exhibit A**;

(b)      within 14 days after the completion of the email notice, depending on the volume of bounce back emails it receives, Amazon will either send Supplemental Postcard Notice itself or provide the Settlement Administrator with Settlement Class Members' physical addresses so the Settlement Administrator can send Supplemental Postcard Notice. In either case, Supplemental Postcard Notice will be substantially in the form approved by the Court (ECF No. 208-3); and

---

[1] Unless otherwise noted, capitalized terms have the meaning ascribed to them in the Settlement Agreement (ECF No. 194-2).

STIPULATION ISO UNOPPOSED ADMINISTRATIVE MOTION
RE: CLASS NOTICE TO AMAZON CUSTOMERS
Case No. 5:17-cv-02185-BLF

1          (c)     Amazon will provide the results of its notice efforts to the Settlement

2   Administrator so that the Settlement Administrator may determine the need for Supplemental Digital

3   Notice in accordance with Section 4.6 of the Settlement Agreement.

4          WHEREAS, several courts have approved Amazon's ability to send direct email notice to its

5   customers, including in the following cases:

6          (a)     Order Approving Class Notice to Amazon.com Customers, *In re ARRIS Cable*

7   *Modem Litigation*, No. 5:17-cv-01834-LHK (N.D. Cal. Feb. 13, 2019), ECF No. 168;

8          (b)     Order Granting Stipulation to Modify Order Directing Notice to the Class, *Park*

9   *et. al., v. ZUFFA LLC*, No. 2:17-cv-02282-APG-VCF (D. Nev. April 4, 2018), ECF No. 76;

10         (c)     Declaration of Steven Weisbrot, Esq. of Angeion Group, LLC Re:

11  Implementation of Notice Program, *In re Lenovo Adware Litigation*, No. 5:15-md-02624-HSG (N.D.

12  Cal. Feb. 14, 2019), ECF 248-1 at Ex. D; and

13         (d)     Declaration of Tammy Malley-Naslund, *Wolf v. Hewlett-Packard*, No. 5:15-cv-

14  01221-TJH (C.D. Cal. Sept. 4, 2018), ECF 136-8.

15         WHEREAS, Amazon has reported that—because of its ongoing business relationship with its

16  customers—its past direct notice efforts have been successful, resulting in a high percentage of emails

17  being opened, and a low percentage of emails being bounced back;

18         WHEREAS, Amazon's request to email notice to its customers directly—if approved—will not

19  require an adjustment the October 10, 2019 Final Fairness Hearing date;

20         WHEREAS, in light of the foregoing and subject to Court approval, the Parties agree that an

21  Order permitting Amazon to email Notice to its customers directly is appropriate;

22         NOW, THEREFORE, subject to approval of the Court, the parties hereby stipulate and agree to,

23  and request that the Court enter the accompanying Proposed Order permitting Amazon to send email

24  notice to its customers directly.

25         **IT IS SO STIPULATED.**

26

27

28

1   Dated: June 4, 2019                          Respectfully submitted,

2                                  By:        _/s/ Adam E. Polk_____

3                                              Daniel C. Girard (State Bar No. 114826)
                                               Jordan Elias (State Bar No. 228731)
4                                              Adam E. Polk (State Bar No. 273000)
                                               Trevor T. Tan (State Bar No. 281045
5                                              **GIRARD SHARP LLP**
6                                              601 California Street, Suite 1400
                                               San Francisco, California 94108
7                                              Tel: (415) 981-4800
8                                              *dgirard@girardsharp.com*
                                               *jelias@girardsharp.com*
9                                              *apolk@girardsharp.com*
                                               *sgrille@girardsharp.com*
10

11                                             Benjamin F. Johns (*pro hac vice*)
                                               Andrew W. Ferich (*pro hac vice*)
12                                             Zachary P. Beatty (*pro hac vice*)
                                               Beena M. McDonald(*pro hac vice*)
13                                             **CHIMICLES SCHWARTZ KRINER &**
                                                 **DONALDSON-SMITH LLP**
14
                                               One Haverford Centre
15                                             361 West Lancaster Avenue
                                               Haverford, PA 19041
16                                             Tel: (610) 642-8500
17                                             *bfj@chimicles.com*
                                               *awf@chimicles.com*
18                                             *zpb@chimicles.com*
                                               *bmm@chimicles.com*
19

