1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION, | Case No.  5:17-cv-02185-BLF<br><br>**[PROPOSED] ORDER APPROVING CLASS NOTICE TO AMAZON CUSTOMERS** |

1  Having reviewed and considered Plaintiffs' Unopposed Administrative Motion for Order Approving Class Notice to Amazon Customers, the Stipulation in support thereof, and for good cause shown, the Court hereby:

1. Approves the Amazon email notice attached as Exhibit A to the Stipulation; and
2. Directs Amazon to send the approved email notice to its affected customers that are Settlement Class Members in accordance with the Preliminary Approval Order.

**IT IS SO ORDERED.**

Dated: _____    _____
                                                   The Honorable Beth Labson Freeman
                                                   United States District Judge