**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION, | Case No. 5:17-cv-02185-BLF<br><br>**[~~PROPOSED~~] ORDER APPROVING CLASS NOTICE TO AMAZON CUSTOMERS** |

Having reviewed and considered Plaintiffs' Unopposed Administrative Motion for Order Approving Class Notice to Amazon Customers, the Stipulation in support thereof, and for good cause shown, the Court hereby:

    1.    Approves the Amazon email notice attached as Exhibit A to the Stipulation; and

    2.    Directs Amazon to send the approved email notice to its affected customers that are Settlement Class Members in accordance with the Preliminary Approval Order.

**IT IS SO ORDERED.**

Dated: June 5, 2019

_____
The Honorable Beth Labson Freeman
United States District Judge