RE: HUAWEI OF SETTLEMENT CASE

THIS IS A COMMENT NOT AN OBJECTION

July 5th 2019.

JENNIFER PASS / JACOB MANN.

ADDRESS: 284 STONY BROOK RD. SCHOHARIE, NY, 12157.

We purchased two Nexus 6P devices from New and paid over $1,000.

The phones have been very troublesome both go into a loop and freeze up and also the battery goes down very quickly.

We were in communications with Huawei over this from 2018. However in early 2019 they agreed to replace both devices and said they were sending us labels to return them.

We communicated via email & phone constantly with over AT least 30 emails (very time consuming). They kept telling us they had sent them but we received nothing. We then received an email from Marvin Robertson stating he would send a list of phones and that they would give us a large discount to purchase a new phone. Still nothing. So I chased this up with him and he said they were now going through a 6P settlement so they were revoking

our replacements and we had to go through this system - however it didn't set until June. When this finally opened we filed both claims and were given claim No:-
NXB - 40059121-6 - JENNIFER PASS
NXB - 40009127-5 - JACOB MANN
(I have attached an email example)
By todays date we still heard nothing so we contacted again and were told we now have to wait until October for final settlement

We feel this is very unfair, we purchased two phones that have been nill but useless now for over 12 months, we were told they were being replaced but Huawei went back on their word and we now have had to wait a further 7 months from this to even think of having these replaced.

We are going to have to replace both of these devices with immediate effect

As a result of 2 non-usable phones, Time, effect and having our claims Resrawaa delayed we are requesting we receive full compensation for our two claims filed per phone due to the distress & time consumed in trying to resolve these issues. Regards
JENNIFER PASS.

 Gmail     Jennifer Pass <jenniepass7@gmail.com>

## claim nxb-40009121-6
1 message

**Jennifer Pass** <jenniepass7@gmail.com>     Wed, Jul 3, 2019 at 1:12 PM
To: info@nexus6psettlement.com

I still have heard nothing about my phone

Please see documents from Huawei in support of my claim, I have bootloop and battery issues

**Marvin Robertson** Jun 10, 2019, 8:23 AM

to me

Hi Jennifer,

Here are the notes for your most recent contact with us.

OUTBOUND.- 4/26/2019 9:30 AM

According to Complaints request, we contacted Cx to confirm what is the main issue the Cx is having with the phone // Cx report she has 2 Nexus 6P and the phone goes off between 80 and 60% of battery // Cx needs to connect the phone again and the issue persist under these percentages // Cx commented about the $400 refund for Nexus 6P // Cx has other ticket without email T765805-041919.

284 Stony Brook Rd Schoharie Ny 12157

TS.-

We confirmed the serial number of the phones:

Marvin Robertson

From: Marvin Robertson
Sent: Sunday, June 9, 2019 12:18 AM
To: Jennifer Pass <jenniepass7@gmail.com>
Subject: RE: FW: Nexus 6P Products Liability Litigation Settlement Website

Hi Jennifer,

You don't have a claim number with us. I have your trouble ticket # T746149-021319

We also don't have a PIN for you.

Sincerely,

huawei_logo

**Marvin Robertson**

Call Center Manager

5700 Tennyson Pkwy Suite 500

Huawei Devices USA

Direct Phone: 214 919 6925

From: Jennifer Pass <jenniepass7@gmail.com>
Sent: Saturday, June 8, 2019 7:34 PM
To: Marvin Robertson <marvin.ctr.robertson@huawei.com>
Subject: Re: FW: Nexus 6P Products Liability Litigation Settlement Website

Marvin

Whats the claim number and my pin

On Tue, May 14, 2019 at 5:11 PM Marvin Robertson <marvin.ctr.robertson@huawei.com> wrote:

> Here is the information Jenn
>
> ---
>
> **From:** Marvin Robertson
> **Sent:** Tuesday, May 14, 2019 3:37 PM
> **To:** 'jenniepass@gmail.com' <jenniepass@gmail.com>
> **Subject:** Nexus 6P Products Liability Litigation Settlement Website
>
> Hello Jennifer Pass
>
> All customers should be directed to the Nexus 6P Products Liability Litigation Settlement Website. http://www.nexus6psettlement.com to file a claim to get reimbursement for their device.
>
> (Although the claims filing period will not open until June 7.)
> http://www.nexus6psettlement.com/
>
> Sincerely,
>
> huawei_logo
>
> **Marvin Robertson**
>
> Call Center Manager
>
> 5700 Tennyson Pkwy Suite 500
>
> Huawei Devices USA
>
> Direct Phone: 214 919 6925

Reply Forward



**Jennifer Pass** <jenniepass7@gmail.com> Jun 10, 2019, 10:57 AM

to Marvin

Thanks Marvin. Do you have anything listed about the loop problem we had also. When it goes into the weird restart then shuts down and restarts

On Mon, Jun 10, 2019 at 8:23 AM Marvin Robertson <mroberts@huawei.us> wrote:

> Hi Jennifer,
>
> Here are the notes for your most recent contact with us.
>
> OUTBOUND.- 4/26/2019 9:30 AM
>
> According to Complaints request, we contacted Cx to confirm what is the main issue the Cx is having with the phone // Cx report she has 2 Nexus 6P and the phone goes off between 80 and 60% of battery // Cx needs to connect the phone again and the issue persist under these percentages // Cx commented about the $400 refund for Nexus 6P // Cx has other ticket without email T765805-041919.
>
> 284 Stony Brook Rd Schoharie Ny 12157
>
> TS.-
>
> We confirmed the serial number of the phones:
>
> Marvin Robertson
>
> **From:** Marvin Robertson
> **Sent:** Sunday, June 9, 2019 12:18 AM
> **To:** Jennifer Pass <jenniepass7@gmail.com>
> **Subject:** RE: FW: Nexus 6P Products Liability Litigation Settlement Website
>
> Hi Jennifer,
>
> You don't have a claim number with us. I have your trouble ticket # T746149-021319

We also don't have a PIN for you.

Sincerely,



**Marvin Robertson**

Call Center Manager

5700 Tennyson Pkwy Suite 500

Huawei Devices USA

Direct Phone: 214 919 6925

**From:** Jennifer Pass <jenniepass7@gmail.com>
**Sent:** Saturday, June 8, 2019 7:34 PM
**To:** Marvin Robertson <marvin.ctr.robertson@huawei.com>
**Subject:** Re: FW: Nexus 6P Products Liability Litigation Settlement Website

Marvin

Whats the claim number and my pin

On Tue, May 14, 2019 at 5:11 PM Marvin Robertson <marvin.ctr.robertson@huawei.com> wrote:

> Here is the information Jenn
>
> ---
>
> **From:** Marvin Robertson
> **Sent:** Tuesday, May 14, 2019 3:37 PM
> **To:** 'jenniepass@gmail.com' <jenniepass@gmail.com>
> **Subject:** Nexus 6P Products Liability Litigation Settlement Website

4/19/2019

T765805-041919

Issue:

Symptom #1 Device will not boot

Symptom #2 Bootloop Stuck

Describe the issue:

Seems that the customer has bootloop issues.

3 attachments


image001.png
5K


image001.png
5K


image001.png
5K

U.S District Court For The Northern
District of California.

280 South 1st St, Room 2112.
San Jose, CA, 95113

Case: 5:17-cv-02185-BLF