EXHIBIT A

**GOOGLE BOOTLOOP**
**FIRM NAME: GIRARD SHARP LLP**
**LODESTAR CHART**
**INCEPTION - JUNE 30, 2019**

| Name | Title | Hours By Category of Work | | | | | Total Hours | Hourly Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | | |
| Girard, Daniel | P | 0.80 | 27.30 | 61.60 | 70.00 | 172.30 | 332.00 | $950.00 | $315,400.00 |
| Elias, Jordan | P | 15.30 | 92.20 | 35.40 | 212.50 | 76.60 | 432.00 | $700.00 | $302,400.00 |
| Polk, Adam | P | 7.90 | 191.70 | 345.50 | 330.40 | 313.70 | 1189.20 | $600.00 | $713,520.00 |
| Grille, Simon | A | 104.30 | 78.50 | 146.90 | 50.20 | 85.20 | 465.10 | $500.00 | $232,550.00 |
| Tan, Trevor | A | 324.00 | 167.60 | 315.1 | 298.80 | 26.80 | 1132.30 | $510.00 | $577,473.00 |
| Watts, Tom | A | 60.40 | | | | 5.70 | 66.10 | $450.00 | $29,745.00 |
| Hikida, Christopher | A | 9.50 | 30.70 | | 119.60 | | 159.80 | $425.00 | $67,915.00 |
| Attar, Natalie | PL | 1.80 | 1.00 | 10.00 | | 58.50 | 71.30 | $225.00 | $16,042.50 |
| Adamson, Rachel | PL | 23.20 | | | 23.20 | | 46.40 | $225.00 | $10,440.00 |
| | | | | | | | | | |
| TOTAL | | 547.20 | 589.00 | 914.50 | 1104.70 | 738.80 | 3894.20 | | $2,265,485.50 |

**Titles:**            **Category of Work:**

| | | |
|---|---|---|
| P | Partner | 1 – Case Investigation and Factual Research |
| OC | Of Counsel | 2 – Pleadings |
| A | Associate | 3 – Discovery and Document Review |
| LC | Law Clerk | 4 – Pretrial Motions and Hearings |
| PL | Paralegal | 5 – Settlement Negotiations and Motions |

**GOOGLE BOOTLOOP**
**FIRM NAME: CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
**LODESTAR CHART**
**INCEPTION - JUNE 30, 2019**

| Name | Title | Hours By Category of Work | | | | | Total Hours | Hourly Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | | |
| Johns, Benjamin F. | P | 30.70 | 2.50 | 3.20 | 944.20 | 103.40 | 1084.00 | $675.00 | $731,700.00 |
| Gushue, Alison G. | A | | | | 1.00 | | 1.00 | $535.00 | $535.00 |
| DeSanto, Mark B. | A | | | | 14.10 | | 14.10 | $475.00 | $6,697.50 |
| Ferich, Andrew W. | A | 8.50 | 100.60 | 20.30 | 406.20 | 95.60 | 631.20 | $475.00 | $299,820.00 |
| Holbrook, Samantha E. | A | | 15.90 | | | | 15.90 | $475.00 | $7,552.50 |
| Kashurba, Alex M. | A | | 0.10 | | 25.70 | 58.00 | 83.80 | $425.00 | $35,615.00 |
| McDonald, Beena M. | A | 3.10 | 1.50 | 20.80 | 104.80 | 180.60 | 310.80 | $500.00 | $155,400.00 |
| Titler, Jessica L | FA | 2.90 | 74.60 | | 350.40 | 89.20 | 517.10 | $400.00 | $206,840.00 |
| Beatty, Zachary P. | A | 1.80 | | 3.50 | 187.60 | 7.60 | 200.50 | $350.00 | $70,175.00 |
| Boyer, Justin P | PL | 1.40 | 3.90 | 8.60 | 177.30 | 55.70 | 246.90 | $175.00 | $43,207.50 |
| Landry, Madeline C | PL | | | 1.60 | 0.30 | 1.40 | 3.30 | $165.00 | $544.50 |
| Mastraghin, Corneliu | PL | | 0.20 | | 9.00 | | 9.20 | $250.00 | $2,300.00 |
| Birch, David | IT | 0.3 | 4.80 | | 24.30 | 33.20 | 62.60 | $250.00 | $15,650.00 |
| Kelly, Ryan I | FLC | | | | 34.50 | | 34.50 | $190.00 | $6,555.00 |
| Dunkle, Kyle F | FA | | | | 0.10 | | 0.10 | $350.00 | $35.00 |
| Bjotvedt, Nailah S. | PL | | | | 1.30 | | 1.30 | $60.00 | $78.00 |
| TOTAL | | 48.70 | 204.10 | 58.00 | 2280.80 | 624.70 | 3216.30 | | $1,582,705.00 |

**Titles:**

| | |
|---|---|
| P | Partner |
| OC | Of Counsel |
| A | Associate |
| LC | Law Clerk |
| PL | Paralegal |

**Category of Work:**

1 – Case Investigation and Factual Research
2 – Pleadings
3 – Discovery and Document Review
4 – Pretrial Motions and Hearings
5 – Settlement Negotiations and Motions