EXHIBIT B

| GOOGLE BOOTLOOP<br>FIRM NAME: GIRARD SHARP LLP<br>UNREIMBURSED LITIGATION COSTS AND EXPENSES<br>INCEPTION - JUNE 30, 2019 ||
|---|---|
| **DESCRIPTION** | **TOTAL EXPENSES** |
| Expert Fees/Services | $34,396.28 |
| Travel (Air & Ground Transportation, Meals, Lodging, etc.) | $5,659.96 |
| Mediation Fees/Services | $11,097.50 |
| Professional Fees/Services (case investigation, press release, etc.) | |
| Computer Research | $8,282.19 |
| Reproduction/Duplication Copies | $4,308.00 |
| Document Review Platform & ESI Related Services | $3,559.03 |
| Court Fees | $400.00 |
| Court Reporters/Transcripts | $2,446.83 |
| Service of Process | $395.40 |
| Express Delivery/Messenger | $1,211.75 |
| Telephone/Fax/Postage | $279.30 |
| **TOTAL:** | **$72,036.24** |
| | |
| | |
| | |

| GOOGLE BOOTLOOP                                                                 ||
| :---: | :---: |
| **FIRM NAME: CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**                  ||
| **UNREIMBURSED LITIGATION COSTS AND EXPENSES**                                  ||
| **INCEPTION - JUNE 30, 2019**                                                   ||
| **DESCRIPTION** | **TOTAL EXPENSES** |
| Expert Fees/Services | $24,015.98 |
| Travel (Air & Ground Transportation, Meals, Lodging, etc.) | $18,503.55 |
| Mediation Fees/Services | $11,097.50 |
| Professional Fees/Services (case investigation, press release, etc.) | $9,159.91 |
| Computer Research | $5,196.17 |
| Reproduction/Duplication Copies | $3,061.55 |
| Document Review Platform & ESI Related Services | $2,519.41 |
| Court Fees | $1,875.00 |
| Court Reporters/Transcripts | $1,857.63 |
| Service of Process | $1,040.00 |
| Express Delivery/Messenger | $332.05 |
| Telephone/Fax/Postage | $253.48 |
| **TOTAL:** | **$78,912.23** |