1  DURIE TANGRI LLP
   RAGESH K. TANGRI (SBN 159477)
2  rtangri@durietangri.com
   EUGENE NOVIKOV (SBN 257849)
3  enovikov@durietangri.com
   CATHERINE Y. KIM (SBN 308442)
4  ckim@durietangri.com
   217 Leidesdorff Street
5  San Francisco, CA  94111
   Telephone:    415-362-6666
6  Facsimile:     415-236-6300

7  Attorneys for Defendant
   GOOGLE LLC

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

| 12 | IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | Case No. 5:17-cv-02185-BLF |
|----|-----------------------------------------------|-----------------------------|
| 13 | | **NOTICE OF CHANGE IN COUNSEL** |
| 14 | | Ctrm:   3, 5th Floor |
| 15 | | Judge:  Honorable Beth Labson Freeman |

16

17

18

19

20

21

22

23

24

25

26

27

28

1   PLEASE TAKE NOTICE, pursuant to Civil Local Rule 5-1(c)(2)(C), that Joshua H. Lerner has

2   ceased to be involved with this case as counsel for Defendant Google LLC.  Ragesh K. Tangri, Eugene

3   Novikov, and Catherine Y. Kim from Durie Tangri LLP will continue to represent Defendant Google

4   LLC.

5

6   Dated:  September 10, 2019                    DURIE TANGRI LLP

7

8                                        By: _____/s/ Catherine Y. Kim_____
                                                RAGESH K. TANGRI
                                                EUGENE NOVIKOV
9                                               CATHERINE Y. KIM

10                                       Attorneys for Defendant
                                         GOOGLE LLC
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2

   I hereby certify that on September 10, 2019 the within document was filed with the Clerk of the

3

Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

4

5                                                      */s/ Catherine Y. Kim*

6                                                      CATHERINE Y. KIM

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE IN COUNSEL / CASE NO. 5:17-CV-02185-BLF