Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Trevor T. Tan (State Bar No. 281045)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*ttan@girardsharp.com*

Benjamin F. Johns *(pro hac vice)*
Andrew W. Ferich *(pro hac vice)*
Zachary P. Beatty *(pro hac vice)*
Beena M. McDonald *(pro hac vice)*
**CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
*bfj@chimicles.com*
*awf@chimicles.com*
*zpb@chimicles.com*
*bmm@chimicles.com*

*Class Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | Case No. 5:17-cv-02185-BLF <br><br> **SUPPLEMENTAL JOINT DECLARATION OF DANIEL C. GIRARD AND BENJAMIN F. JOHNS IN SUPPORT OF FINAL APPROVAL AND ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS** <br> Date: October 10, 2019 <br> Time: 1:30 p.m. <br> Courtroom: 3, 5th Floor <br> Judge: Hon. Beth Labson Freeman |

1    We, Daniel C. Girard and Benjamin F. Johns, declare as follows pursuant to 28 U.S.C. §

2    1746:

3    1.    Daniel C. Girard is the founder and managing partner of Girard Sharp LLP

4    ("Girard Sharp") and one of the attorneys of record for Plaintiffs.  Mr. Girard submits this

5    supplemental declaration in support of Plaintiffs' motions for final approval and for attorneys'

6    fees, expenses and service awards.  Mr. Girard  makes this declaration based on his own

7    personal knowledge, and if called to do so, could testify to the matters contained herein.

8    2.    Benjamin F. Johns is a partner in the law firm of Chimicles Schwartz Kriner &

9    Donaldson-Smith LLP ("Chimicles") and one of the attorneys of record for Plaintiffs.  Mr.

10    Johns  submits this supplemental declaration in support of Plaintiffs' motions for final approval

11    and for attorneys' fees, expenses and service awards.  Mr. Johns makes this declaration based

12    on his own personal knowledge, and if called to do so, could testify to the matters contained

13    herein.

14    3.    Class Counsel have been directly contacted by numerous Class Members

15    expressing their appreciation for the Settlement.

16    4.    Attached hereto as **Exhibit 1** is the further Supplemental Declaration of Andrew

17    Perry, of Kurtzman Carson Consultants.

18    5.    Class Counsel have incurred $152,023.14 in total unreimbursed costs and

19    expenses which represents a modest increase of $1,074.67 ($641.10 for Girard Sharp and

20    $433.57 for Chimicles) since July 1, 2019.[1]   The total unreimbursed costs and expenses

21    incurred since July 1, 2019 are set forth in the charts attached hereto as **Exhibit 2**.

22

23

24

25

26    _____

27    [1] Messrs. Girard and Johns are attesting only as to the accuracy of their respective firms'

28    expenses.

SUPPLEMENTAL JOINT DECLARATION ISO PLAINTIFFS' MOTIONS
FOR FINAL APPROVAL AND ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS
Case No. 5:17-cv-02185-BLF

| Firm | Previously Reported Expenses | Additional Expenses | Total Expenses |
|---|---|---|---|
| Girard Sharp LLP | $72,036.24 | $641.10 | $72,677.34 |
| Chimicles Schwartz Kriner & Donaldson-Smith LLP | $78,912.23 | $433.57 | $79,345.80 |
| **TOTAL** | **$150,948.47** | **$1,074.67** | **$152,023.14** |

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 26th day of September, 2019.

/s/ *Daniel C. Girard*

Daniel C. Girard

/s/ *Benjamin F. Johns*

Benjamin F. Johns

**ATTESTATION STATEMENT**

I, Daniel C. Girard, am the ECF User whose identification and password are being used to file this Joint Declaration in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees and Litigation Expenses pursuant to Civil L.R. 5-1(i)(3).  I attest under penalty of perjury that counsel has concurred in this filing.

/s/ *Daniel C. Girard*

Daniel C. Girard

1

2

## CERTIFICATE OF SERVICE

3

     I, Daniel C. Girard, hereby certify that on September 26, 2019, I caused the foregoing to be

4

electronically filed using the Court's CM/ECF system, thereby causing it to be served upon all

5

registered ECF users in this case.

6

7

Dated: September 26, 2019                    */s/ Daniel C. Girard*

8

                                           Daniel C. Girard

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL JOINT DECLARATION ISO PLAINTIFFS' MOTIONS
FOR FINAL APPROVAL AND ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS
Case No. 5:17-cv-02185-BLF