EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | Case No. 5:17-cv-02185-BLF<br><br>**SUPPLEMENTAL DECLARATION OF ANDREW PERRY ON BEHALF OF SETTLEMENT ADMINISTRATOR REGARDING OPT-OUTS, OBJECTIONS, CLAIM FORMS AND ADMINISTRATION COSTS** |

I, Andrew Perry, declare the following pursuant to 28 U.S.C. § 1746:

1. I am employed as a senior project manager by KCC Class Action Services ("KCC"), a nationally-recognized notice and claims administration firm located at 462 South 4th Street, Louisville, KY 40202. KCC was retained as Settlement Administrator in this case, and as the senior project manager, I oversee all aspects of the administrative services provided. I submit this supplemental declaration regarding the *In re Nexus 6P Products Liability Litigation* Notice Program. I have personal knowledge of the content herein, and if called as a witness could and would testify competently thereto.

2. The deadline to submit a request for exclusion ("opt-out") was September 3, 2019. To date, KCC has received 31 timely opt-outs and zero late opt-outs. The list of opt-outs is attached as Exhibit A.

3. The deadline to submit an objection to the settlement was September 3, 2019. To date, KCC has received zero objections.

4. The deadline to submit a Claim Form was September 3, 2019. To date, KCC has received 91,984 timely Claim Forms. Of the timely claims, 68,298 Claimants selected Option 1 ("no bootloop or battery drain, or undocumented bootloop or battery drain"), 15,759 Claimants selected Option 2 ("documented battery drain and/or bootloop"), and 7,927 Claimants selected Option 3 ("documented repeated bootloop or battery drain"). KCC received Claim Forms for approximately 23.9% of the number of direct notices sent out.

5. KCC expects that the entire balance of the Net Settlement Fund will be distributed to the Class, with no remainder for *cy pres*.

6. KCC is continuing to process and review the Claim Forms received. KCC anticipates completing its review process on or before November 28, 2019, at which time the settlement payment amounts will be confirmed and KCC will submit a final declaration setting forth those amounts, along with the total costs of settlement administration, together with an accounting of such costs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this September 26, 2019, at Louisville, Kentucky.

_____

Andrew Perry

# EXHIBIT A

*In re Nexus 6P Products Liability Litigation*
Requests for Exclusion

| FirstName | LastName |
|---|---|
| Carlton | Beard |
| Joshua | Bedick |
| Joseph | Cascio |
| Timothy | Dasher |
| Matthew | Drexinger |
| Lenard | Fudala |
| Alexander | Gergishanov |
| Matania | Goan |
| Matthew | Hoendorf |
| Kris | Jones |
| Marvin | Kalachman |
| Filipe | Kiss |
| Michael | Kwun |
| Jeffrey | Larson |
| Andrea | Marchuk |
| Melonie | May |
| George | Medina |
| John | Montoya |
| Erik | Newcomb |
| Erik | Olsen |
| Nandan | Prakash |
| Anatoly | Rabinovich |
| Bryant | Tate |
| Andrew | Todd |
| David | Tsai |
| Matthew | Wallace |
| Alex | Williams |
| Brandon | Willis |
| Pouria | Yazdi |
| Melodie | Young |
| Rachel | Zambroni |