EXHIBIT 2

| GOOGLE BOOTLOOP<br>FIRM NAME:  GIRARD SHARP LLP<br>UNREIMBURSED LITIGATION COSTS AND EXPENSES<br>July 1, 2019 through September 24, 2019 ||
|---|---|
| **DESCRIPTION** | **TOTAL EXPENSES** |
| Expert Fees/Services | |
| Travel (Air & Ground Transportation, Meals, Lodging, etc.) | |
| Mediation Fees/Services | |
| Professional Fees/Services (case investigation, press release, etc.) | |
| Computer Research | $166.26 |
| Reproduction/Duplication Copies | $28.50 |
| Document Review Platform & ESI Related Services | |
| Court Fees | |
| Court Reporters/Transcripts | |
| Service of Process | |
| Express Delivery/Messenger | $440.50 |
| Telephone/Fax/Postage | $5.84 |
| **TOTAL:** | **$641.10** |

| GOOGLE BOOTLOOP<br>FIRM NAME:  CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP<br>UNREIMBURSED LITIGATION COSTS AND EXPENSES<br>JULY 1, 2019 through SEPTEMBER 24, 2019 ||
|---|---|
| **DESCRIPTION** | **TOTAL EXPENSES** |
| ADDITIONAL EXPENSES | $433.57 |
|  |  |
| **TOTAL:** | **$433.57** |