Class Action Clerk
U.S. District Court for the Northern District of California
280 South 1st Street, Room 2112
San Jose, CA 95113

Case No. 5:17-cv-02185-BLF

FILED
SEP 27 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

September 24, 2019

To Whom It May Concern,

I am writing to file a complaint about the handling of this case and to ask for a remedy.

This dispute arises because I filed a claim for two Nexus 6p phones, but I was only assigned one claim number. Ten days after the claim filing deadline had passed, I was informed that two separate claims should have been made. Settlement attorneys have since ceased communications with me.

THERE WAS NO WAY TO KNOW FROM THE PROCESS ON THE WEBSITE THAT ONE SHOULD COMPLETE THE FORM TWICE IN THE CASE OF FILING FOR TWO PHONES.

A simple way to organize the claims and to have avoided this problem altogether would have been to include a field for the phone's serial number in the claim form. Why was this obvious step not taken?

My Claim ID: NXB-40079937-5

I included .jpg and .pdf documentation via the website form to prove that I had purchased two phones and to prove that I had numerous chats with text-support about battery-drain and bootloop problems with the phones. I also emailed the firm video files to prove the same.

(I also had phone conversations with Google tech support about the phone, but there is no way to prove that or include such proof for the claim. FYI, Google tech support was very uncooperative in providing history of support in regard to these phones, explicitly because of the lawsuit.)

I doubt that I am alone in having this problem.

I ASK THAT THE COURT ORDER THE SETTLEMENT ATTORNEYS TO ALLOW MULTIPLE PHONES UNDER A SINGLE CLAIM, OR TO ASSIGN ADDITIONAL CLAIM NUMBERS FOR MULTIPLE PHONES WHICH WERE INCLUDED IN A SINGLE CLAIM.

Thank you,

Russell Jones
6007 41st Ave SW
Seattle, WA 96136
206-376-1870



Class Action Clerk
U.S. District Court for the Northern District of California
280 South 1st Street, Room 2112
San Jose, CA 95113

Case No. 5:17-cv-02185-BLF

September 24, 2019

To Whom It May Concern,

I am writing to file a complaint about the handling of this case and to ask for a remedy

This dispute arises because I filed a claim for two Nexus 6p phones, but I was only assigned one claim number. Ten days after the claim filing deadline had passed, I was informed that two separate claims should have been made. Settlement attorneys have since ceased communications with me.

THERE WAS NO WAY TO KNOW FROM THE PROCESS ON THE WEBSITE THAT ONE SHOULD COMPLETE THE FORM TWICE IN THE CASE OF FILING FOR TWO PHONES.

A simple way to organize the claims and to have avoided this problem altogether would have been to include a field for the phone's serial number in the claim form. Why was this obvious step not taken?

My Claim ID: NXB-40079957-6

I included jpg and pdf documentation via the website form to prove that I had purchased two phones and to prove that I had numerous emails with tech-support about battery-drain and bootloop problems with the phones. I also emailed the firm video files to prove the same.

(I also had phone conversations with Google tech support about the phone, but there is no way to prove that unless such proof is available from Google. Google's tech support was very uncooperative in providing history or support in regard to these phones, explicitly because of the lawsuit.)

I doubt that I am alone in having this problem.

I ASK THAT THE COURT ORDER THE SETTLEMENT ATTORNEYS TO ALLOW MULTIPLE PHONES UNDER A SINGLE CLAIM OR TO ASSIGN ADDITIONAL CLAIM NUMBERS FOR MULTIPLE PHONES WHICH WERE INCLUDED IN A SINGLE CLAIM.

Thank you.

Russell Jones
[illegible] 1st Ave SW
Seattle, WA 98[illegible]
206-2[illegible]

Russell Jones &lt;jones.russell.a@gmail.com&gt;

## Video evidence of battery drain or bootloop issue
12 messages

---

**Russell Jones** &lt;jones.russell.a@gmail.com&gt;     Sat, Jun 8, 2019 at 9:39 AM
To: info@nexus6psettlement.com

There should be a way to submit video evidence of the battery drain and bootloop issues. How can I do this?

---

**#NA KCC LOUM Nexus 6P Settlement** &lt;info@nexus6psettlement.com&gt;     Thu, Jun 27, 2019 at 11:02 AM
To: Russell Jones &lt;jones.russell.a@gmail.com&gt;

Hello,

You may email us your documentation, but please also provided full name, address, and claim ID associated with your claim.

