Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Trevor T. Tan (State Bar No. 281045)
**GIRARD SHARP LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Tel: (415) 981-4800
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*ttan@girardsharp.com*

Benjamin F. Johns *(pro hac vice)*
Andrew W. Ferich *(pro hac vice)*
Zachary P. Beatty *(pro hac vice)*
Beena M. McDonald *(pro hac vice)*
**CHIMICLES SCHWARTZ KRINER**
 **& DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
*bfj@chimicles.com*
*awf@chimicles.com*
*zpb@chimicles.com*
*bmm@chimicles.com*

*Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | Case No. 5:17-cv-02185-BLF<br><br>**DECLARATION OF ADAM E. POLK IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL AND ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS**<br>Date: October 10, 2019<br>Time: 1:30 p.m.<br>Courtroom: 3, 5th Floor<br>Judge: Hon. Beth Labson Freeman |

I, Adam E. Polk, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner in the law firm of Girard Sharp LLP ("Girard Sharp") and one of the attorneys of record for Plaintiffs.[1] I submit this declaration in further support of Plaintiffs' motion for final approval and for attorneys' fees, expenses, and service awards. I base this declaration on my own personal knowledge, and if called to do so, could testify to the matters contained herein.

2. On September 30, 2019, Russell Jones—a Settlement Claimant—lodged a complaint with the court concerning the administration of the Settlement. ECF 218. Mr. Jones stated that he had attempted to submit claims for two phones, but was not able to because he had only filled out one claim form. *Id.*

3. While the objection and exclusion deadline passed on September 3, and the notice makes clear that "Class members who purchased multiple Nexus 6Ps may submit a separate claim for each Nexus 6P they purchased," I contacted Mr. Jones and the Settlement Administrator to address his concerns. *See* ECF 208-2 at ¶¶ 10, 20.

4. After confirming that Mr. Jones submitted both his claim and supporting documentation during the claims period, the Settlement Administrator determined to proceed with creating another claim such that Mr. Jones would have two timely claims. Attached hereto as **Exhibit A** is email correspondence between the Settlement Administrator and Mr. Jones.

5. I then called Mr. Jones, who confirmed that the issues raised in his September 30, 2019 letter had been addressed to his satisfaction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of September, 2019.

/s/ *Adam E. Polk*
Adam E. Polk

---

[1] Capitalized terms have the same meaning as set forth in the definitions section of the Settlement Agreement.