EXHIBIT A

**From:** Andrew Perry <Andrew.Perry@kccllc.com>
**Sent:** Monday, September 30, 2019 10:53 AM
**To:** 'Russell Jones'
**Subject:** RE: Video evidence of battery drain or bootloop issue

**Follow Up Flag:** Follow up
**Flag Status:** Flagged


Hi Russell,

Apologies for any confusion. We will proceed with creating another claim using your information so you have 2 timely claims.

Thanks,

**Andrew Perry**
KCC
Sr. Project Manager > Class Action Services
462 S 4th Street
Louisville, KY 40202
www.kccllc.com

| CERTAINTY | INGENUITY | ADVANTAGE |

**From:** Russell Jones [mailto:jones.russell.a@gmail.com]
**Sent:** Tuesday, September 17, 2019 11:44 AM
**To:** #NA KCC LOUM Nexus 6P Settlement
**Subject:** Re: Video evidence of battery drain or bootloop issue

I filled out the form one time and included all of the .jpg and .pdf documentation for both of my phones. Then I sent four emails to your firm with the videos of my phones experiencing bootloop and battery drain/shutoff. The emails clearly stated that my claim number was in reference to both phones. It took your firm over a week to respond to the emails and by that time the claim form on your website was no longer functioning.

It was not at all clear on the website that the website forms had to be filled out twice in cases where two phones have been purchased.

This problem could have been easily avoided if your law firm had included a field for the phone's serial number, and a note that separate claims must be made for each phone.

Since you failed to do that, I'm worried that you are going to say that each phone must have its own claim number, but that it is too late to file a claim for one of the phones.

If this is the case, please give me the contact information for the judge who is handling the case so that I may make a formal complaint about your firm's handling of this case.

Otherwise, per my previous email, please assign one of my phones to my existing claim number, and give me a new claim number for the other phone.

I look forward to your prompt attention to this matter. Thank you.

On Tue, Sep 17, 2019 at 7:18 AM #NA KCC LOUM Nexus 6P Settlement <info@nexus6psettlement.com>
wrote:

Hello,


Thanks for your inquiry. Did you originally  file a claim for two phones or one? A claim should have been filed for each
phone.  Documentation submitted will apply towards the phone(s) you filed a claim on. Please keep in mind claims are
currently being reviewed. If additional information is needed on the claim(s) you filed we will contact you.




Regards,


Chartrice Withers

Claims Administrator

Nexus 6P Products Liability Litigation

Nexus6psettlement.comhttp://nexus6psettlement.com

1-855-336-4167






From: Russell Jones [mailto:jones.russell.a@gmail.com]
Sent: Friday, September 13, 2019 3:46 PM
To: #NA KCC LOUM Nexus 6P Settlement
Subject: Re: Video evidence of battery drain or bootloop issue


You have all the documentation for both phones. Please tell me which phone this claim number is for and give
me a claim number for the other phone. Thank you.

2

Russell

206-376-1870


On Fri, Sep 13, 2019, 12:18 PM #NA KCC LOUM Nexus 6P Settlement <info@nexus6psettlement.com> wrote:

Hello,
Thank you for your inquiry. For clarification, a claim should be submitted for each phone.


Best Regards,
Ethan
Claims Administrator
Nexus 6P Products Liability Litigation
nexus6psettlement.com
1-855-336-4167
_____
From: Russell Jones [jones.russell.a@gmail.com]
Sent: Tuesday, September 3, 2019 1:22 PM
To: #NA KCC LOUM Nexus 6P Settlement
Subject: Re: Video evidence of battery drain or bootloop issue

Please note that I have two (2) nexus 6p's in my claim.
Your Claim ID: NXB-40079937-5
From within the website, I attached numerous documents for both.
I have also just sent you a video for each phone which shows that one has the boot loop issue and the other has a useless battery.
Thank you,
Russell Jones
206-376-1870

On Tue, Aug 27, 2019 at 7:35 AM #NA KCC LOUM Nexus 6P Settlement <info@nexus6psettlement.com<mailto:info@nexus6psettlement.com>> wrote:
Hello,

Due to security risks, we cannot accept documentation in the form of a web-link. Please send your documentation in the form of an attachment.

Best Regards,

Chartrice
Claims Administrator
Nexus 6P Products Liability Litigation
nexus6psettlement.com<http://nexus6psettlement.com>
1-855-336-4167


From: Russell Jones [mailto:jones.russell.a@gmail.com<mailto:jones.russell.a@gmail.com>]

3

Sent: Thursday, June 27, 2019 2:36 PM
To: #NA KCC LOUM Nexus 6P Settlement
Subject: Re: Video evidence of battery drain or bootloop issue

How would you like me to email a video?

On Thu, Jun 27, 2019 at 11:06 AM #NA KCC LOUM Nexus 6P Settlement
<info@nexus6psettlement.com<mailto:info@nexus6psettlement.com>> wrote:
Hello,

You may email us your documentation, but please also provided full name, address, and claim ID associated
with your claim.

Best Regards,

Claims Administrator
Nexus 6P Products Liability Litigation
nexus6psettlement.com<http://nexus6psettlement.com>
1-855-336-4167


From: Russell Jones [mailto:jones.russell.a@gmail.com<mailto:jones.russell.a@gmail.com>]
Sent: Saturday, June 08, 2019 12:40 PM
To: #NA KCC LOUM Nexus 6P Settlement
Subject: Video evidence of battery drain or bootloop issue

There should be a way to submit video evidence of the battery drain and bootloop issues. How can I do this?

*****************************************************************************
Please visit the following website to read the KCC legal notice:
http://www.kccllc.com/Email-Disclaimer/
*****************************************************************************