# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | Case No. 17-cv-02185-BLF<br><br>**ORDER MOVING OCTOBER 10, 2019 HEARING FROM 1:30 P.M. TO 2:00 P.M.** |

A motion hearing is set for October 10, 2019 at 1:30 P.M. The Court hereby moves this hearing to **October 10, 2019 at 2:00 P.M.**

**IT IS SO ORDERED.**

Dated: October 1, 2019

_____
BETH LABSON FREEMAN
United States District Judge