# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re NEXUS 6P PRODUCTS LIABILITY LITIGATION | Case No. 17-cv-02185-BLF<br><br>**ORDER REQUESTING PLAINTIFFS TO FILE PROPOSED JUDGMENT** |

The Court has issued an Order GRANTING (1) Plaintiffs' Motion for Final Approval of Settlement, and (2) Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards. *See* ECF 225. The Court now requests that Plaintiffs submit a Proposed Judgment consistent with the Court's Order approving class action settlement and awarding fees. The Proposed Judgment should also instruct the Clerk of the Court to enter judgment and to close the file.

Plaintiffs shall file the Proposed Judgment **on or before November 22, 2019**.

**IT IS SO ORDERED.**

Dated: November 13, 2019

_____
BETH LABSON FREEMAN
United States District Judge