EXHIBIT 1

*In re Nexus 6P Products Liability Litigation*
Requests for Exclusion

| **FirstName** | **LastName** |
|---|---|
| Carlton | Beard |
| Joshua | Bedick |
| Joseph | Cascio |
| Timothy | Dasher |
| Matthew | Drexinger |
| Lenard | Fudala |
| Alexander | Gergishanov |
| Matania | Goan |
| Matthew | Hoendorf |
| Kris | Jones |
| Marvin | Kalachman |
| Filipe | Kiss |
| Michael | Kwun |
| Jeffrey | Larson |
| Andrea | Marchuk |
| Melonie | May |
| George | Medina |
| John | Montoya |
| Erik | Newcomb |
| Erik | Olsen |
| Nandan | Prakash |
| Anatoly | Rabinovich |
| Bryant | Tate |
| Andrew | Todd |
| David | Tsai |
| Matthew | Wallace |
| Alex | Williams |
| Brandon | Willis |
| Pouria | Yazdi |
| Melodie | Young |
| Rachel | Zambroni |