Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Trevor T. Tan (State Bar No. 281045)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*ttan@girardsharp.com*

Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Zachary P. Beatty (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER**
 **& DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
*bfj@chimicles.com*
*awf@chimicles.com*
*zpb@chimicles.com*
*bmm@chimicles.com*

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION, | Case No.  5:17-cv-02185-BLF<br><br>**JOINT STATUS REPORT** |


Plaintiffs Edward Beheler, Brian Christensen, Yuriy Davydov, Alex Gorbatchev, Rebecca Harrison, Zachary Himes, Kenneth Johnston, Taylor Jones, Justin Leone, Jonathan Makcharoenwoodhi, Anthony Martorello, James Poore, Jr., and Paul Servodio (collectively, "Plaintiffs"), and Defendants Huawei Device USA, Inc. ("Huawei") and Google LLC ("Google") (collectively, "Defendants"), submit this Joint Status Report regarding the parties' ongoing work with the Settlement Administrator Kurtzman Carson Consultants LLC ("KCC") to promptly distribute Settlement Payments to Claimants in accordance with the Court's Final Order and Judgment ("Final Order and Judgment") (ECF No. 228) and the Settlement Agreement (Ex. A § 1.46, ECF No. 194-2).[1]

Pursuant to the Settlement Agreement at paragraph 1.14, the Distribution Date for Settlement Payments to be made to Claimants by KCC shall be no more than 30 days following the Effective Date, which is January 12, 2020. Due to the volume of claims submitted, and the documentation required to verify certain claim groups, the amount of time required to review and process claims was greater than anticipated. KCC has almost completed review and processing of claims. KCC requires additional time to accurately process claims, including allowing class members who are eligible to participate to cure any deficiencies. Accordingly, the parties have agreed to extend the deadline to finalize this phase of the claims procedure.

Attached hereto as Exhibit A is the Third Amendment to the Settlement Agreement, executed by the parties, which extends the time for KCC to make final distributions to Claimants by 40 days. The parties will continue to complete the claims administration process in accordance with the Settlement Agreement and the Court's final approval order.

Dated: January 14, 2020                           Respectfully submitted,

                                                  By:    /s/ Adam E. Polk
                                                         Daniel C. Girard (State Bar No. 114826)
                                                         Jordan Elias (State Bar No. 228731)
                                                         Adam E. Polk (State Bar No. 273000)
                                                         Trevor T. Tan (State Bar No. 281045
                                                         **GIRARD SHARP LLP**

---

[1] The capitalized terms have the meaning ascribed to them in the Settlement Agreement.

|   |   |
|---|---|
| 1 | 601 California Street, Suite 1400 |
| 2 | San Francisco, California 94108 |
|   | Tel: (415) 981-4800 |
| 3 | dgirard@girardsharp.com |
|   | jelias@girardsharp.com |
| 4 | apolk@girardsharp.com |
| 5 | sgrille@girardsharp.com |

Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Zachary P. Beatty (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500
bfj@chimicles.com
awf@chimicles.com
zpb@chimicles.com
bmm@chimicles.com

*Attorneys for Plaintiffs*

### **ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures I, Adam E. Polk, attest that concurrence in the filing of this document has been obtained.

Dated: January 14, 2020      /s/ *Adam E. Polk*
                             Adam E. Polk

**CERTIFICATE OF SERVICE**

I, Adam E. Polk, hereby certify that on January 14, 2020 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Adam E. Polk
　　　　　　　　　　　　　　　　　　　　　　　　Adam E. Polk