**THIRD AMENDMENT TO CLASS ACTION SETTLEMENT AGREEMENT**
*In re Nexus 6P Products Liability Litigation*
**United States District Court**
**Northern District of California**
**Case No. 5:17-cv-02185-BLF**

This Third Amendment to Class Action Settlement Agreement, made effective as of January 13, 2020 ("Third Amendment"), is entered into by and between the Parties.[1]

## BACKGROUND

A.  The Parties entered into the Class Action Settlement Agreement on April 10, 2019.

B.  The Parties amended the Class Action Settlement Agreement by amendment on June 21, 2019, and September 16, 2019.

C.  The Parties desire to further amend the Class Action Settlement Agreement as set forth in this Third Amendment.

## AGREEMENT

1.  **Amendment to Section 1.14**: The contents of Section 1.14 of the Class Action Settlement Agreement are deleted and replaced with the following:

    > 1.14 "Distribution Date" means the date that Settlement Payments are distributed to Claimants. The Distribution Date shall be no more than 70 days following the Effective Date.

* * * * *

Remainder of page intentionally left blank. Signature page to follow.

---

[1] Capitalized terms have the meanings ascribed to them in the Class Action Settlement Agreement, dated April 10, 2019.

## SIGNATORIES

IN WITNESS WHEREOF, each of the Parties hereto has reviewed and approved this Third Amendment and has caused this Third Amendment to be executed on its behalf by its duly authorized counsel of record or representative.

Plaintiffs Edward Beheler, Brian Christensen, Yuriy Davydov, Alex Gorbatchev, Rebecca Harrison, Zachary Himes, Kenneth Johnston, Taylor Jones, Justin Leone, Jonathan Makcharoenwoodhi, Anthony Martorello, James Poore, Jr., and Paul Servodio

Agreed to: _____

Date: January 13, 2020
GIRARD SHARP LLP
By: Daniel C. Girard

Agreed to: _____

Date: January 13, 2020
CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP
By: Benjamin F. Johns

*Attorneys for Plaintiffs and the Settlement Class*

Defendant Google LLC

Agreed to: _____

Date: 1/13/2020
DURIE TANGRI LLP
By: Ragesh K. Tangri

*Attorneys for Defendant Google LLC, as authorized and on behalf of Defendant Google LLC*

Defendant Huawei Device USA, Inc.

Agreed to: _____

Date: 1/13/2020
COVINGTON & BURLING LLP
By: Simon J. Frankel

*Attorneys for Defendant Huawei Device USA, Inc., as authorized and on behalf of Defendant Huawei Device USA, Inc.*