Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Trevor T. Tan (State Bar No. 281045)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*ttan@girardsharp.com*

Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Zachary P. Beatty (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
*bfj@chimicles.com*
*awf@chimicles.com*
*zpb@chimicles.com*
*bmm@chimicles.com*

*Attorneys for the Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION, | Case No. 5:17-cv-02185-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISTRIBUTION OF SETTLEMENT FUND AND PAYMENT OF ADMINISTRATION EXPENSES** |

# STIPULATION

Pursuant to Local Rule 7-12, and at the direction of the Court during the October 10, 2019 hearing on Plaintiffs' motion for final approval, Plaintiffs Jonathan Makcharoenwoodhi, Alex Gorbatchev, Brian Christensen, Anthony Martorello, Edward Beheler, Yuriy Davydov, Rebecca Harrison, Zachary Himes, Taylor Jones, Paul Servodio, Justin Leone, James Poore, Jr., and Kenneth Johnston ("Plaintiffs"), on behalf of themselves and the Settlement Class, and Defendants Google LLC ("Google") and Huawei Device USA, Inc. ("Huawei" and collectively with Google "Defendants") respectfully submit this stipulation and proposed order:

WHEREAS, on November 12, 2019, the Court entered an Order granting final approval of the settlement, including approval of the Settlement Administrator's costs in an amount not to exceed $250,000 ("Order Granting Final Approval") (ECF No. 225);

WHEREAS, the Court entered final judgment ("Judgment") (ECF No. 228) on November 18, 2019;

WHEREAS, the Settlement Administrator, Kurtzman Carson Consultants ("KCC"), has completed its claims review process and has determined the amounts payable to Settlement Class Members under the Plan of Allocation as reflected in the Declaration of Andrew Perry on Behalf of Settlement Administrator Regarding Distribution of Settlement Fund and Payment of Administration Expenses ("Perry Decl."), attached hereto as **Exhibit A**;

WHEREAS, the Perry Decl. also details KCC's expenses related to its notice and settlement administration services, which is projected to be between $245,000 - $267,000; however, KCC has agreed to discount the invoice to $250,000 (*see* **Exhibit A**);

NOW, THEREFORE, subject to approval of the Court, the parties hereby stipulate and agree to, and respectfully request that the Court enter an Order authorizing distribution of the settlement payments and compensation to KCC for its claim administration services.

Dated: February 7, 2020          Respectfully submitted,

By:     */s/ Adam E. Polk*
        Daniel C. Girard (State Bar No. 114826)
        Jordan Elias (State Bar No. 228731)

Adam E. Polk (State Bar No. 273000)
Trevor T. Tan (State Bar No. 281045
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*sgrille@girardsharp.com*

Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Zachary P. Beatty (*pro hac vice*)
Beena M. McDonald(*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500
*bfj@chimicles.com*
*awf@chimicles.com*
*zpb@chimicles.com*
*bmm@chimicles.com*

*Attorneys for Plaintiffs*

**COVINGTON & BURLING LLP**

By: /s/ *Lindsey Barnhart*
SIMON J. FRANKEL (SBN 171552)
Email: sfrankel@cov.com
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091

**COVINGTON & BURLING LLP**
LINDSEY BARNHART (SBN 294995)
Email: lbarnhart@cov.com
3000 El Camino Real
5 Palo Alto Square, Suite 1000
Palo Alto, CA 94306
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

STIPULATION AND [PROPOSED] ORDER REGARDING DISTRIBUTION OF SETTLEMENT FUND AND PAYMENT OF ADMINISTRATION EXPENSES
Case No. 5:17-cv-02185-BLF

*Attorneys for Defendant*
HUAWEI DEVICE USA, INC.

**DURIE TANGRI LLP**

By: /s/ *Catherine Y. Kim*
Ragesh K. Tangri (SBN 159477)
rtangri@durietangri.com
Eugene Novikov (SBN 257849)
enovikov@durietangri.com
Catherine Y. Kim (SBN 308442)
ckim@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111

*Attorneys for Defendant*
GOOGLE LLC

## ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures I, Adam E. Polk, attest that concurrence in the filing of this document has been obtained.

Dated: February 7, 2020

/s/ *Adam E. Polk*
Adam E. Polk

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, the Court hereby approves the proposed final distribution of Settlement payments to Claimants, and further approves the payment of the Settlement Administrator's expenses in the amount of $250,000.

IT IS SO ORDERED.

Dated: _____

_____
**THE HONORABLE BETH LABSON FREEMAN**
**UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF SERVICE**

I, Adam E. Polk, hereby certify that on February 7, 2020 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                                */s/ Adam E. Polk*
                                                Adam E. Polk

EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | Case No. 5:17-cv-02185-BLF<br><br>**DECLARATION OF ANDREW PERRY ON BEHALF OF SETTLEMENT ADMINISTRATOR REGARDING DISTRIBUTION OF SETTLEMENT FUND AND PAYMENT OF ADMNISTRATION EXPENSES** |

I, Andrew Perry, declare:

1. I am employed as a senior project manager by Kurtzman Carson Consultants ("KCC"), a nationally-recognized notice and claims administration firm located at 462 South 4th Street, Louisville, KY 40202. KCC was retained as the Settlement Administrator in this case, and as the senior project manager, I oversee all aspects of the administrative services provided. I submit this declaration regarding the notice and administration services provided in *In re Nexus 6P Products Liability Litigation*. I have personal knowledge of the content herein, and if called as a witness, could competently testify thereto.

