Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Trevor T. Tan (State Bar No. 281045)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*ttan@girardsharp.com*

Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Zachary P. Beatty (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
*bfj@chimicles.com*
*awf@chimicles.com*
*zpb@chimicles.com*
*bmm@chimicles.com*

*Attorneys for the Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION, | Case No. 5:17-cv-02185-BLF<br><br>**POST-DISTRIBUTION ACCOUNTING**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 3, 5th Floor<br>Judge: Hon. Beth Labson Freeman |

Pursuant to the Court's November 12, 2019 Order Granting Final Approval and Fee Motions ("Approval Order") (ECF No. 225), the February 10, 2020 Order approving the parties' stipulation for distribution of the settlement fund (ECF No. 232), and in accordance with the Northern District of California's Procedural Guidance for Class Action Settlements, Plaintiffs submit this status update and preliminary post-distribution accounting.

**Status of Distribution**

The Court granted final approval of this settlement on November 12, 2019 (ECF No. 225) and, thereafter, entered a Final Order and Judgment on November 18 (ECF No. 228).  On February 10, 2020, the Court further approved the parties' stipulation for proposed final distribution of payments to settlement class members (ECF No. 232).  Under the terms of the Settlement Agreement ("Settlement Agreement") (ECF No. 194-2), the Effective Date of the settlement was December 13, 2019.  The first distribution of payments to class members began on February 21, 2020.  The Claims Administrator, KCC, distributed payment to 83,338 class members on February 21.  Declaration of Andrew Perry ("Perry Decl", attached Exhibit A), ¶ 11.  These valid claims were approved as sufficient and without requiring any additional follow-up with the claimants.  *Id.* ¶ 12.  The total amount of these (electronic and check) payments was $6,368,712.93.  *Id.* ¶ 11.  In addition, 9,377 class members submitted deficient claims, without sufficient supporting documentation.  *Id.* ¶ 12.  In accordance with the terms of the Settlement Agreement, KCC sent deficiency notices to these class members and provided them an opportunity to cure.  *Id.*  The deadline to cure deficiencies was February 3, 2020.  *Id.*  After receiving sufficient cure of 16 claims, and after receiving and processing 52 valid late claims, KCC anticipates making a second distribution of (check) payments to these class members on March 20, 2020.  *Id.* ¶ 11.

KCC will distribute any residual funds (*i.e.*, funds remaining after initial distributions and together with any failed electronic payments and checks not cashed within 90 days) in accordance with the Settlement Agreement and, if needed, after discussion with the parties.  *Id.* ¶ 15.

**Accounting Per the Procedural Guidelines**

The following chart summarizes the distribution of settlement funds to date and other accounting information pursuant to the provisions for post-distribution accounting in the Northern District's Procedural Guidance for Class Action Settlements.

| | | |
|---|---:|---:|
| Total Settlement Fund | $9,750,000 | |
| Total Estimated Number of Class Members | 500,000 | |
| Total Class Members to Whom Notice was Sent and Not Returned as Undeliverable | 383,808 | |
| Method(s) of Notice Sent | Email and Mail | |
| Claim Forms Submitted | 92,474 | 18.49% |
| Opt Outs | 31 | 0.01% |
| Objections | 0 | 0% |
| Approved Claims | 83,338 | 16.67% |
| Recovery per Claimant | | |
| Average | $76.53 | |
| Median | $29.11 | |
| Amounts Paid to Class Members | | |
| Largest Amount | $581.14 | |
| Smallest Amount | $5.82 | |
| Method(s) of Payments | Check, PayPal, Zelle, ACH | |
| Payments Not Cashed | 18,110 | $1,196,458.83 |
| Attorneys' Fees & Costs | $2,925,000 | 30% |
| Attorneys' Fees Multiplier | 0.76 | |
| Attorneys' Costs | $152,023.13 | 1.56% |
| Incentive Award (13 class reps) | $39,000 | |
| Administration Fees | $250,000 | |
| Amounts Distributed to Each Cy Pres Recipient | None at this time | |

Dated: March 13, 2020

Respectfully submitted,

By:     */s/ Benjamin F. Johns*
Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Zachary P. Beatty (*pro hac vice*)
Beena M. McDonald(*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500
bfj@chimicles.com

*awf@chimicles.com*
*zpb@chimicles.com*
*bmm@chimicles.com*

Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Trevor T. Tan (State Bar No. 281045
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*sgrille@girardsharp.com*

*Class Counsel*

**CERTIFICATE OF SERVICE**

I, Benjamin F. Johns, hereby certify that on March 13, 2020 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                        */s/ Benjamin F. Johns*
                                        Benjamin F. Johns