# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | Case No. 5:17-cv-02185-BLF<br><br>**SUPPLEMENTAL DECLARATION OF ANDREW PERRY ON BEHALF OF SETTLEMENT ADMINISTRATOR REGARDING POST-DISTRIBUTION ACCOUNTING** |

I, Andrew Perry, declare:

1. I am employed as a senior project manager by Kurtzman Carson Consultants ("KCC"), a nationally-recognized notice and claims administration firm located at 462 South 4th Street, Louisville, KY 40202. KCC was retained as the Settlement Administrator in this case, and as the senior project manager, I oversee all aspects of the administrative services provided. I submit this declaration regarding the notice and administration services provided in *In re Nexus 6P Products Liability Litigation*. I have personal knowledge of the content herein, and if called as a witness, could competently testify thereto.

2. This declaration supplements my previous declaration regarding distribution of the settlement fund (ECF No. 231, Ex. A) for the purpose of post-distribution accounting to the Court and the parties.

3. The total estimated number of Settlement Class Members[1] ("Class Members") is 500,000.

4. KCC successfully sent Direct Email Notice and mailed Postcard Notice to 326,334 Class Members.

5. Nonparty Amazon confirmed to KCC that it directly and successfully sent Email Notice to 57,474 Class Members.

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Settlement Agreement dated 4/10/2019 (ECF No. 194-2) and/or the Preliminary Approval Order (ECF No. 204).

6. The deadline to submit a request for exclusion ("opt-out") was September 3, 2019. KCC received 31 timely opt-outs. Approximately 0.01% of the class submitted a request to opt-out.

7. The deadline to submit an objection to the settlement was September 3, 2019. KCC has received 0 objections.

8. The deadline to submit a Claim was October 7. KCC has received 92,439 timely Claims and 35 late Claims. Approximately 18.49% of the class submitted a Claim.

9. Of the 92,439 timely Claims received, 9,377 Claims were deficient. KCC sent deficiency letters to these claimants. The deadline to respond to deficiency letters was February 3, 2020. Of the 9,377 deficient claims, 304 claims were timely cured.

10. Defendants made payments in the total amount of $9,750,000 to the Qualified Settlement Fund ("QSF")

11. Pursuant to the Court's Order, KCC issued the following payments from the QSF: (a) $2,925,000 representing Class Counsels' fees and $152,023.13 representing Class Counsels' costs; (b) $39,000.00 representing the incentive awards; (c) a first distribution of class member settlement payments to 83,338 class members totaling $6,368,712.93[2]; and (d) $250,000 to KCC for its administration costs. KCC anticipates making a second distribution of class member settlement payments to 67 class members totaling $13,924.44,

12. The claims that were part of the first distribution had no deficiencies and were approved without requiring any additional follow-up with the claimants. The second distribution of settlement payments was made after providing notice to 9,377 claimants of deficient proof of claims, with a February 3, 2020 deadline to cure and, thereafter, receiving late cure responses from 16 of these claimants, as well as after receiving and processing 52 valid late claims.

13. The average recovery per claimant in this case is approximately $76.53 and the median recovery per claimant is $29.11.

---

[2] Of these, 925 claims were submitted with incomplete or invalid payment information. KCC will make settlements payments as soon as updated information is received.

14. As of the date of this declaration, 62,780 class members have cashed their payments totaling $5,120,964.72, and 18,110 class members have not yet cashed their payments totaling $1,196,458.83. Class members have 90 days from its date to cash payment checks.

15. KCC will distribute any residual funds (*i.e.*, funds remaining after initial distribution(s) and together with any failed electronic payments and checks not cashed within 90 days) in accordance with the Settlement Agreement and, if needed, after discussion with the parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this March 13, 2020, at Louisville, Kentucky.

                                                      Andrew Perry