Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Trevor T. Tan (State Bar No. 281045)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*ttan@girardsharp.com*

Benjamin F. Johns (*pro hac vice*)
Zachary P. Beatty (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
*bfj@chimicles.com*
*zpb@chimicles.com*
*bmm@chimicles.com*

*Class Counsel*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION, | Case No. 5:17-cv-02185-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISTRIBUTION OF RESIDUAL SETTLEMENT FUND AND PAYMENT OF ADDITIONAL ADMINISTRATION EXPENSES** |

Pursuant to Local Rule 7-12 and the Parties' Settlement Agreement (ECF 194-2),[1] Plaintiffs, on behalf of themselves and the Settlement Class, and Defendants Google LLC and Huawei Device USA, Inc. ("Defendants") submit this stipulation and proposed order for Distribution of Residual Settlement Fund and Payment of Additional Administration Expenses.

WHEREAS, on November 12, 2019, the Court entered an Order granting final approval of the Settlement (ECF 225);

WHEREAS, on February 10, 2020, the Court entered the parties' Stipulation providing for payments to the Settlement Class and to the Settlement Administrator ("First Distribution") (ECF 232);

WHEREAS, the Settlement Administrator began distributing payments to Settlement Class Members on February 21, 2020;

WHEREAS, on March 13, 2020, Plaintiffs filed a status update and initial post-distribution accounting (ECF 233);

WHEREAS, as attested in the Declaration of Andrew Perry of Kurtzman Carson Consultants submitted herewith ("Perry Decl."), the Settlement Administrator has determined that approximately $539,477 remains in the Settlement Fund ("Residual Funds");

WHEREAS, pursuant to Section 2.10.1 of the Settlement Agreement and Section III.C.3 of its incorporated Plan of Allocation, the Settlement Administrator has calculated estimated payments of the Residual Funds to Settlement Class Members, *see* Perry Decl., ¶ 7 & Ex.A;

WHEREAS, the Perry Declaration details additional expenses of $122,425.91 incurred by the Settlement Administrator related to its First Distribution services for claim review, processing, cure, and administration, as well as for the anticipated distribution of the Residual Funds, *see* Perry Decl., Ex. B;

WHEREAS, after payment to the Settlement Administrator for those services, approximately $417,000 will remain to be distributed to the Settlement Class as provided under the Settlement;

---

[1] All capitalized terms not otherwise defined herein have the meanings ascribed to them in the Settlement Agreement or the Court's Preliminary Approval Order (ECF 204).

NOW THEREFORE, the Parties hereby stipulate and agree to, and respectfully request that the Court approve, the proposed distribution of Residual Funds pursuant to Section 2.10.1 of the Settlement Agreement and requested payment to the Settlement Administrator for its services.

Dated: February 17, 2021          Respectfully submitted,

By:     */s/ Adam E. Polk*
Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Trevor T. Tan (State Bar No. 281045
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*sgrille@girardsharp.com*

Benjamin F. Johns (*pro hac vice*)
Zachary P. Beatty (*pro hac vice*)
Beena M. McDonald(*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER &**
   **DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500
*bfj@chimicles.com*
*zpb@chimicles.com*
*bmm@chimicles.com*

*Class Counsel*

**COVINGTON & BURLING LLP**

By: */s/ Simon J. Frankel*
SIMON J. FRANKEL (SBN 171552)
*sfrankel@cov.com*
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091

**COVINGTON & BURLING LLP**
LINDSEY BARNHART (SBN 294995)
Email: *lbarnhart@cov.com*
3000 El Camino Real
5 Palo Alto Square, Suite 1000
Palo Alto, CA  94306
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

*Attorneys for Defendant*
HUAWEI DEVICE USA, INC.

**DURIE TANGRI LLP**

By: /s/ *Eugene Novikov*
Ragesh K. Tangri (SBN 159477)
*rtangri@durietangri.com*
Eugene Novikov (SBN 257849)
*enovikov@durietangri.com*
Catherine Y. Kim (SBN 308442)
*ckim@durietangri.com*
217 Leidesdorff Street
San Francisco, CA 94111

*Attorneys for Defendant*
GOOGLE LLC

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, the Court hereby approves (1) distribution of the Residual Funds to Settlement Class Members as outlined in the Declaration of Andrew Perry, and (2) payment of the Settlement Administrator's additional expenses in the amount of $122,425.91.

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from all signatories.

Dated: February 17, 2021
/s/ *Adam E. Polk*
Adam E. Polk

**CERTIFICATE OF SERVICE**

I, Adam E. Polk, hereby certify that on February 17, 2021 the foregoing document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                                */s/ Adam E. Polk*
                                                Adam E. Polk