UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | Case No. 5:17-cv-02185-BLF<br><br>**DECLARATION OF ANDREW PERRY ON BEHALF OF SETTLEMENT ADMINISTRATOR REGARDING DISTRIBUTION OF RESIDUAL FUNDS UNDER THE SETTLEMENT AGREEMENT AND ADDITIONAL PAYMENT OF ADMNISTRATION EXPENSES** |

I, Andrew Perry, declare:

1. I am a senior project manager at Kurtzman Carson Consultants ("KCC"), a nationally-recognized notice and claims administration firm located at 462 South 4th Street, Louisville, KY 40202. KCC was retained as the Settlement Administrator in this case, and as the senior project manager, I oversee all aspects of the administrative services provided. I submit this declaration regarding the notice and administration services provided in *In re Nexus 6P Products Liability Litigation*. I have personal knowledge of the content herein, and if called as a witness, could competently testify thereto.

2. This declaration supplements my previous declarations regarding distribution of the Settlement Fund (ECF 231, Ex. A) and the initial post-distribution accounting (ECF 233, Ex. A).

3. KCC has completed a review of all settlement payments to claimants made pursuant to the Court's Order of February 10, 2020 ("First Distribution") (ECF 232), including payment of cured and valid late claims, and reimbursement to claimants of their insurance deductible payments pursuant to the Plan of Allocation incorporated into the Settlement Agreement. *See* ECF 194-2 at pp. 52 of 52, Plan of Allocation § III.C.2.

4. Approximately $539,477.70 remains in the Settlement Fund ("Residual Funds"). This amount is inclusive of: 8,985 uncashed checks (value $440,664.48), all of which are stale and for which payment has been stopped effective November 20, 2020; 1,357 failed/returned electronic payments (value $33,220.10); and 533 held payments (value $52,769.84) for which

claimants never provided updated payment information. After excluding $122,425.91 in costs for administering the residual distribution (see ¶ 9 below), $417,051.16 remains to be distributed to the Settlement Class.

5. The Settlement Agreement prescribes the next step: The residual amount is to be distributed *pro rata* to claimants who did not submit documentation (Groups 1A, 1B, and 1C), up to the respective compensation caps for each group. *See* ECF 194-2 at pp. 50 & 52 of 52, Plan of Allocation § III.B.1 (setting forth caps for claimant Groups 1A, 1B, and 1C); § III.C.3 (requiring residual distributions to those claimant groups, up to those caps). The payment caps for Groups 1A, 1B, and 1C have not been (and will not be) reached: Group 1A members have received an average *pro rata* payment of $0.83 (less than the $10 cap); Group 1B members have received an average *pro rata* payment of $5.80 (less than the $45 cap); and Group 1C members have received an average *pro rata* payment of $9.11 (less than the $75 cap).

6. While requiring these "top off" payments to these claimants, the Settlement also prohibits residual payments by physical check of less than $2. *See* ECF 194-2 at p. 21 of 52, Settlement Agreement § 2.10.1.

7. KCC has calculated the estimated distribution of the Residual Funds to Settlement Class Members required by the Settlement Agreement, as reflected in the chart attached as **Exhibit A.** KCC has determined that payments from the Residual Funds are to be made as follows:

   a. Group 1A claimants will not receive a second payment, as it would be less than $2;

   b. Each Group 1B claimant will receive approximately $6.12; and

   c. Each Group 1C claimant will receive approximately $9.62.

8. KCC will complete the distribution of Residual Funds to Settlement Class Members within 21 days after the Court enters such an order.

9. The plan of distribution set forth in Exhibit A also includes costs for administering this residual distribution. KCC accounted for its administrative costs for its work to date on this matter in a detailed invoice already provided to Class Counsel and attached hereto

as **Exhibit B**. The total additional amount requested by KCC for that work and its continuing services is $122,425.91.

10. The payments described above are expected to exhaust the Settlement Fund.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed February 17th, 2021, at Louisville, Kentucky.

_____
Andrew Perry