# EXHIBIT A

## Proposed Residual Distribution of Class Member Payments
*In re Nexus 6P Product Litigation*, No. 5:17-cv-02185-BLF

| | |
|---|---|
| Settlement Fund | $ 9,750,000.00 |
| Attorney Fees | $ 2,925,000.00 |
| Attorney Costs | $ 152,023.14 |
| Service Award | $ 39,000.00 |
| KCC | $ 250,000.00 |
| Initial Distribution payments that are Cashed or have been Reissued | $ 5,844,499.79 |
| Initial Amount Available for 2nd Distrib | $ 539,477.07 |
| Additional KCC costs | $ 122,425.91 |
| **Total Available for 2nd Distrib** | **$ 417,051.16** |

| Group Type | Claim Count | Last Payment Amount | Pro-rata Payment per Claimant | Actual Pro-rata Pyament per claimant (Avg)[1] | Total |
|---|---|---|---|---|---|
| Valid Option (1B) Cashed | 12693 | $ 15.79 | $ 29.21 | $ 6.12 | $ 77,731.10 |
| Valid Option (1C) Cashed | 33783 | $ 29.11 | $ 45.89 | $ 9.62 | $ 325,023.85 |
| Late Claims | 29 | $ - | N/A | $ 137.80 | $ 3,996.21 |
| Late responses | 33 | $ - | N/A | $ 312.12 | $ 10,300.00 |
| **Total** | **46,538** | | **$ 1,921,064.40** | | **$ 417,051.16** |

[1] Notes re Pro-rata calculation
(29.11/2,186,120.00)*417,051.16
(45.89/2,186,120.00)*417,051.16
**Late are based off claim type**