# EXHIBIT B

In re Nexus 6P Products Liability Litigation
KCC Additional Costs

| Item | Unit Rate | Status 1 Previously Invoiced Units | Cost | Status 2 Current overage Units | Cost | Total Units | Total Amount |
|---|---|---|---|---|---|---|---|
| Notice (Postcard Summary notice) | $0.08 | 34,870.00 | $ 2,754.73 | 0.00 | $ - | 34,870.00 | $ 2,754.73 |
| CAFA | $1,500.00 | 1.00 | $ 1,500.00 | 0.00 | $ - | 1.00 | $ 1,500.00 |
| NCOA | $250.00 | 1.00 | $ 250.00 | 0.00 | $ - | 1.00 | $ 250.00 |
| NCOA Updates (distribution) | $0.00 | 0.00 | $ - | 0.00 | $ - | - | $ - |
| First Class Postage | $20,301.00 | | $ 42,235.79 | | $ 235.40 | - | $ 42,471.19 |
| Email Notice | $0.02 | 303,941.00 | $ 6,382.76 | 0.00 | $ - | 303,941.00 | $ 6,382.76 |
| Email Cleanse | $0.00 | 310,895.00 | $ 1,243.58 | 0.00 | $ - | 310,895.00 | $ 1,243.58 |
| Email Bouncebacks | $0.08 | 4,051.00 | $ 320.03 | 0.00 | $ - | 4,051.00 | $ 320.03 |
| Notice & Claim Form Requests | $1.50 | 3.00 | $ 4.50 | 0.00 | $ - | 3.00 | $ 4.50 |
| Data Entry - Remails | $0.50 | 0.00 | $ - | 0.00 | $ - | - | $ - |
| Remail - Initial | $0.80 | 0.00 | $ - | 0.00 | $ - | - | $ - |
| Address Search Standard | $0.75 | 3,176.00 | $ 2,382.00 | 0.00 | $ - | 3,176.00 | $ 2,382.00 |
| Found & Remailed | $0.85 | 346.00 | $ 294.10 | 0.00 | $ - | 346.00 | $ 294.10 |
| IVR Setup | $3,750.00 | | $ 3,770.83 | 0.00 | $ - | - | $ 3,770.83 |
| IVR Monthly Fees | $50.00 | 11.00 | $ 550.00 | 0.00 | $ - | 11.00 | $ 550.00 |
| IVR Line Charges | $0.18 | 3,274.10 | $ 589.34 | 4.00 | $ 0.72 | 3,278.10 | $ 590.06 |
| IVR Transcriptions | $0.60 | 54.00 | $ 32.40 | 4.00 | $ 2.40 | 58.00 | $ 34.80 |
| Telephone Support | $1.25 | 2,002.26 | $ 2,502.83 | 0.00 | $ - | 2,002.26 | $ 2,502.83 |
| Website Hosting | $50.00 | 11.00 | $ 550.00 | 4.00 | $ 200.00 | 15.00 | $ 750.00 |
| Website Registration | $175.00 | 1.00 | $ 175.00 | 0.00 | $ - | 1.00 | $ 175.00 |
| Claims Processing (Online) | $0.50 | 91,932.00 | $ 45,966.00 | 0.00 | $ - | 91,932.00 | $ 45,966.00 |
| Claims Processing (Mail- Open/enter/image) | $1.85 | 548.00 | $ 1,013.80 | 83.00 | $ 153.55 | 631.00 | $ 1,167.35 |
| Data entry and Claim Scoring Setup | $895.00 | 1.00 | $ 895.00 | 0.00 | $ - | 1.00 | $ 895.00 |
| Open/image/date enter forms (deficiencies) | $1.85 | 0.00 | $ - | 0.00 | $ - | - | $ - |
| Deficiency Mailings | $1.25 | 0.00 | $ - | 0.00 | $ - | - | $ - |
| Denied Claim mailings | $0.25 | 5.00 | $ 1.25 | 0.00 | $ - | 5.00 | $ 1.25 |
| Issue payments by PayPal | $0.35 | 26,177.00 | $ 9,161.95 | 0.00 | $ - | 26,177.00 | $ 9,161.95 |
| Issue Checks | $0.50 | 56,303.00 | $ 28,151.50 | 268.00 | $ 134.00 | 56,571.00 | $ 28,285.50 |
| Reissue Checks | $4.50 | 84.00 | $ 378.00 | 160.00 | $ 720.00 | 244.00 | $ 1,098.00 |
