UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | Case No. 17-cv-02185-BLF<br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATION REGARDING DISTRIBUTION OF RESIDUAL SETTLEMENT FUND AND PAYMENT OF ADDITIONAL ADMINISTRATION EXPENSES** |

The Court has received the Parties' stipulation regarding the distribution of residual settlement funds and payment of additional administration expenses. ECF 234. The Court DENIES this stipulation WITHOUT PREJUDICE. In the November 12, 2019 Final Approval Order, the Court approved administrator costs in an amount not to exceed $250,000. Order 24, ECF 225. On February 10, 2020, the Court granted the Parties' stipulation approving the payment of the Settlement Administrator's expenses in the amount of $250,000. Order, ECF 232. The Parties now request additional Settlement Administrator expenses in the amount of $122,425.91—a fifty percent overage without explanation. Accordingly, the stipulation is DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: February 18, 2021

_____
BETH LABSON FREEMAN
United States District Judge