**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | Case No. 5:17-cv-02185-BLF<br><br>**SUPPLEMENTAL DECLARATION OF ANDREW PERRY ON BEHALF OF SETTLEMENT ADMINISTRATOR REGARDING DISTRIBUTION OF RESIDUAL FUNDS UNDER THE SETTLEMENT AGREEMENT AND PAYMENT OF ADDITIONAL ADMINISTRATION EXPENSES** |

I, Andrew Perry, hereby declare:

1. I am a senior project manager at Kurtzman Carson Consultants ("KCC"), a notice and claims administration firm located at 462 South 4th Street, Louisville, KY 40202. KCC was retained as the Settlement Administrator in this case, and as the senior project manager, I have overseen all aspects of the administrative services provided. I submit this supplemental declaration regarding the notice and administration services provided in *In re Nexus 6P Products Liability Litigation*. I have personal knowledge of the facts stated herein, and if called as a witness, could competently testify thereto.

2. I submit this supplemental declaration pursuant to the Court's Order Denying Without Prejudice Stipulation Regarding Distribution of Residual Settlement Fund and Payment of Additional Administration Expenses. (ECF 235.) This declaration supplements my previous declarations regarding distribution of the Settlement Fund (ECF 231, Ex. A & ECF 234-1) and the initial post-distribution accounting (ECF 233, Ex. A), and provides a detailed explanation of the additional $122,425.91 in administrative costs that has or will be incurred by KCC during claims administration. KCC provided a bid in response to the parties' request for proposals for claims administration. It premised the bid on certain assumptions as to the nature and extent of notice and claims administration. KCC recognizes that whether it is reimbursed for costs incurred in excess of the $250,000 it initially projected is within the Court's discretion. As discussed below, however, KCC submits that the excess costs it has incurred were not reasonably foreseeable at the time of

final settlement approval and were necessary in order to adequately administer the settlement in this action.

3. KCC is tasked with carrying out every aspect of administering class settlements. Before undertaking an engagement, in conjunction with counsel, we make our best possible estimate of costs associated with the expected scope of work as conveyed by the parties. We have extensive experience making such assessments, but each assignment is subject to variability and unexpected challenges in administering claims. Regardless of whether a particular task was anticipated at the time of the engagement, KCC's practice is to faithfully carry out its duties, including where the scope of work changes. KCC thus performs all necessary tasks so as not to halt or interrupt the administration of a settlement even if unforeseen tasks result in additional costs.

4. Due to unanticipated changes to the claims process in this case, which are specified below, KCC's administrative costs have exceeded the $250,000 the parties and KCC initially anticipated and projected would be required. The costs of that overage are approximately $52,453.07. In addition, the parties have now determined that they would like to implement a second distribution to class members out of residual funds remaining from the first distribution. The estimated costs to implement that second distribution are $69,972.84. These two categories of unanticipated costs total $122,425.91.

5. **Residual Distribution**[1] – KCC completed a review of all settlement payments to claimants made pursuant to the Court's Order of February 10, 2020 ("First Distribution") (ECF 232), and calculated the estimated distribution of Residual Funds to Settlement Class Members required by the Settlement Agreement, as reflected in the chart attached as **Exhibit A.** Approximately $539,477.70 remains in the Settlement Fund ("Residual Funds"). This amount is inclusive of: 8,985 uncashed checks (value $440,664.48), all of which are stale and for which payment has been stopped; 1,357 failed/returned electronic payments (value $33,220.10); and 533

---

[1] The Priority of Payment in Plan of Allocation, Section III.C., specifies that if residual funds remain after the initial distribution, a second distribution will be conducted. However, such a second distribution was conditioned on sufficient funds to perform it. The cost of related work could not have been estimated before payments from the first distribution expired, and was not understood to be part of the initial estimated costs, as no second distribution would have occurred if the Settlement Fund had been exhausted.

held payments (value $52,769.84) for which claimants never provided updated payment information, preventing KCC from issuing payment to them. Costs associated with the parties' proposed residual distribution, approximately $69,972.84, are as follows:

      a.      The costs associated with the residual distribution include issuing checks to approximately 50,000 claimants, totaling $49,250 in estimated print and postage; and

      b.      Additional estimated costs, including website hosting, maintaining the IVR line, processing reissues, case management, and sales tax bring the total to $69,972.84. A breakdown of the itemized estimated costs are included in **Exhibit B**.

