1

2

3 **UNITED STATES DISTRICT COURT**

4 **NORTHERN DISTRICT OF CALIFORNIA**

5 **SAN JOSE DIVISION**

6

7 **IN RE NEXUS 6P PRODUCTS**      Case No.  17-cv-02185-BLF

8 **LIABILITY LITIGATION**

9      **ORDER GRANTING IN PART AND DENYING IN PART PAYMENT OF ADDITIONAL EXPENSES**

10

11

12         On February 18, 2021, the Court denied the Plaintiffs' stipulated request regarding the

13 payment of additional administration expenses because the Plaintiffs provided no explanation for

14 why the total requested expenses exceeded the previously approved amount by fifty percent. *See*

15 Order, ECF 235. Plaintiffs have now provided a declaration from Adam E. Polk, one of the

16 Plaintiffs' attorneys, and Andrew Perry, a senior project manager at Kurtzman Carson Consultants

17 ("KCC"), the notice and claims administration firm. *See* Polk Decl., ECF 237, and Perry Decl.,

18 ECF 236. The Court has considered both declarations. The Court GRANTS Plaintiffs' request for

19 an additional $69,972.84 to implement the second distribution of the residual funds, which totals

20 $539,477.70. The Court finds that this second distribution was truly unanticipated.

21         However, the Court DENIES Plaintiffs' request for an additional $52,453.07, which was

22 expended due to unanticipated email correspondence and video review, unanticipated

23 correspondence with class members, postage for unanticipated checks, unanticipated data work,

24 and unanticipated call center support prior to the first distribution. *See* Perry Decl. ¶ 6. Given

25 KCC's experience, it was expected that in preparing its bid for a total amount of administrative

26 fees, it would apply its significant knowledge of the needs of the case to provide a reasonable bid.

27 The Court finds that each of these unanticipated expenses should have been recognized as the

28

1  required work properly projected in order to submit a realistic bid.

2        **IT IS SO ORDERED.**

3

4  Dated: April 27, 2021

5   

6  BETH LABSON FREEMAN
   United States District Judge