Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Trevor T. Tan (State Bar No. 281045)
**GIRARD SHARP LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Tel: (415) 981-4800
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*ttan@girardsharp.com*

Benjamin F. Johns *(pro hac vice)*
Andrew W. Ferich *(pro hac vice)*
Zachary P. Beatty *(pro hac vice)*
Beena M. McDonald *(pro hac vice)*
**CHIMICLES SCHWARTZ KRINER**
 **& DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
*bfj@chimicles.com*
*awf@chimicles.com*
*zpb@chimicles.com*
*bmm@chimicles.com*

 *Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | Case No. 5:17-cv-02185-BLF<br><br>**DECLARATION OF ANDREW PERRY ON BEHALF OF SETTLEMENT ADMINISTRATOR REGARDING FINAL RESIUDUAL DISTRIBUTION** |

I, Andrew Perry, declare as follows:

1. 1. I am a Senior Project Manager for Kurtzman Carson Consultants LLC ("KCC"), a notice and claims administration firm located at 462 South 4th Street, Louisville, KY 40202. KCC was retained as the Settlement Administrator in this case, and as the senior project manager, I have overseen all aspects of the administrative services provided. I submit this declaration regarding the notice and administration services provided in *In re Nexus 6P Products Liability Litigation*. I have personal knowledge of the facts stated herein, and if called as a witness, could competently testify thereto.

2. KCC was appointed as the Class Administrator in the above-captioned litigation pursuant to the Court's May 3, 2019 Order granting Plaintiffs' motion for preliminary approval and directing notice to the Class (ECF 204) (the "Preliminary Approval Order"). I submit this Declaration to update the Court and the parties as to the distribution of settlement checks to the Settlement Class and related procedures.

3. Initially, after deductions for Court-approved attorneys' fees, litigation expenses, and service awards and administrative costs, approximately $6,384,396.76 remained in the Settlement Fund.

4. Pursuant to the Court's Preliminary Approval Order, KCC issued a first distribution of class member settlement payments to 83,338 class members totaling $6,368,712.93.[1] These first-round payments were for $400, $325, $150, $29.11, $15.80 or $5.83, depending on the Claim Group within which each claimant qualified. KCC verified claims and calculated payments based on the total number of Valid Claims and the number of such claims apportioned to each Claim Group as detailed in the Settlement Agreement's Plan of Allocation.

5. Upon completion of the first distribution, KCC reviewed all settlement payments to claimants and calculated that approximately 12.4% of eligible claimants who received a payment did not claim or deposit it within the required time period, leaving $543,320.58 in the fund to redistribute to Settlement Class Members, as required by Section 2.10.1 of the Settlement Agreement.

---

[1] Of these, 925 claims were submitted with incomplete or invalid payment information. KCC held those settlements payments and issued them as updated information was received.

1      6.      Upon approval by the Court on April 27, 2021 (ECF 238), on June 24, 2021, KCC issued a second distribution to Settlement Class Members consisting of 27,206 checks valued at $279,865.30, and 19,213 electronic payments valued at $193,466.75.

       7.      Consistent with the Settlement Agreement, the second distribution payments were for $6.14 for Group 1B claimants and $11.33 for Group 1C claimants.

       8.       As of February 22, 2022, a total of 19,983 settlement checks and 13,604 electronic payments from the second distribution were cashed/claimed, in the aggregate amount of $339,690.79. A total of 7,224 settlement checks and 5,609 electronic payments from the second distribution remain uncashed/unclaimed, in the aggregate amount of $133,641.26. All checks and electronic payments from the second distribution have since become stale and stop payments were issued.

       9.      After the first and second distributions, KCC promptly re-mailed settlement checks to approximately 326 Class Members for whom either the Class Member provided an updated address or the USPS returned mail to KCC with forwarding information, as well as the payment of 68 late claims, thereby further reducing the amount remaining in the Settlement Fund.

       10.     The bulk of the Net Settlement Fund—approximately 98%—has been distributed to Class Members. The total amount now remaining in the Settlement Fund is approximately $132,920.62.

       11.     Any further distributions to the broad group of claimants would be infeasible, as conducting a third distribution would cost about $43,683.32 in printing, postage and administrative fees, and result in *pro rata* checks of only $2.00 – $3.00 per claim.

       12.     Pursuant to Section 2.10.2 of the Settlement Agreement, KCC is prepared to distribute the remaining funds to a nonprofit recipient designated by the Court.

       I declare under penalty of perjury that the foregoing is true and correct. Executed on March 4, 2022, in Crestwood, Kentucky.

_____
Andrew Perry