1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | Case No. 5:17-cv-02185-BLF<br><br>**[PROPOSED] ORDER AUTHORIZING FURTHER AND FINAL DISTRIBUTION OF CLASS SETTLEMENT FUND** |
|---|---|

1  The Court, having reviewed the Joint Stipulation for Order Authorizing Further and Final
2  Residual Distribution of Class Settlement Fund, hereby DIRECTS the Settlement Administrator to
3  distribute the remaining amount in the Settlement Fund to the National Consumer Law Center.
4
5  **IT IS SO ORDERED.**
6
7  DATED: _____     _____
8                                              THE HONORABLE BETH LABSON FREEMAN
                                                UNITED STATES DISTRICT JUDGE