**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NEXUS 6P PRODUCTS LIABILITY LITIGATION | Case No. 5:17-cv-02185-BLF<br><br>[PROPOSED] **ORDER AUTHORIZING FURTHER AND FINAL DISTRIBUTION OF CLASS SETTLEMENT FUND** |

1  The Court, having reviewed the Joint Stipulation for Order Authorizing Further and Final
2  Residual Distribution of Class Settlement Fund, hereby DIRECTS the Settlement Administrator to
3  distribute the remaining amount in the Settlement Fund to the National Consumer Law Center.

5  **IT IS SO ORDERED.**

7  DATED: _____March 15, 2022_____        _____/s/ Beth Labson Freeman_____
8                                                 THE HONORABLE BETH LABSON FREEMAN
                                               UNITED STATES DISTRICT JUDGE