20                                             *Attorneys for Plaintiffs*

21

22   Dated: June 4, 2019          By:        /s/ *Lindsey C. Barnhart*_____
                                               Simon J. Frankel
23                                             Lindsey C. Barnhart
                                               **COVINGTON & BURLING LLP**
24                                             One Front Street, 35th Floor
                                               San Francisco California 94111
25                                             Tel: (415) 591-6000
                                               *sfrankel@cov.com*
26                                             *lbarnhart@cov.com*
27

28                                             *Counsel for Huawei Device USA, Inc.*

                                       3
               STIPULATION ISO UNOPPOSED ADMINISTRATIVE MOTION
                  RE: CLASS NOTICE TO AMAZON CUSTOMERS
                          Case No. 5:17-cv-02185-BLF

| | | |
|---|---|---|
| 1 | Dated: June 4, 2019 | By:    /s/ *Catherin Y. Kim* |
| 2 | | Ragesh K. Tangri |
| 3 | | Joshua H. Lerner |
| | | Eugene Novikov |
| 4 | | Catherine Y. Kim |
| | | **DURIE TANGRI LLP** |
| 5 | | 217 Leidesdorff Street |
| 6 | | San Francisco, CA 94111 |
| | | Tel: (415) 362-6666 |
| 7 | | *rtangri@durietangri.com* |
| | | *jlerner@durietangri.com* |
| 8 | | *enovikov@durietangri.com* |
| | | *ckim@durietangri.com* |
| 9 | | |
| 10 | | *Counsel for Google LLC* |
| 11 | | |
| 12 | | |

13      **ATTESTATION**

14      Pursuant to Civil L.R. 5-1(i)(3), regarding signatures I, Adam E. Polk, attest that concurrence in

15      the filing of this document has been obtained.

16

17      Dated: June 4, 2019                    /s/ *Adam E. Polk*
                                                 Adam E. Polk
18

19

20

21

22

23

24

25

26

27

28

4

STIPULATION ISO UNOPPOSED ADMINISTRATIVE MOTION
RE: CLASS NOTICE TO AMAZON CUSTOMERS
Case No. 5:17-cv-02185-BLF

## CERTIFICATE OF SERVICE

I, Adam E. Polk, hereby certify that on June 4, 2019 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Adam E. Polk*
Adam E. Polk

STIPULATION ISO UNOPPOSED ADMINISTRATIVE MOTION
RE: CLASS NOTICE TO AMAZON CUSTOMERS
Case No. 5:17-cv-02185-BLF

EXHIBIT A

Amazon is emailing you because our records indicate that you may have purchased a Nexus 6P smartphone between September 29, 2015 and May 3, 2019.  If so, you may be entitled to receive money from a class action settlement.  In *In re Nexus 6P Products Liability Litigation*, a federal court in California preliminarily approved the settlement of a class action lawsuit involving claims that Nexus 6P smartphones are defective.  The defendants in the lawsuit, Huawei Device USA, Inc. and Google LLC, deny these claims.

Amazon is sending this email on behalf of the parties to the lawsuit, and as required by the Court.  But because we are not involved in the lawsuit, we cannot assist you directly.  To determine whether you are a member of the class, obtain a copy of the Settlement Agreement, view the full notice approved by the Court, and file a claim, please go to www.Nexus6PSettlement.com or call the Claims Administrator at 1-855-336-4167.  You must submit a valid claim to receive payment.  The full notice also provides details on how to opt out or object to the settlement.  Claims and opt outs must be submitted by September 3, 2019. Objections must be received by the Court by September 3, 2019.

If you have any questions about the settlement, please contact Plaintiffs' attorneys Adam Polk. Telephone: (415) 981-4800; Email: apolk@girardsharp.com or Ben Johns. Telephone: (610) 642-8500; Email: benjohns@chimicles.com.  Please do not respond to this email directly.