Best Regards,

Claims Administrator

Nexus 6P Products Liability Litigation

nexus6psettlement.com

1-855-336-4167

[Quoted text hidden]

---

**Russell Jones** &lt;jones.russell.a@gmail.com&gt;     Thu, Jun 27, 2019 at 11:35 AM
To: #NA KCC LOUM Nexus 6P Settlement &lt;info@nexus6psettlement.com&gt;

How would you like me to email a video?
[Quoted text hidden]

---

**#NA KCC LOUM Nexus 6P Settlement** &lt;info@nexus6psettlement.com&gt;     Tue, Aug 27, 2019 at 7:33 AM
To: Russell Jones &lt;jones.russell.a@gmail.com&gt;

Hello,

Due to security risks, we cannot accept documentation in the form of a web-link. Please send your documentation in the form of an attachment.

Best Regards,

Russell Jones <jones.russell.a@gmail.com>

## Video evidence of battery drain or bootloop issue

12 messages

**Russell Jones** <jones.russell.a@gmail.com> Sat, Jan 5, 2019 at 5:08 AM
To: info@nexus6psettlement.com

There should be a way to submit video evidence of the battery drain and bootloop issues. How can I do this?

**SNA KCC LOUM Nexus 6P Settlement** <info@nexus6psettlement.com> Thu, Jun 27, 2019 at 11:02 AM
To: Russell Jones <jones.russell.a@gmail.com>

Hello,

[illegible]

Kind Regards,

[illegible]

[Quoted text hidden]

**Russell Jones** <jones.russell.a@gmail.com> Thu, Jun 27, 2019 at 11:36 AM
To: SNA KCC LOUM Nexus 6P Settlement <info@nexus6psettlement.com>

How would you like me to email a video?
[Quoted text hidden]

**SNA KCC LOUM Nexus 6P Settlement** <info@nexus6psettlement.com> Tue, Aug 27, 2019 at 7:38 AM
To: Russell Jones <jones.russell.a@gmail.com>

Hello,

[illegible] the form as an attachment.

Best Regards,

Chartrice

[Quoted text hidden]

---

**Russell Jones** <jones.russell.a@gmail.com>  
To: #NA KCC LOUM Nexus 6P Settlement <info@nexus6psettlement.com>

Tue, Sep 3, 2019 at 10:19 AM

**Your Claim ID: NXB-40079937-5**

[Quoted text hidden]

> 📄 Russell Jones 8XV7N16A15000316 bootloop video.mp4
> 3982K

---

**Russell Jones** <jones.russell.a@gmail.com>  
To: #NA KCC LOUM Nexus 6P Settlement <info@nexus6psettlement.com>

Tue, Sep 3, 2019 at 10:20 AM

**Your Claim ID: NXB-40079937-5**

[Quoted text hidden]

> 📄 Russell Jones 84B7N16A22000899 battery shutdown at 79%.mp4
> 4878K

---

**Russell Jones** <jones.russell.a@gmail.com>  
To: #NA KCC LOUM Nexus 6P Settlement <info@nexus6psettlement.com>

Tue, Sep 3, 2019 at 10:22 AM

Please note that I have two (2) nexus 6p's in my claim.  
**Your Claim ID: NXB-40079937-5**  
From within the website, I attached numerous documents for both.  
I have also just sent you a video for each phone which shows that one has the boot loop issue and the other has a useless battery.  
Thank you,  
Russell Jones  
206-376-1870

[Quoted text hidden]

---

**#NA KCC LOUM Nexus 6P Settlement** <info@nexus6psettlement.com>  
To: Russell Jones <jones.russell.a@gmail.com>

Fri, Sep 13, 2019 at 12:18 PM

Hello,  
Thank you for your inquiry. For clarification, a claim should be submitted for each phone.

Best Regards,  
Ethan  
Claims Administrator  
Nexus 6P Products Liability Litigation  
nexus6psettlement.com  
1-855-336-4167

---

From: Russell Jones [jones.russell.a@gmail.com]  
Sent: Tuesday, September 3, 2019 1:22 PM  
To: #NA KCC LOUM Nexus 6P Settlement  
Subject: Re: Video evidence of battery drain or bootloop issue

Please note that I have two (2) nexus 6p's in my claim.  
Your Claim ID: NXB-40079937-5  
From within the website, I attached numerous documents for both.