2. KCC has reviewed and processed all claims to determine their validity, including cross-referencing each against information provided by Google and Assurant. KCC provided Class Counsel and Defendants' Counsel with its determination of groupings for valid claims, and sent notices to class members who were eligible to participate to cure deficiencies.

3. As a result of the above claims review process, and in accordance with the Settlement Agreement's Plan of Allocation, KCC has calculated payments to Claimants as reflected in the Proposed Distribution of Claimant Payments chart attached hereto as **Exhibit 1.** These payments are anticipated to fully exhaust the Settlement Fund.[1]

4. KCC intends to complete final distributions to Claimants no later than February 21, 2020.

---

[1] An amount of $15,000 is shown as being withheld in order to reserve these funds for any curable claims before the date for final distribution.

2

5.    KCC's costs related to notice and settlement administration are detailed in its invoice to Class Counsel, attached hereto as **Exhibit 2**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this February 7th, 2019, at Louisville, Kentucky.

_____
Andrew Perry

# EXHIBIT 1

**Proposed Distribution of Claimant Payments**
*In re Nexus 6P Product Litigation, No. 5:17-cv-02185-BLF*

| | |
|---|---|
| Settlement Fund | $ 9,750,000.00 |
| Attorney Fees | $ 2,925,000.00 |
| Attorney Costs | $ 152,023.14 |
| Service Award | $ 39,000.00 |
| KCC | $ 250,000.00 |
| Reserve | $ 15,000.00 |
| Remaining | $ 6,368,976.86 |

| | |
|---|---|
| Total Claims | 92,450 |
| Late | 14 |
| Duplicate | 1 |
| Rescind | 22 |
| Opt Out | 5 |
| Denied | 9,070 |
| Final Distribution | 83,338 |

| Group Type | Claim Count | Minimum Payment Amount (Avg) | Assurant Deductible Payments (Total) | Maximum Pro-rata Payment per Claimant | Actual Pro-rata Payment per claimant (Avg)[1] | Actual Payment per claimant, exclusive of Assurant deductible | Total |
|---|---|---|---|---|---|---|---|
| Valid Option (1A) | 11406 | $ 5.00 | $ - | $ 5.00 | $ 0.83 | $ 5.83 | $ 66,477.62 |
| Valid Option (1B) | 14138 | $ 10.00 | $ 18,704.07 | $ 35.00 | $ 5.80 | $ 15.80 | $ 242,057.86 |
| Valid Option (1C) | 41021 | $ 20.00 | $ 22,107.89 | $ 55.00 | $ 9.11 | $ 29.11 | $ 1,216,283.66 |
| Valid Option (2A) | 5861 | $ 150.00 | $ 17,006.31 | | $ - | $ 150.00 | $ 896,156.31 |
| Valid Option (2B) | 6017 | $ 325.00 | $ 11,087.92 | | $ - | $ 325.00 | $ 1,966,612.92 |
| Valid Option 3 | 4895 | $ 400.00 | $ 23,388.49 | | $ - | $ 400.00 | $ 1,981,388.49 |
| **Total** | **83,338** | **$ 5,811,505.00** | **$ 92,294.68** | **$ 2,808,015.00** | **$ 465,177.18** | | **$ 6,368,976.86** |

Funds Remaining:
for potential final
late payments     $ 15,000.00

# EXHIBIT 2



Kurtzman Carson Consultants
P.O. Box 6191
Novato, CA 94948-6191
www.kccllc.com

## Estimated Costs at Completion

February 4, 2020

Re: In re Nexus 6P Products Liability Litigation Settlement

|  | Job Code: | NXB |  |
|---|---|---|---|
| **Notice Procedures** |  | $ | 42,417.89 |
| Includes both email and postal notifications, returned mail processing, address searches and remails |  |  |  |
| **Postage** |  | $ | 33,168.05 |
| Includes postage on initial notification and remails as well as estimated check postage |  |  |  |
| **Website and Telephone Fees** |  | $ | 15,683.67 |
| Development, system setup costs and monthly hosting fees for Website and IVR Phone Line, includes monthly telephone usage charges |  |  |  |
| **Claims Administration** |  | $ | 77,736.70 |
| Intake, Open, Image and data enter claims, includes staff hours spent validating claims. |  |  |  |
| **Distribution Services** |  | $ | 48,524.99 |
| Funds management, tax reporting, distribution calculation and prep, check issuance and distribution follow-up |  |  |  |
| **Case Management and Reporting** |  | $ | 25,267.00 |
| General case management, client communications, weekly reporting and declaration of notice procedures |  |  |  |
|  | Subtotal | $ | 242,798.30 |
|  | Tax | $ | 2,728.62 |
|  |  | $ | 245,526.92 |
|  | Low | $ | 245,526.92 |
|  | High | $ | 267,026.91 |
|  | **Administration CAP** | **$** | **250,000.00** |