| Declaration | $5,000.00 | 1.00 | $ 5,000.00 | 0.00 | $ - | 1.00 | $ 5,000.00 |
| Income Tax Return | $1,000.00 | 1.00 | $ 1,000.00 | 1.00 | $ 1,000.00 | 2.00 | $ 2,000.00 |
| | | | $ 157,105.38 | | $ 2,446.07 | | $ 159,551.45 |
| **Hours** | **$100.00** | | | | | | |
| Data Development | 35 | 139.17 | $ 13,917.00 | 3.25 | $ 325.00 | 142.42 | $ 14,242.00 |
| Document Development | 10 | 55.25 | $ 5,525.00 | 0.00 | $ - | 55.25 | $ 5,525.00 |
| Print Production -Notice | 10 | 15.34 | $ 1,534.00 | 6.00 | $ 600.00 | 21.34 | $ 2,134.00 |
| Print Production - Call Center Notice requests | 4 | 0.00 | $ - | 0.00 | $ - | - | $ - |
| Call Center / IVR Development and Maintenance | 15 | 4.17 | $ 417.00 | 0.00 | $ - | 4.17 | $ 417.00 |
| Staff time downloading transcripts | 6 | 0.00 | $ - | 0.00 | $ - | - | $ - |
| Design and Set up dynamic website | 40 | 49.75 | $ 4,975.00 | 0.00 | $ - | 49.75 | $ 4,975.00 |
| Website maintenance | 5 | 0.00 | $ - | 0.00 | $ - | - | $ - |
| E-mail Campaign | 10 | 11.75 | $ 1,175.00 | 0.00 | $ - | 11.75 | $ 1,175.00 |
| Track and manage bouncebacks | 5 | 0.00 | $ - | 0.00 | $ - | - | $ - |
| Undeliverable Mail Processing (notice) | 10 | 3.09 | $ 309.00 | 0.00 | $ - | 3.09 | $ 309.00 |
| Undeliverable Mail Processing (checks) | 4 | 0.00 | $ - | 2.17 | $ 217.00 | 2.17 | $ 217.00 |
| QA | | 5.75 | $ 575.00 | 0.00 | $ - | 5.75 | $ 575.00 |
| Address Searches | 3 | 0.75 | $ 75.00 | 0.00 | $ - | 0.75 | $ 75.00 |
| Case Processing | | 6.74 | $ 674.00 | 20.85 | $ 2,085.00 | 27.59 | $ 2,759.00 |
| Claims Processing | 335 | 265.27 | $ 26,527.00 | 0.00 | $ - | 265.27 | $ 26,527.00 |
| Deficiency/Denial Campaign Outreach | | 4.50 | $ 450.00 | 0.00 | $ - | 4.50 | $ 450.00 |
| Deficiency Processing | 50 | 58.40 | $ 5,840.00 | 0.00 | $ - | 58.40 | $ 5,840.00 |
| Exclusion & Objection Processing | | 3.50 | $ 350.00 | 0.00 | $ - | 3.50 | $ 350.00 |
| Distribution Calculation / Management | 15 | 56.20 | $ 5,620.00 | 57.51 | $ 5,751.00 | 113.71 | $ 11,371.00 |
| Distribution and Reissues | 10 | 0.00 | $ - | 0.00 | $ - | - | $ - |
| Mail/Email Correspondence | | 73.55 | $ 7,355.00 | 174.00 | $ 17,400.00 | 247.55 | $ 24,755.00 |
| Status Reports | 10 | 23.75 | $ 2,375.00 | 0.00 | $ - | 23.75 | $ 2,375.00 |
| Reissue Processing | | 1.25 | $ 125.00 | 44.58 | $ 4,458.00 | 45.83 | $ 4,583.00 |
| Post Distribution reports | 15 | 4.00 | $ 400.00 | 0.00 | $ - | 4.00 | $ 400.00 |
| Funds Management and Accounting | 10 | 20.685 | $ 2,068.50 | 35.01 | $ 3,501.00 | 55.70 | $ 5,569.50 |
| Case Setup, Planning and Management | 50 | 120.57 | $ 12,057.00 | 156.70 | $ 15,670.00 | 277.27 | $ 27,727.00 |
| | | 923.44 | $ 92,343.50 | 500.07 | $ 50,007.00 | 1,423.51 | $ 142,350.50 |
| | Sales Tax: | | $ - | | $ - | | $ - |
| | | | $ 249,448.88 | | $ 52,453.07 | | |
| | | | | | | Total: | $ 301,901.95 |