      6.      **Overage** – The primary areas accounting for the $52,453.07 in additional, unanticipated costs of claims review and administration for work prior to the first distribution are as follows:

      a.      **Unanticipated Email Correspondence and Video Review.** To ensure that all verified class members were able to make claims, KCC was required to engage in extensive email correspondence and video review to validate claims. KCC's scope of work did not anticipate the extent of written correspondence with class members and associated personnel time, or the time associated with reviewing video evidence submitted by class members in support of their claims. The Plan of Allocation (ECF 194-2, Ex. A, Sec. II) and Claim Form (ECF 208-1), invited claimants to submit supporting documentation (Question 11 of the notice provided as examples "photographs, screenshots, emails, chat logs, repair records, insurance claims, Return Merchandise Authorization ("RMA") confirmations, or other credible contemporaneous evidence") to support their claims for a larger recovery. KCC assumed that consistent with that instruction, most claimants would submit sufficient and adequate paper or digital documentation of the claim type listed. Once claims administration got underway, however, it became evident that many claimants submitted solely video evidence of alleged Bootloop failures in order to claim a higher recovery. Moreover, the size and variability of the video files greatly exceeded what could be uploaded to the claim portal. Correspondence with claimants then became necessary in order to communicate with them on where and how to send their video files to KCC via email, after which KCC manually attached the files received via email to claimants' claims in its database. Such video evidence is

uncommon in terms of typical settlement administration, unique to the alleged defect in this case (attachments carry inherent data security risks), and was not anticipated by the parties or KCC at the time KCC submitted its bid. KCC logged approximately 247.55 hours and incurred approximately $24,755 in unanticipated costs for this work;

   b.  While KCC and the parties could have set aside such proof as insufficient for validating claims (and thereby saved substantial unanticipated costs), or deferred review until the Court approved KCC's expenditure of additional costs to review video and correspond with class members, KCC and the parties believed reviewing this evidence was an equitable way to confirm claimants' eligibility to participate in the settlement and validate their claims. Rather than refuse to perform this work based on it being outside KCC's prescribed scope of work, KCC undertook this unexpected task to responsibly administer the settlement. Similarly, Class Counsel received approximately 300 inquiries from class members, which were delegated to KCC to confirm and validate claim information. Each of these inquiries required intensive manual, customized handling. Combined, the additional work in these areas resulted in an additional 247.55 hours and approximately $25,000 incurred for unanticipated correspondence with class members;

   c.  **Postage for Unanticipated Checks.** KCC's initial estimate presumed, based on the fact that this case centers on a consumer electronic product and a technologically capable class, that most class members would elect to be paid via electronic means (PayPal, Zelle, or ACH). Specifically, the estimate assumed that 10,000 checks would be issued at a cost of $5,000, plus an estimated $5,000 in postage, and that 180,000 payments would be issued via electronic means. But the class members unexpectedly chose to receive their payments mostly via check instead of electronically, and as a result, KCC ended up issuing 57,571 checks and 26,177 electronic payments. With postage, KCC incurred approximately $57,500 to distribute checks—approximately $47,500 above the original estimate for that task;

   d.  **Unanticipated Data Work.** KCC initially estimated 35 hours ($3,500) of data analysis work would be needed, with a majority occurring at the beginning of the case, as in most class action settlements. But the claims review process here was complicated by several unforeseen, but necessary, tasks that required substantially more data work than could have been