[illegible]

[illegible]

Tue, Sep 3, 2019 at 10:18 AM

Russell Jones <jones.russell.a@gmail.com>
To: NA KOC LOUM Nexus 6P Settlement <info@nexus6psettlement.com>

Your Claim ID: NXS-[illegible]

[illegible]

Russell Jones [illegible] battery [illegible]

Tue, Sep 3, 2019 at 10:20 AM

Russell Jones <jones.russell.a@gmail.com>
To: NA KOC LOUM Nexus 6P Settlement <info@nexus6psettlement.com>

Your Claim ID: NXS-100[illegible]

[illegible]

Russell Jones [illegible] battery shutdown [illegible].mp4

Tue, Sep 3, 2019 at 10:22 AM

Russell Jones <jones.russell.a@gmail.com>
To: NA KOC LOUM Nexus 6P Settlement <info@nexus6psettlement.com>

Please note that I have two (2) nexus 6p's in my claim.
Your Claim ID: NXS-100[illegible]
From within the website, I attached numerous documents for both.
I have also just sent you a video for each phone which shows [illegible] the other has a [illegible]
[illegible]
Thank you
Russell Jones
206-[illegible]-1870
[illegible]

[illegible], Sep 12, 2019 at 12:18 PM

NA KOC LOUM Nexus 6P Settlement <info@nexus6psettlement.com>
To: Russell Jones <jones.russell.a@gmail.com>

Hello,
Thank you for your [illegible]

Best Regards,
Ethan
Claims Administrator
Nexus 6P Products Liability Litigation
[illegible]
1-[illegible]

From: Russell Jones [illegible]
Sent: [illegible], September [illegible]
To: NA KOC LOUM Nexus 6P Settlement
Subject: [illegible] battery [illegible]

Please note that I have two (2) nexus 6p's in my claim.
Your Claim ID: NXS-10079637
From within the website, I [illegible]

I have also just sent you a video for each phone which shows that one has the boot loop issue and the other has a useless battery.
Thank you,
Russell Jones
206-376-1870

On Tue, Aug 27, 2019 at 7:35 AM #NA KCC LOUM Nexus 6P Settlement <info@nexus6psettlement.com< mailto:info@nexus6psettlement.com>> wrote:
Hello,

Due to security risks, we cannot accept documentation in the form of a web-link. Please send your documentation in the form of an attachment.

Best Regards,

Chartrice
Claims Administrator
Nexus 6P Products Liability Litigation
nexus6psettlement.com<http://nexus6psettlement.com>
1-855-336-4167


From: Russell Jones [mailto:jones.russell.a@gmail.com<mailto:jones.russell.a@gmail.com>]
Sent: Thursday, June 27, 2019 2:36 PM
To: #NA KCC LOUM Nexus 6P Settlement
Subject: Re: Video evidence of battery drain or bootloop issue

How would you like me to email a video?

On Thu, Jun 27, 2019 at 11:06 AM #NA KCC LOUM Nexus 6P Settlement <info@nexus6psettlement.com< mailto:info@nexus6psettlement.com>> wrote:
Hello,

You may email us your documentation, but please also provided full name, address, and claim ID associated with your claim.

Best Regards,

Claims Administrator
Nexus 6P Products Liability Litigation
nexus6psettlement.com<http://nexus6psettlement.com>
1-855-336-4167
[Quoted text hidden]

---

**Russell Jones** <jones.russell.a@gmail.com>    Fri, Sep 13, 2019 at 12:45 PM
To: #NA KCC LOUM Nexus 6P Settlement <info@nexus6psettlement.com>

You have all the documentation for both phones. Please tell me which phone this claim number is for and give me a claim number for the other phone. Thank you.
Russell
206-376-1870
[Quoted text hidden]

---

**Russell Jones** <jones.russell.a@gmail.com>    Fri, Sep 13, 2019 at 1:01 PM
To: #NA KCC LOUM Nexus 6P Settlement <info@nexus6psettlement.com>

You know, it was not at all clear on the website that the website forms had to be filled out twice in cases where two phones have been purchased.

This problem could have been easily avoided if your law firm had included a field for the phone's serial number, and a note that separate claims must be made for each phone.