anticipated. Instead of front-end data work only, the process ultimately required a prolonged information exchange between KCC and Google regarding proprietary Google data that served as a key claim validation point for confirming claimants received a Pixel replacement. KCC was notified they needed to perform this analysis after the administration began. As part of this review, KCC and Google communicated and exhaustively tested certain data analysis and search tools to validate claims using Google's data, ensuring that the tools could be accurately used. This tool was intended to quickly inform a user (such as KCC) whether a class member received a Pixel replacement by reference to database searches of Google's proprietary records. This was not a pre-existing tool that had already been developed but rather one that Google developed on an ad hoc basis in an effort to avoid having to conduct manual reviews of its records. While the tool eventually served its purpose, KCC initially was unable to get results for large lists of claimants, leading to substantial troubleshooting and fine-tuning of the tool in order to ensure that claim validation was performed accurately. These processes, which proved necessary and valuable, were not contemplated at the outset of the administration. KCC also matched Assurant insurance claim data to claims from class members who did not file using their assigned Claim ID, a process developed mid-administration which was required to ensure class members would be paid the correct amount.[2] There was no more economical or cost efficient path available than the one KCC took. KCC expended 142.42 hours and approximately $14,000 in Data Development, bringing KCC's unanticipated costs connected to scope of work changes to approximately $11,500 for that task; and

        e.    **Call Center Support:** KCC's initial scope of work assumed an automated Interactive Voice Response system for call center support to ensure cost efficiency. Live operators were not contemplated. But KCC fielded over 2,000 minutes of live support calls from class members who called KCC at various phone numbers, at a cost of approximately $2,500. These class members did not use the phone line setup for this case, instead calling various numbers of

---

[2] Typically class members file claims by utilizing the Claim ID provided in the notice sent to them. Here, a large proportion of class members did not do so, making it far more difficult for KCC to match them to the known class member database. The Assurant database was used as a validation tool, and would not have been needed at all had class members used their Claim IDs.

KCC staff rather than the pre-arranged (and specifically tailored for cost efficiency) call center. KCC's total overage above $250,000 associated with unanticipated scope changes are $52,453.07[3].

7.  KCC understands that it provided these additional services with no assurance it would be repaid. Rather than suspend the claims administration process when out-of-scope work arose, however, KCC refrained from requesting payment for this unanticipated work until after claims administration was completed and it became clear that funds remained after the first distribution. Because funds do remain, and a residual distribution is administratively feasible even allowing for reimbursement of the unanticipated work KCC performed for the benefit of class members, KCC respectfully requests that it be reimbursed in the amount of $52,453.07 for unanticipated costs related to the claims review process and first distribution, and in the amount of $69,972.84 for unanticipated costs related to the proposed residual distribution of the Settlement Fund. Thus, as detailed above, and in **Exhibit C**, the total additional amount requested by KCC for its unanticipated, continuing services is $122,425.91.

8.  The payments described above are expected to exhaust the Settlement Fund. Should any residual funds remain, KCC will send a payment to the *cy pres* recipient in accordance with paragraph 2.10 of the Settlement Agreement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed April 19th, 2021, at Louisville, Kentucky.

_____
Andrew Perry

---

[3] KCC's initial bid was based on certain assumptions and priced accordingly. Costs for some of those areas were less than expected, while the areas identified in this narrative (which taken along add up to more than the specific $52,453.07 identified here) were substantially higher. Accordingly, while some costs were saved in other areas, the overages identified in this narrative pushed total costs over $250,000 in the amount identified herein.

# EXHIBIT A

**Proposed Residual Distribution of Class Member Payments**
*In re Nexus 6P Product Litigation*, No. 5:17-cv-02185-BLF

| | |
|---|---:|
| Settlement Fund | $ 9,750,000.00 |
| Attorney Fees | $ 2,925,000.00 |
| Attorney Costs | $ 152,023.14 |
| Service Award | $ 39,000.00 |
| KCC | $ 250,000.00 |
| Initial Distribution payments that are Cashed or have been Reissued | $ 5,844,499.79 |
| Initial Amount Available for 2nd Distrib | $ 539,477.07 |
| Additional KCC costs | $ 122,425.91 |
| **Total Available for 2nd Distrib** | **$ 417,051.16** |

| Group Type | Claim Count | Last Payment Amount | Maximum Pro-rata Payment per Claimant | Actual Pro-rata Pyament per claimant (Avg)[1] | Total |
|---|---:|---:|---:|---:|---:|
| Valid Option (1B) Cashed | 12693 | $ 15.79 | $ 29.21 | $ 6.12 | $ 77,731.10 |
| Valid Option (1C) Cashed | 33783 | $ 29.11 | $ 45.89 | $ 9.62 | $ 325,023.85 |
| Late Claims | 29 | $ - | N/A | $ 137.80 | $ 3,996.21 |
| Late responses | 33 | $ - | N/A | $ 312.12 | $ 10,300.00 |
| **Total** | **46,538** | | **$ 1,921,064.40** | | **$ 417,051.16** |

| |
|---|
| [1]**Notes re Pro-rata calculation** |
| (29.11/2,186,120.00)*417,051.16 |
| (45.89/2,186,120.00)*417,051.16 |
| **Late are based off claim type** |