I have [illegible] sent you a video [illegible] phone [illegible] issue and the other has a
issue [illegible]
Thank you
Russell Jones
205-[illegible]-1670

On Tue, Aug 27, 2019 at 7:35 AM [illegible] Nexus 6P Settlement [illegible] wrote:
mailto:[illegible]
Hello,

Due to security risks we cannot accept documentation in the form of a weblink. Please send your documentation in the form of an attachment.

Best Regards

Claims Administrator
Nexus 6P Products Liability Litigation
[illegible]
1-855-[illegible]-4167

From: Russell Jones [mailto:[illegible]@gmail.com]
Sent: Thursday, June 2[illegible], 2019 [illegible]
To: [illegible] LOUM Nexus 6P Settlement [illegible]
Subject: Re: Video evidence [illegible]

How would you like me to email it [illegible]

On Thu, Jun 27, 2019 at 11:58 AM [illegible] LOUM Nexus 6P Settlement [illegible] wrote:
mailto:[illegible]
Hello,

You may email us your documentation, but please also provide full name, address, and claim ID associated with your claim.

Best Regards,

Claims Administrator
Nexus 6P Products Liability Litigation
[illegible]
1-855-356-4167
[Quoted text hidden]

Russell Jones <jones.russell[illegible]@gmail.com> Fri, Sep 13, 2019 at 12:45 PM
To: [illegible] LOUM Nexus 6P Settlement [illegible]

You have all the documentation for both phones. Please tell me which phone this claim number is for and give me a claim number for the other phone. Thank you.
Russell
205-576-1670
[Quoted text hidden]

Russell Jones <jones.russell[illegible]@gmail.com> Fri, Sep 13, 2019 at 1:31 PM
To: [illegible] Nexus 6P Settlement [illegible]

You know it was not at all clear on the website that the website forms had to be filled out twice in cases where two phones have been purchased.

This process could have been easily avoided [illegible] the phone's serial number and a note that separate claims must be made for each phone.

Since you failed to do that, I'm worried that you are going to say that each phone must have its own claim number, but that it is too late to file a claim for one of the phones.

If this is the case, please give me the contact information for the judge who is handling the case so that I may make a formal complaint.

Otherwise, per my previous email, please assign one of my phones to my existing claim number, and give me a new claim number for the other phone.

I look forward to your prompt attention to this matter. Thank you.

Russell Jones
206-376-1870

[Quoted text hidden]

---

**#NA KCC LOUM Nexus 6P Settlement** <info@nexus6psettlement.com>     Tue, Sep 17, 2019 at 7:18 AM
To: Russell Jones <jones.russell.a@gmail.com>

Hello,

Thanks for your inquiry. Did you originally file a claim for two phones or one? A claim should have been filed for each phone. Documentation submitted will apply towards the phone(s) you filed a claim on. Please keep in mind claims are currently being reviewed. If additional information is needed on the claim(s) you filed we will contact you.

Regards,

Chartrice Withers

Claims Administrator

Nexus 6P Products Liability Litigation

Nexus6psettlement.comhttp://nexus6psettlement.com

[Quoted text hidden]

---

**Russell Jones** <jones.russell.a@gmail.com>     Tue, Sep 17, 2019 at 8:43 AM
To: #NA KCC LOUM Nexus 6P Settlement <info@nexus6psettlement.com>

I filled out the form one time and included all of the .jpg and .pdf documentation for both of my phones. Then I sent four emails to your firm with the videos of my phones experiencing bootloop and battery drain/shutoff. The emails clearly stated that my claim number was in reference to both phones. It took your firm over a week to respond to the emails and by that time the claim form on your website was no longer functioning.

It was not at all clear on the website that the website forms had to be filled out twice in cases where two phones have been purchased.

This problem could have been easily avoided if your law firm had included a field for the phone's serial number, and a note that separate claims must be made for each phone.

Since you failed to do that, I'm worried that you are going to say that each phone must have its own claim number, but that it is too late to file a claim for one of the phones.

**If this is the case, please give me the contact information for the judge who is handling the case so that I may make a formal complaint about your firm's handling of this case.**

Otherwise, per my previous email, please assign one of my phones to my existing claim number, and give me a new claim number for the other phone.

I look forward to your prompt attention to this matter. Thank you.
[Quoted text hidden]