# EXHIBIT B

In re Nexus 6P Products Liability Litigation
KCC Additional Costs

| Item | Unit Rate | Status 1 Previously Invoiced Units | Cost | Status 2 Current overage Units | Cost | Total Units | Total Amount |
|---|---|---|---|---|---|---|---|
| Notice (Postcard Summary notice) | $0.08 | 34,870.00 | $ 2,754.73 | 0.00 | $ - | 34,870.00 | $ 2,754.73 |
| CAFA | $1,500.00 | 1.00 | $ 1,500.00 | 0.00 | $ - | 1.00 | $ 1,500.00 |
| NCOA | $250.00 | 1.00 | $ 250.00 | 0.00 | $ - | 1.00 | $ 250.00 |
| NCOA Updates (distribution) | $0.00 | 0.00 | $ - | 0.00 | $ - | - | $ - |
| **First Class Postage**[1] | **$20,301.00** | | **$ 42,235.79** | | **$ 235.40** | **-** | **$ 42,471.19** |
| Email Notice | $0.02 | 303,941.00 | $ 6,382.76 | 0.00 | $ - | 303,941.00 | $ 6,382.76 |
| Email Cleanse | $0.00 | 310,895.00 | $ 1,243.58 | 0.00 | $ - | 310,895.00 | $ 1,243.58 |
| Email Bouncebacks | $0.08 | 4,051.00 | $ 320.03 | 0.00 | $ - | 4,051.00 | $ 320.03 |
| Notice & Claim Form Requests | $1.50 | 3.00 | $ 4.50 | 0.00 | $ - | 3.00 | $ 4.50 |
| Data Entry - Remails | $0.50 | 0.00 | $ - | 0.00 | $ - | - | $ - |
| Remail - Initial | $0.80 | 0.00 | $ - | 0.00 | $ - | - | $ - |
| Address Search Standard | $0.75 | 3,176.00 | $ 2,382.00 | 0.00 | $ - | 3,176.00 | $ 2,382.00 |
| Found & Remailed | $0.85 | 346.00 | $ 294.10 | 0.00 | $ - | 346.00 | $ 294.10 |
| IVR Setup | $3,750.00 | | $ 3,770.83 | 0.00 | $ - | - | $ 3,770.83 |
| IVR Monthly Fees | $50.00 | 11.00 | $ 550.00 | 0.00 | $ - | 11.00 | $ 550.00 |
| IVR Line Charges | $0.18 | 3,274.10 | $ 589.34 | 4.00 | $ 0.72 | 3,278.10 | $ 590.06 |
| IVR Transcriptions | $0.60 | 54.00 | $ 32.40 | 4.00 | $ 2.40 | 58.00 | $ 34.80 |
| **Telephone Support**[2] | **$1.25** | **2,002.26** | **$ 2,502.83** | **0.00** | **$ -** | **2,002.26** | **$ 2,502.83** |
| Website Hosting | $50.00 | 11.00 | $ 550.00 | 4.00 | $ 200.00 | 15.00 | $ 750.00 |
| Website Registration | $175.00 | 1.00 | $ 175.00 | 0.00 | $ - | 1.00 | $ 175.00 |
| Claims Processing (Online) | $0.50 | 91,932.00 | $ 45,966.00 | 0.00 | $ - | 91,932.00 | $ 45,966.00 |
| Claims Processing (Mail- Open/enter/image) | $1.85 | 548.00 | $ 1,013.80 | 83.00 | $ 153.55 | 631.00 | $ 1,167.35 |
| Data entry and Claim Scoring Setup | $895.00 | 1.00 | $ 895.00 | 0.00 | $ - | 1.00 | $ 895.00 |
| Open/image/date enter forms (deficiencies) | $1.85 | 0.00 | $ - | 0.00 | $ - | - | $ - |
| Deficiency Mailings | $1.25 | 0.00 | $ - | 0.00 | $ - | - | $ - |
| Denied Claim mailings | $0.25 | 5.00 | $ 1.25 | 0.00 | $ - | 5.00 | $ 1.25 |
| Issue payments by PayPal | $0.35 | 26,177.00 | $ 9,161.95 | 0.00 | $ - | 26,177.00 | $ 9,161.95 |
| **Issue Checks**[3] | **$0.50** | **56,303.00** | **$ 28,151.50** | **268.00** | **$ 134.00** | **56,571.00** | **$ 28,285.50** |
| Reissue Checks | $4.50 | 84.00 | $ 378.00 | 160.00 | $ 720.00 | 244.00 | $ 1,098.00 |
| Declaration | $5,000.00 | 1.00 | $ 5,000.00 | 0.00 | $ - | 1.00 | $ 5,000.00 |
| Income Tax Return | $1,000.00 | 1.00 | $ 1,000.00 | 1.00 | $ 1,000.00 | 2.00 | $ 2,000.00 |
| | | | $ 157,105.38 | | $ 2,446.07 | | $ 159,551.45 |

| Item | Hours | Units | Cost | Units | Cost | Total Units | Total Amount |
|---|---|---|---|---|---|---|---|
| | $100.00 | | | | | | |
| **Data Development**[4] | **35** | **139.17** | **$ 13,917.00** | **3.25** | **$ 325.00** | **142.42** | **$ 14,242.00** |
| Document Development | 10 | 55.25 | $ 5,525.00 | 0.00 | $ - | 55.25 | $ 5,525.00 |
| Print Production -Notice | 10 | 15.34 | $ 1,534.00 | 6.00 | $ 600.00 | 21.34 | $ 2,134.00 |
| Print Production - Call Center Notice requests | 4 | 0.00 | $ - | 0.00 | $ - | - | $ - |
| Call Center / IVR Development and Maintenance | 15 | 4.17 | $ 417.00 | 0.00 | $ - | 4.17 | $ 417.00 |
| Staff time downloading transcripts | 6 | 0.00 | $ - | 0.00 | $ - | - | $ - |
| Design and Set up dynamic website | 40 | 49.75 | $ 4,975.00 | 0.00 | $ - | 49.75 | $ 4,975.00 |
| Website maintenance | 5 | 0.00 | $ - | 0.00 | $ - | - | $ - |
| E-mail Campaign | 10 | 11.75 | $ 1,175.00 | 0.00 | $ - | 11.75 | $ 1,175.00 |
| Track and manage bouncebacks | 5 | 0.00 | $ - | 0.00 | $ - | - | $ - |
| Undeliverable Mail Processing (notice) | 10 | 3.09 | $ 309.00 | 0.00 | $ - | 3.09 | $ 309.00 |
| Undeliverable Mail Processing (checks) | 4 | 0.00 | $ - | 2.17 | $ 217.00 | 2.17 | $ 217.00 |
| QA | | 5.75 | $ 575.00 | 0.00 | $ - | 5.75 | $ 575.00 |
| Address Searches | 3 | 0.75 | $ 75.00 | 0.00 | $ - | 0.75 | $ 75.00 |
| Case Processing | | 6.74 | $ 674.00 | 20.85 | $ 2,085.00 | 27.59 | $ 2,759.00 |
| Claims Processing | 335 | 265.27 | $ 26,527.00 | 0.00 | $ - | 265.27 | $ 26,527.00 |
| Deficiency/Denial Campaign Outreach | | 4.50 | $ 450.00 | 0.00 | $ - | 4.50 | $ 450.00 |
| Deficiency Processing | 50 | 58.40 | $ 5,840.00 | 0.00 | $ - | 58.40 | $ 5,840.00 |
| Exclusion & Objection Processing | | 3.50 | $ 350.00 | 0.00 | $ - | 3.50 | $ 350.00 |
| Distribution Calculation / Management | 15 | 56.20 | $ 5,620.00 | 57.51 | $ 5,751.00 | 113.71 | $ 11,371.00 |
| Distribution and Reissues | 10 | 0.00 | $ - | 0.00 | $ - | - | $ - |
| **Mail/Email Correspondence**[5] | | **73.55** | **$ 7,355.00** | **174.00** | **$ 17,400.00** | **247.55** | **$ 24,755.00** |
| Status Reports | 10 | 23.75 | $ 2,375.00 | 0.00 | $ - | 23.75 | $ 2,375.00 |
| Reissue Processing | | 1.25 | $ 125.00 | 44.58 | $ 4,458.00 | 45.83 | $ 4,583.00 |
| Post Distribution reports | 15 | 4.00 | $ 400.00 | 0.00 | $ - | 4.00 | $ 400.00 |
| Funds Management and Accounting | 10 | 20.685 | $ 2,068.50 | 35.01 | $ 3,501.00 | 55.70 | $ 5,569.50 |
| Case Setup, Planning and Management | 50 | 120.57 | $ 12,057.00 | 156.70 | $ 15,670.00 | 277.27 | $ 27,727.00 |
| | | 923.44 | $ 92,343.50 | 500.07 | $ 50,007.00 | 1,423.51 | 142,350.50 |
| Sales Tax: | | | $ - | | $ - | | $ - |
| | | | $ 249,448.88 | | $ 52,453.07 | | |
| | | | | | | **Total:** | **$ 301,901.95** |

[1] Paragraph 8a
[2] Paragraph 8d
[3] Paragraph 8a
[4] Paragraph 8b
[5] Paragraph 8c

# EXHIBIT C

**Computershare**

Kurtzman Carson Consultants
P.O. Box 6191
Novato, CA 94948-6191
www.kccllc.com

Estimated Costs at Completion

July 28, 2020

Re: In re Nexus 6P Products Liability Litigation Settlement Fund

|  | Hours | Units | Unit Cost | Job Code: | NXB |
|---|---|---|---|---|---|
| **Previously Invoiced** | | | | | |
| US_ASG1611785 | 5/21/2020 | | | $ | 250,165.68 |
| US_ASG1820572 | not sent | | | $ | 51,671.13 |
| | | | | $ | 301,836.81 |
| **Staff Hours Incurred In July** | | | | | |
| Claims Processing (Paper) | 0.25 | | | | |
| Data Development | 1 | | | | |
| Funds Management | 0.5 | | | | |
| Mail/Email Correspondence | 16 | | | | |
| Project Management | 2 | | | | |
| | 19.75 | | $ 100.00 | $ | 1,975.00 |
| ***Remaining Costs*** | *Hours* | *Units* | *Unit Cost* | | *Ext Cost* |
| *Website Hosting* | | 12 | $ 50.00 | *$* | *600.00* |
| *IVR Monthly Hosting* | | 12 | $ 50.00 | *$* | *600.00* |
| *IVR Line Charges* | | 5,000 | $ 0.18 | *$* | *900.00* |
| *Issue Checks* | | 50,000 | $ 0.50 | *$* | *25,000.00* |
| *First Class Postage* | | 50,000 | $ 0.485 | *$* | *24,250.00* |
| *Re-Issue Checks* | | 750 | $ 4.50 | *$* | *3,375.00* |
| *First Class Postage* | | 750 | $ 0.55 | *$* | *412.50* |
| *Income Tax Return 2021* | | 1 | $ 1,000.00 | *$* | *1,000.00* |
| *Case Processing* | 26 | | $ 100.00 | *$* | *2,600.00* |
| *Funds Management and Accounting* | 5 | | $ 100.00 | *$* | *500.00* |
| *Distribution Calculation* | 20 | | $ 100.00 | *$* | *2,000.00* |
| *Distribution and Follow-up* | 25 | | $ 100.00 | *$* | *2,500.00* |
| *Reports and Declarations* | 5 | | $ 100.00 | *$* | *500.00* |
| *Case Setup, Planning and Management* | 20 | | $ 100.00 | *$* | *2,000.00* |
| *Subtotal* | 101 | | | *$* | *66,237.50* |
| **Total including Total Costs and Staff Hours To Date** | | | | **$** | **370,049.31** |
| ***Sales Tax*** | | | | *$* | *2,376.60* |
| ***Previously Paid*** | | | | *$* | *372,425.91* |
| ***Estimate to Complete*** | | | | *$* | *(250,000.00)* |
| | | | | $ | 122,425.91 |